# EXHIBIT B



Department of State / Division of Corporations / Search Records / Search by Entity Name /

Previous On List    Next On List    Return to List

TENZING ENERGY SC
Search

No Events    No Name History

### Detail by Entity Name

Florida Limited Liability Company
TENZING FINANCIAL ADVISORS, PLLC

#### Filing Information

| | |
|---|---|
| **Document Number** | L23000149935 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 03/24/2023 |
| **Effective Date** | 03/24/2023 |
| **State** | FL |
| **Status** | ACTIVE |

#### Principal Address

110 NE 11TH AVENUE
OCALA, FL 34470

#### Mailing Address

110 NE 11TH AVENUE
OCALA, FL 34470

#### Registered Agent Name & Address

FURLONG, JERRY L, JR
110 NE 11TH AVENUE
OCALA, FL 34470

#### Authorized Person(s) Detail

**Name & Address**

Title MGMR

FURLONG, JERRY L, JR
110 NE 11TH AVENUE
OCALA, FL 34470

#### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2024 | 03/20/2024 |
| 2025 | 03/18/2025 |

#### Document Images

| | |
|---|---|
| 03/18/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2024 -- ANNUAL REPORT | View image in PDF format |

[03/24/2023 -- Florida Limited Liability](#)   View image in PDF format

Previous On List     Next On List     Return to List     TENZING ENERGY SC
Search

**No Events**    **No Name History**

Florida Department of State, Division of Corporations