# EXHIBIT F

| | |
|---|---|
| **Trademark/service mark application, Principal Register** | |
| Serial number: 99439854 | |
| Mark: No wording | |
| Mark format: Design only | |
| Filing date: October 13, 2025 at 12:01:20 PM ET | |
| Docket number: 01300 | |
| Owner name: Tenzing Financial Advisors | |
| Amount paid: $ 350 (1 class) | |

## Trademark details

### Mark

### Mark Description
a square with four diagonal lines beginning from each side of the square and interlocking in the center of the square. The stylized interlocking design inside the square is reminiscent of an interlocking mechanism for mountain hiking gear.

### Mark Format
Design only

### Color claim
Color is not claimed as a feature of the mark.

## Owner information

| | |
|---|---|
| *Name | Tenzing Financial Advisors |
| Entity type | Limited liability company |
| Place of organization/citizenship | Florida |
| **Mailing address information** | |
| *Address line 1 | 110 NE 11th Avenue |
| *City | Ocala |
| *State/territory | Florida |
| *Zip/postal code | 34470 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| Primary telephone number | (352) 342-0855 |
| **Domicile address information** | |
| The mailing address is the same as the owner's domicile address. | |

## Goods and services

### Filing basis information
Section 1(a)

### Identification of goods and services

**International Class 036**

Filing basis: Section 1(a)

Financial advisory services; Financial planning and investment advisory services; Financial planning; Financial trust planning; Financial planning for retirement; Financial portfolio management; Estate trust planning; Providing information in the field of estate planning for **charitable trust**

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 04/17/2023 |
| First use in commerce date | At least as early as 04/17/2023 |
| Specimen file name | Speciment 1 (wordmark).pdf |
| URL | https://www.raymondjames.com/tenzingfa/ |
| Date of access | 10/06/2025 |
| Description | the specimen consists of a screenshot of Applicant's website which depicts the mark in the top center of the home page, in addition to at the footer of the page, where consumers can go to read about Applicant's services and contact Applicant to obtain their services. |

| Specimen Information | |
|---|---|
| First use anywhere date | At least as early as 04/17/2023 |
| First use in commerce date | At least as early as 04/17/2023 |
| Specimen file name | IMG_4952.jpeg |
| URL | None specified. |
| Date of access | None specified. |
| Description | The specimen depicts the logo on some of their marketing materials used in connections with the applied for services. These materials are sent to clients of the Applicant. |

## Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | |
| Significance of mark | |
| Disclaimer | |

## Attorney information

### Attorney name and address

| | |
|---|---|
| *Name | Jessie Pellant |
| Law firm | StudioIP Law |
| *Address line 1 | 3000 Lawrence St |
| *City | Denver |
| *State/territory | Colorado |
| *Zip/postal code | 80205 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | jpellant@studioiplaw.com |
| Primary telephone number | (303) 563-5360 |
| Extension | None specified. |

### Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | ******* |
| *Jurisdiction | ******* |
| *Year of admission | ******* |

Statement of good standing
The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

Additional appointed attorneys
Vincent Merenda

Docket or reference number
01300

## Correspondence information

| | |
|---|---|
| *Correspondence name | Jessie Pellant |
| *Primary correspondence email address | jpellant@studioiplaw.com |
| Docket or reference number | 01300 |

## Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 1 |
| Base application fee, per class | $ 350 |
| Total fees paid | $ 350 |

# Declaration and signature

## Declaration

[ X ] Basis:
If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):
- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or
If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):
- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Electronic Signature | /Vincent Merenda/ |
| Signatory's name | Vincent Merenda |
| Signatory's position | Associate Attorney, StudioIP Law, Colorado Bar Member |
| Date signed | 10/13/2025 |
| Signature method | Signed directly within the form |

STAMP:USPTO/APPB-**.***.***.***-20251013120120289-99439854-17.1-4c202ee6-baf5-479d-a8b6-16c1ec4c2a47-CARD-20251007094403870298





OCTOBER 6

MAKE AN APPOINTMENT

# Reassurance in your financial future
## that allows you to follow your bliss

TENZING

Your financial goals, aspirations and investment needs are just that – yours. And your financial plan should reflect that. So rather than ask you to settle for an off-the-shelf investment program, we're here to provide you with personalized financial planning based on your goals, your time frame and your particular tolerance for risk.

We can provide you with just the right combination of financial services, support and guidance that

make the most sense for you. We'll also be there to help you each step of the way in the pursuit of your personal financial goals.

WHY WE'RE DIFFERENT

OUR TEAM

## Get better acquainted with us and how we can help you.

LEARN MORE ABOUT US



PICTURED FROM LEFT TO RIGHT:
GARY NORMAN, JERRY FURLONG, CASEY DELUCA

Being here and knowing you enable us to be a trusted partner you can count on. You know the reasons you're working so hard. We want to know them as well – and help

you plan for all you want to achieve.



## STRUCTURED Process

READ MORE

## ANALYTICAL Insights

READ MORE

## PERSONALIZED Guidance

READ MORE

### Non-Profits

Expertise to support the unique needs and goals of non-profits

READ MORE

### Families & Individuals

A pragmatic approach to wealth management

READ MORE



> If you want to be happy, set a goal that commands your thoughts, liberates your energy and inspires your hopes.

ANDREW CARNEGIE

## what can we do for you?

**SAY HELLO**



110 NE 11th Ave  //  Ocala, FL 34470-6724  //  T: 352.629.9138  //  F: 352.629.9158  //  Map & Directions

Raymond James financial advisors may only conduct business with residents of the states and/or jurisdictions for which they are properly registered. Therefore, a response to a request for information may be delayed. Please note that not all of the investments and services mentioned are available in every state. Investors outside of the United States are subject to securities and tax regulations within their applicable jurisdictions that are not addressed on this site. Contact your local Raymond James office for information and availability.

Links are being provided for information purposes only. Raymond James is not affiliated with and does not endorse, authorize or sponsor any of the listed websites or their respective sponsors. Raymond James is not responsible for the content of any website or the collection or use of information regarding any website's users and/or members.

Investment advisory services offered through Raymond James Financial Services Advisors, Inc.. Tenzing Financial Advisors is not a registered broker/dealer and is independent of Raymond James Financial Services.

© 2025 Securities offered through Raymond James Financial Services, Inc., member FINRA / SIPC  |  Legal Disclosures  |  Privacy, Security & Account Protection  |  Terms of Use

