# EXHIBIT G

Google

duncan way design

AI Mode | All | Images | Shopping | Videos | Short videos | Forums | More | Tools

**duncanwaydesign.com**
https://duncanwaydesign.com

**Duncan Way Design**
Duncan Way is a **graphic designer based in Gainesville, Florida**. He creates full branding packages including logo design, social media assets, icons, ...



**LinkedIn · Duncan Way**
600+ followers

**Duncan Way - Graphic Design Coordinator at UF Lastinger ...**
I am **a designer specializing in branding and web design**. I love to create brands that are beautiful, functional and serve a client now and well into the future ...

**Behance**
https://www.behance.net › duncanwaydesign

**Duncan Way - Freelance designer in Gainesville, FL, USA**
I am **a freelance graphic designer** with one goal in mind: to help build brands. That means more than just creating logos because a brand is more than the ...

**Facebook**
https://www.facebook.com › duncan.way.5

**Duncan Way**
Graphic Designer/Illustrator at PHOS Creative ; Owner Operator at **Duncan Way Design** ; Former Graphic Designer/Illustrator at Santa Fe College ; Former Marketing ...

**duncanwaydesign.com**
https://duncanwaydesign.com › about-2

**About Duncan**
Duncan Way is a **graphic designer based in Gainesville, Florida**. He creates full branding packages including logo design, social media assets, icons, ...

**Facebook · Duncan Way Design**
110+ followers

**Duncan Way Design**
Duncan Way Design. 118 likes. I am a **freelance graphic designer** with one goal in mind: to help build brands. Full brand concepts, logos, brand...

5.0 ★★★★★ (3)



**pixels.com**
https://duncan-way.pixels.com

**Duncan Way - Official Website**
This is the website of Duncan Way. **Shop for hockey art, police art, swat art, and more**. Designs are available to purchase as canvas prints, framed prints, ...



## Images


**Duncan Way Design**
duncanwaydesign.com


**Duncan Way - Graphic Design...**
LinkedIn


**Duncan Way - Graphic Design...**
LinkedIn


**Duncan Way Design**
Facebook


**The Protector Canvas Print**
Fine Art America


**Duncan Way - Official Website**
Pixels

Show more images


LinkedIn
https://www.linkedin.com › pub › dir › Duncan › Way

### 10 "Duncan Way" profiles

Duncan Way. **Graphic Design Coordinator at UF Lastinger Center for Learning**. Gainesville, FL. UF Lastinger Center for Learning, +11 more. University ...


Fine Art America
https://fineartamerica.com › Artists › Duncan Way

### Duncan Way Canvas Prints

Shop for canvas prints from Duncan Way. **Duncan Way canvas prints are ready to ship within 3 - 4 business days** and include a 30-day money-back guarantee.



1  2  3  4  5  6  7  8  9  10   Next