# EXHIBIT H

# Tenzing Financial Advisors

Branding | Brand System | Finance




Jerry, the owner of Tenzing Financial Advisors, originally did not have a name or brand - he simply had a mission to help his clients overcome the perceived hurdles of planning their financial future.

After meeting with Jerry and getting a full understanding of who he was and what he wanted his brand to achieve I bought the name Tenzing to Jerry and my team (Creative Director and Marketing Specialist). The name derives from Tenzing Norgay - the sherpa who helped Edmund Hilary climb Everest and was inspired by Jerry describing how he tries to carry the load for his clients.

Once we had the name we needed a strong brand identity that was professional but still approachable, that showed strength, inspired trust, and gave a nod to the meaning behind the name. I presented three mood boards that ran a spectrum of these brand attributes and some different logo stylings in order to fully understand where Jerry wanted his brand to end up.

After mood boarding I explored logo concepts and presented four back to Jerry and the team. I explored mountain and letter based iconography mixed with professional, bold, yet approachable fonts. In the end we landed on an icon that is built from letter T's, layered in such a way to create an abstract mountain silhouette. The brand features a bold and fun orange to offset the professional deep blue.

I created several logo types to cover a range of uses and contexts and packaged them with an extensive brand guidelines. You can see the mood boards, logo concepts, final logos, and some of the brand guidelines below.








   
   

 
  
