# EXHIBIT I

https://web.archive.org/web/20240920190742/https://duncanwaydesign.com/
October 8, 2025 at 5:09 PM EDT
https://duncanwaydesign.com/
Go
JUL SEP NOV
20
2023 2024 2025
50 captures
1 Dec 2021 – 12 May 2025
About this capture

Portfolio   About Duncan   Contact   Download Resume

# I am a human focused designer building brands for mission focused organizations.












