# EXHIBIT K

**Brandon West** Mon, Oct 27, 11:39 AM
to Jerry, me, Jessie, Tatum, Rachel

Team,

I received confirmation from Tenzing today that this was a legitimate request.

Everything on Duncan's website has been down since last Friday. Thanks for letting me know. I'm sorry that this happened.

@Jerry Furlong, hey! I hope you are well, friend. Since we are friends, please don't hesitate to reach out to me directly anytime you need something. :) Genuinely, I am here for you.

Sincerely,

--

**Brandon West** | *Chief Purpose Officer and Founder*
(352) 505-3626 | phoscreative.com | brandon@phoscreative.com
Speaker Requests and Book Purchasing
Facebook | Instagram | LinkedIn
2131 NW 40th Terrace Suite B, Gainesville, FL 32605 (Map)



**Suggestions**

Confirming receipt
Hi Jessie, Got it. I'll make sure to …

Requesting clarification
Hi Jessie, Thanks for sending this…

Acknowledging and proceeding
Hi Jessie, Understood. I'll review t…