# EXHIBIT L

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 11063852**
**Filing Number: 200612757065**
**Filing Date/Time: 06/12/2020 01:38 PM**
**Effective Date/Time: 06/12/2020 01:38 PM**

## Limited Liability Company - Articles of Organization

### Entity Information

Entity Name:    Tenzing Financial, LLC        Entity Type:  Limited Liability Company

### Business Type

Industry Code:    0 - General

### Duration

Perpetual(forever)

### Registered Agent Information

RA Type: Individual                                    Locality:  JAMES CITY COUNTY

RA Qualification:  Member of the Virginia State Bar

Name:  Gregory R Davis                            Email Address:  N/A

The company's initial registered office address, including the street and number, if any, which is identical to the business office of the initial registered agent, is:

Registered Office Address:  4801 Courthouse St Ste 300, Williamsburg, VA, 23188, USA        Contact Number:  N/A

### Principal Office Address

Address:    319 Burns Ln, Williamsburg, VA, 23185 - 3908, USA

### Principal Information

Management Structure: Manager-Managed

### Signature Information

Date Signed: 06/12/2020

Executed in the name of the limited liability company by:

| Printed Name | Signature | Title |
|---|---|---|
| Gregory R. Davis | Gregory R. Davis | Organizer |

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 12, 2020

The State Corporation Commission has found the accompanying articles of organization submitted on behalf of

Tenzing Financial, LLC

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective June 12, 2020.

The limited liability company is granted the authority conferred on it by law in accordance with the articles of organization, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By _Mark C. Christie_

Mark C. Christie
Commissioner