# EXHIBIT M

# Re: Tenzing Virginia: Confusion



To • Casey Deluca

5:37 PM

ⓘ Follow up. Start by Wednesday, October 29, 2025. Due by Wednesday, October 29, 2025.

John and I have been clients of Raymond James for decades, so we were surprised to see a new name, Tenzing, added to our correspondence. I searched online and found a website with that name in Virginia and then we were confused because it was not the Raymond James that we were accustomed to. So I contacted Jerry and Casey replied that someone was misusing Jerry's website with the name Tenzing. We hope this confusion will be resolved.

Carole