# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| TENZING FINANCIAL ADVISORS, PLLC AND JERRY L. FURLONG JUNIOR,<br><br>*Plaintiff*,<br><br>v.<br><br>PHOS CREATIVE, LLC; DUNCAN WAY DESIGN, LLC; AND DUNCAN WAY,<br><br>*Defendant*. | Case No.: 1:26-cv-00006-MW-MJF |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PHOS' DEADLINE TO ANSWER OR RESPOND

Plaintiffs Tenzing Financial Advisors, PLLC ("Tenzing") and Jerry L. Furlong Jr. (collectively "Plaintiff"), on behalf of Defendant Phos Creative, LLC ("Phos"), hereby files this unopposed and agreed motion requesting the Court for a first extension of time for Phos to answer or otherwise respond to Plaintiff's Complaint under Fed. R. Civ. P. 12(a)(1)(A) by thirty (30) days. In support of this motion, Plaintiff states as follows:

1. On January 7, 2026, Plaintiff filed the present action against Phos and Duncan way containing counts of breach of contract, copyright infringement, and unauthorized publication of name or likeness. (Doc. 1.)

2. On January 27, 2026, Phos was served with Plaintiff's complaint and associated summons (Doc. 7), which sets the deadline to answer or otherwise respond on February 17, 2026.

3. On February 12, 2026, Phos retained counsel to represent them in this case.

4. Phos had not yet appeared in the case, but Phos' counsel conferred with Plaintiff's counsel and requested a thirty (30) day extension of time to answer or otherwise respond to Plaintiff's Complaint to and including March 19, 2026.

5. Plaintiff has agreed to Phos' request for the extension of time to answer or otherwise respond to the Complaint.

Accordingly, Plaintiff, on behalf of Phos, respectfully requests that the Court extend the time for Phos to answer or otherwise respond to Plaintiff's Complaint to and including March 19, 2026.

Dated: February 17, 2026

                Respectfully submitted,


                By: /s/ Tatum Barton

**Jessie L. Pellant** (motion for admission *pro hac vice* forthcoming)
Colorado Attorney Reg. No. 42096
jpellant@studioiplaw.com

**Vincent Merenda** (motion for admission *pro hac vice* forthcoming)
Colorado Attorney Reg. No. 60774
vmerenda@studioiplaw.com

**Tatum Barton**
Florida Attorney Reg. No. 1058793
tbarton@studioiplaw.com

3000 Lawrence Street
Denver, CO 80205
Telephone: (303) 563-5360

**Attorneys for Plaintiffs,**
TENZING FINANCIAL ADVISORS, PLLC AND JERRY L. FURLONG JUNIOR

## CERTIFICATION OF ATTORNEY CONFERENCE

Pursuant to N.D. Fla. Local Rule 7.1(C), I hereby certify that Defendant has not yet appeared with counsel in this proceeding but has conferred with Plaintiff's counsel.

*/s/ Tatum Barton*
Tatum Barton

## CERTIFICATION OF WORD LIMIT

Pursuant to N.D. Fla. Local Rule 7.1(F), I certify that this motion complies with the required word limit. According to the word processing program used to prepare this document, the motion contains less than 500 words.

*/s/ Tatum Barton*
Tatum Barton

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Tatum Barton*
Tatum Barton