# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**TENZING FINANCIAL ADVISORS, PLLC, JERRY L. FURLONG, JUNIOR,**

    *Plaintiffs*,

v.                                              Case No.: 1:26cv6-MW/MJF

**PHOS CREATIVE, LLC, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION FOR EXTENSION

This Court has considered, without hearing, Plaintiff's motion for extension. ECF No. 10. The motion is **GRANTED**. Defendant Phos Creative, LLC's deadline to answer or otherwise respond to the complaint is extended to **on or before March 19, 2026.**

    SO ORDERED on February 18, 2026.

                                                 *s/Mark E. Walker*
                                                 **United States District Judge**