IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| Tenzing Financial Advisors, PLLC and Jerry L. Furlong Junior;<br><br>*Plaintiffs*,<br><br>v.<br><br>Phos Creative, LLC; Duncan Way Designs, LLC; and Duncan Way<br><br>*Defendants*. | Civil No.: 1:26-cv-00006-MW-MJF<br><br>**MOTION TO APPEAR PRO HAC VICE** |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1 of the United States District Court, Northern District of Florida, Vincent Merenda, respectfully moves this Court for leave to appear pro hac vice on behalf of Plaintiffs, Tenzing Financial Advisors PLLC and Jerry L. Furlong Jr..

1. Plaintiffs have retained StudioIP to represent them in this matter.

2. I am an attorney with StudioIP. I regularly practice law with StudioIP's, Colorado office.

3. I am admitted to and am an active member in good standing of the Bar of Colorado, as indicated in the attached certificate.

4.	I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND17659083233741.

5.	I have successfully completed the CM/ECF online tutorials.

6.	In connection with this motion, I have paid the required pro hac vice fee.

**WHEREFORE**, Vincent Merenda, respectfully moves this Court for leave to appear pro hac vice on behalf of Plaintiffs, Tenzing Financial Advisors, PLLC and Jerry L. Furlong Jr..

**DATED** this 19th day of February 2026.

Respectfully submitted,

/s/ Vincent Merenda
Vincent Merenda
*vmerenda@studioiplaw.com*
303-563-5360
Colorado Bar No. 60774
STUDIOIP LAW, LLC
3000 Lawrence Street
Denver, CO 80205

*Attorney for Plaintiffs*

[*Certificate of Service follows*]

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Vincent Merenda**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **21st** day of **October** A.D. **2024** and that at the date hereof the said **Vincent Merenda** is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **28th** day of **January** A.D. **2026**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk