# EXHIBIT A

DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E22304651AA5

PHŌS

DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E2220A651AA5







ADDY AWARD WINNER



GOLD ANGEL AWARD WINNER



2018
EMPLOYER
OF THE YEAR

**GATOR 100**

UF PHŌS

**2019 & 2020 Honoree**

The fastest-growing, Gator-led
companies in the world.



2019
TECH COMPANY
OF THE YEAR

**Inc. 5000**

**Florida's
Fastest Growing
Private Companies**

DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E22304651AA5

# Where We Want to Take You

PHŌS

DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E22304651AA5

## OUR ENGAGEMENT VISION

# To create a unique and industry-leading brand identity that helps drive qualified traffic, leads, and revenue.

PHŌS

# Observations & Opportunities

1.  A new name has been proposed: **Legacy Oak Wealth Management**

2.  "We have never really done marketing."

3.  "Bandwidth is low on our team for marketing."

4.  "The crown is ready for grabbing."

5.  "Every advisor has the same, vanilla approach."

6.  "Everything is referral-based right now."

PHŌS

DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E2230465 1AA5

(833) 368-3680  |  retirement@zinniawealth.com



HOME    ABOUT    EVENTS    OUR SERVICES    EDUCATION    MEDIA    CONTACT    👤 CLIENT UPLOAD



*"Don't just prepare for retirement. Plan to experience it!"*

GET STARTED TODAY

Plant Your **Retirement Strategy**. Grow Your **Nest Egg**. Care For Your **Loved Ones**.

Zinnia Wealth Management specializes in personally helping families, individuals and businesses achieve wise financial stewardship. Our group concentration is on four essential retirement planning strategies: Protection of Your Health Care, Financial Security, Planning Your Estate, and Preserving Freedom of Choice.

We help make the most of your employer-sponsored retirement plans and IRAs. By determining how much you need to retire comfortably and managing assets before and during retirement, we can help you achieve a stress-free retirement.

Check the background of Zinnia Wealth Management and its advisor representatives on FINRA's BrokerCheck



RETIREMENT SOLUTIONS    +    LITTLE RED BOOK OF RETIREMENT    +    UPCOMING ZINNIA EVENT

SCHEDULE YOUR COMPLIMENTARY RETIREMENT REVIEW NOW!

DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E22304651AA5



DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E22204654AAE

We can help you regain control of your financial future. Click HERE to book a phone meeting ASAP!



NATURE COAST
FINANCIAL ADVISORS, INC.

🔒 CLIENT PORTAL

📞 352.794.6044

MEET YOUR TEAM      KNOW YOUR OPTIONS      ATTEND AN EVENT      MEDIA      MEDICARE      QUESTIONS?      SCHEDULE A MEETING

# TAKE CHARGE
## OF YOUR FINANCIAL FUTURE.

We can help you plot a path to your ideal retirement.

LEARN HOW →        ▶ WATCH OUR STORY

**YOUR FUTURE NEEDS A PLAN.** LET US HELP YOU CREATE ONE.

CONTACT US TODAY →



# Jerry Furlong · 2nd

 **Raymond James**

Financial Advisor at Raymond James Financial
Services

Ocala, Florida, United States · **Contact info**

**500+** connections

 **21 mutual connections:** Rory P. Causseaux, P.E., Dean Johnson, and 19 others

🕐 **Pending**    🔒 **Message**    **More**

DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E22204651A4E



0418 189 138    jamie@furlongfinancial.com.au

Home    Services    Testimonials    Contact

# Bookkeeping for the horse racing industry.

## Furlong Financial

A dedicated bookkeeping service aimed at providing bookkeeping assistance to the thoroughbred horse racing industry.

## We offer bookkeeping and external CFO services.



### Bookkeeping

Our bookkeeping specialists provide a comprehensive range of value-driven accounting services.



### External Chief Financial Officer (CFO)

Furlong Financial offer external Chief Financial Officer (CFO) services to our clients.

# Engagement Goals

1. Create a **personal, genuine, caring, and relatable** brand identity.

   "I work with you because you're not in a suit and you're not pushy."

   a.  Leverage the credibility of Raymond James.

2. Develop a digital presence that communicates **our why, what we do, what we offer, where we're located, and how we're unique**.

   "I want to do something different. I want to sell a system and a process."



DocuSign Envelope ID: 850A4934-96B0-4D84-A4D9-E22204651A4E

# The PHOS Process

PHOS

# Furlong Process Outline

1. **First Step**
   Build the Brand Positioning and Visual Identity

2. **Second Step**
   Build the Brand System

3. **Third Step**
   Build the Inbound Funnel

**PHŌS**

# First Step | Brand Positioning Deliverables

1. Name Identification and Selection

2. PHOS Brand Plan
   Strategic Plan, Verbal/Visual Identity, Marketing Strategy

3. Logo Design and Brand Package

   a. Collateral: Business Card

   b. Social Media Rebranding Package

**All Deliverables Include Up To Three Rounds of Revisions

PHŌS

DocuSign Envelope ID: 850A4934-96B0-4D84-A4D9-E22204651A0E

# Timeline and Investment

PHŌS

DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E22204651AAF





## First Step

# Engagement Budget

1.  Name Identification and Selection          $5k
2.  PHOS Brand Plan                             $8k
3.  Logo Design and Brand Package              $8k

**Total Investment**                          **$21k**

*The total investment will be delivered in three (3) equal invoices. The first invoice will be delivered after receiving an executed contract and the final before the final deliverable is sent. Each invoice shall be due upon receipt.



# Additional Costs

**As the scope of work has been carefully vetted with the Client, PHOS does not foresee any additional costs associated with plugins, stock photography, features, etc.** In the event that something becomes necessary to accomplish the deliverables listed above, an additional budget would be requested to complete or further the success of our engagement. In that case, an addendum to this proposal would be constructed and approved by the Client in writing.



DocuSign Envelope ID: 850A4934-06B0-4D84-A4D9-E2220461AAE



# Engagement Contract

# PHŌS



# Engagement Contract

## Terms, Conditions, and Policies

The terms of the Proposal (also referred to as the Engagement Plan) shall be effective for 30 days after Issue Date to Client. In the event this Agreement is not executed by Client within the time identified, the Proposal, together with any related terms and conditions and deliverables, may be subject to amendment, change, or substitution.

### Excellence In Services Provided

PHOS is committed to our clients and we strive for complete customer satisfaction with our services and products. This commitment means that we assume self-discipline above the requirements of the law. PHOS is committed to safety and integrity in online media and, as such, reserves the right to refuse to handle any media that is unlawful, inappropriate, hostile, dishonest, obscene, and any other questionable media at PHOS' own discretion.

### Changes to Proposal

Unless otherwise provided in the Proposal, and except as otherwise provided for herein, Client shall pay additional charges for changes requested by Client which are outside the scope of the Proposal on a time and materials basis, at PHOS' standard hourly rate of $200 per hour. Such charges shall be in addition to all other amounts payable under the Proposal, despite any maximum budget, contract price or final price identified therein. PHOS may extend or modify any delivery schedule or deadlines for deliverables in the Proposal as may be required by such changes.

### Project Timeline & Termination

If the Client fails to meet deadlines for content delivery, billing, or backend access, PHOS will not be held responsible for undelivered services or services not delivered on time.

This agreement may be terminated for convenience by either party upon sixty (60) days' prior written notice. Upon termination, PHOS shall cease performance of all Services under this agreement. PHOS shall be paid for all services rendered through the date of termination (see Schedule above) and for costs reasonably incurred in anticipation of performance of Services to the extent that they cannot reasonably be avoided or eliminated. This Agreement may be terminated by PHOS (a) immediately if Client fails to pay any fees hereunder; or (b) if Client fails to cooperate with PHOS or hinders PHOS' ability to perform the Services hereunder.

### Online Information & Security

The security of the Client's online information, website, and social media platforms is of the highest importance at PHOS. While we take great precautions to ensure your data is secure, PHOS will not be held responsible for hacked or otherwise compromised website data/credentials. The Client shall also be responsible for any and all backups, security, and the administration and health of its data, files, and



systems. Should such a breach occur (e.g. spam content placement, corrupted login data, hacked CMS, et al.), PHOS would work to remedy the breach at the cost of the Client upon the Client's approval. In this case, PHOS will work with the Client to restore the site, based on its available backups, harden the site's security practices, and rewrite the problematic programming.

## Intellectual Property

PHOS agrees to transfer and assign, and hereby transfers and assigns, to the Client and its designees, without further compensation, the entire right, title and interest throughout the world in and to: (a) all Technical Information first produced by PHOS in the performance of this Agreement; (b) all Intellectual Property resulting from PHOS' activities under this Agreement; (c) all Intellectual Property relating to any Deliverables under this Agreement; and (d) creations and inventions that are otherwise made through the use of the Client's or its affiliates' equipment, supplies, facilities, materials and/or Proprietary Information. All such Technical Information and Intellectual Property that are protectable by copyright will be considered work(s) made for hire for the Client (as "works made for hire" is defined in the United States Copyright Act, 17 U.S.C. § 101) and will belong exclusively to the Client.

# Proposal Acceptance

See above for terms, conditions, and policies that govern this proposal and agreement. Acceptance of this proposal for Client is accomplished by returning a signed copy of this document to PHOS.

| | |
|---|---|
| Company | Furlong Financial Group, PLLC |
| Signer's Name | Sherri Hinkle |
| Signature | *Sherri Hinkle* |
| Date | 1/3/2023 | 1:29 PM EST |

| | |
|---|---|
| PHOS Member | Brandon Michael West |
| Signature | *Brandon Michael West* |
| Date | 1/3/2023 | 11:03 AM PST |