# EXHIBIT B



[Department of State](#) / [Division of Corporations](#) / [Search Records](#) / [Search by Entity Name](#) /

[Previous On List](#)    [Next On List](#)    [Return to List]    TENZING ENERGY SO

No Events    No Name History    [Search]

### Detail by Entity Name

Florida Limited Liability Company
TENZING FINANCIAL ADVISORS, PLLC

#### Filing Information

| | |
|---|---|
| **Document Number** | L23000149935 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 03/24/2023 |
| **Effective Date** | 03/24/2023 |
| **State** | FL |
| **Status** | ACTIVE |

#### Principal Address

110 NE 11TH AVENUE
OCALA, FL 34470

#### Mailing Address

110 NE 11TH AVENUE
OCALA, FL 34470

#### Registered Agent Name & Address

FURLONG, JERRY L, JR
110 NE 11TH AVENUE
OCALA, FL 34470

#### Authorized Person(s) Detail

**Name & Address**

Title MGMR

FURLONG, JERRY L, JR
110 NE 11TH AVENUE
OCALA, FL 34470

#### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2024 | 03/20/2024 |
| 2025 | 03/18/2025 |

#### Document Images

| | |
|---|---|
| [03/18/2025 -- ANNUAL REPORT](#) | View image in PDF format |
| [03/20/2024 -- ANNUAL REPORT](#) | View image in PDF format |

03/24/2023 -- Florida Limited Liability

View image in PDF format

Previous On List    Next On List    Return to List    TENZING ENERGY SO
Search

**No Events    No Name History**

Florida Department of State, Division of Corporations