# EXHIBIT H

Portfolio   About Duncan   Contact   Download Resume

# I am a human focused designer building brands for mission focused organizations.












