# EXHIBIT I



October 23, 2025

**SENT VIA EMAIL**

Phos Creative, LLC.
2131 NW 40th Terrace
Suite B
Gainesville, FL 32605
brandon@phoscreative.com

RE:  **Breach of Contract and Copyright Infringement**

Dear Brandon,

StudioIP represents Tenzing Financial Advisors, LLC ("Tenzing"), the owner of the Tenzing brand and all associated intellectual property. As you are aware, in 2023, our client engaged Phos Creative, LLC, ("You") to design and deliver a comprehensive marketing and branding package which included a full brand guide, logo, color scheme, typography, and related creative materials (hereafter the "Agreement"). (attached hereto as **Exhibit A**.) Tenzing paid You approximately $21,000 for this commitment, relying on Your representations of confidentiality, professionalism, and adherence to the terms of the Agreement. (attached hereto this correspondence).

As reflected in the Agreement, You expressly stated that all creative works and materials produced under the Agreement would be the exclusive property of Tenzing. The final page of that agreement contains a clear and unequivocal Intellectual Property clause, which states:

> PHOS agrees to transfer and assign, and hereby transfers and assigns, to the Client and its designees, without further compensation, the entire right, title and interest throughout the world in and to: (a) all Technical Information first produced by PHOS in the performance of this Agreement; (b) all Intellectual Property resulting from PHOS' activities under this Agreement; (c) all Intellectual Property relating to any Deliverables under this Agreement; and (d) creations and inventions that are otherwise made through the use of the Client's or its affiliates' equipment, supplies, facilities, materials and/or Proprietary Information. All such Technical Information and Intellectual Property that are protectable by copyright will be considered work(s) made by PHOS for hire for the Client (as "works made for hire" is defined in the United States Copyright Act, 17 U.S.C. § 101) and will belong exclusively to the Client.



Our client recently discovered that You have made Tenzing's entire brand guide and confidential materials publicly available online. These materials contain proprietary creative assets and brand specifications that were commissioned exclusively for Tenzing and are protected under copyright law via the terms of the Agreement. Internet archive records indicate that the designer for Tenzing's project, Duncan Way (hereinafter "Duncan"), made public all of Tenzing's proprietary material since at least as early as September 30th, 2024 - more than a year from today. See **Exhibit B**. You too can access Tenzing's proprietary materials publicly at https://duncanwaydesign.com/tenzing. Not only was this work produced exclusively in contract with You under Duncan's lead, it was published online for a substantial period of time while Duncan was employed by You. Such publication has caused Tenzing irreparable harm.

In addition to Your breach of the Agreement, You and Duncan's conduct clearly constitutes copyright infringement. Pursuant to 17 U.S.C. §106, a copyright owner holds the exclusive rights to reproduce, distribute, publicly display, and prepare derivative works based upon the copyrighted material. By publishing and providing public access to Tenzing's full brand guide, You and Duncan have blatantly infringed upon Tenzing's exclusive rights. See **Exhibit C**.

The fact that Duncan has since left PHOS does not absolve You of responsibility for conduct undertaken during the engagement. "[T]he well-established standard for establishing vicarious liability in cases involving violations of the Copyright Act is whether an individual had the right and ability to supervise the wrongful conduct and had a direct financial interest." *Joe Hand Promotions, Inc. v. Hart*, No. 9:11-cv-80971 (S.D. Fla. Apr 16, 2012). Here, it is clear that You had both the right and ability to supervise Duncan's conduct and derived a direct financial benefit from his unauthorized use of the works. Duncan created Tenzing's materials in the course of his employment with You, using Your resources, and under Your team's direction and control, and during this time Ducan held himself out to be a full-time employee at PHOS. See **Exhibit D**. In fact, Duncan's professional resume, accessible via his website, still indicates he is employed by You. See **Exhibit D**. Thus, the display of Tenzing's materials on Duncan's website serves to advertise Your creative capabilities, thereby attracting new clients and generating commercial value for You.

Moreover, You and Duncan's actions constitute an unauthorized commercial exploitation of our client's name, image, and likeness and invasion of privacy. F.S. §540.08 states:

(1) No person shall publish, print, display or otherwise publicly use for purposes of trade or for any commercial or advertising purpose the name, portrait, photograph, or other likeness of any natural person without the express written or oral consent to such use.

(2) In the event the consent required in subsection (1) is not obtained, the person whose name, portrait, photograph, or other likeness is so used…may bring an action to enjoin such unauthorized publication, printing, display or other public use, and to recover



damages for any loss or injury sustained by reason thereof, including an amount which would have been a reasonable royalty, and punitive or exemplary damages.

(7) The remedies provided for in this section shall be in addition to and not in limitation of the remedies and rights of any person under the common law against the invasion of her or his privacy.

Duncan's website prominently features Tenzing founder Jerry Furlong's name and business story without his express consent. See **Exhibit C**. It is clear Duncan has been using these identifiers to promote Your services and portray the Tenzing project as part of Duncan's professional portfolio. Such use was without our client's consent and solely for the commercial benefit of You and Duncan. In fact, a quick Google search for "duncan way designs" depicts Tenzing's brand next to the link to Duncan's website. See **Exhibit E**.

Accordingly, we demand that You:

1. Immediately remove all copies of Tenzing's brand guide, logo, and proprietary materials from any website, public portfolio, or third-party platform;
2. Instruct Duncan and any employee, whether current or former, and any of PHOS' agents to remove all such materials from their respective platforms;
3. Provide written confirmation within two (2) days that all such materials have been removed from the internet such that no copies remain publicly accessible online or elsewhere; and
4. Reimburse Tenzing in full for the $21,000 paid to You for the branding and marketing material.

Please confirm compliance by **October 27, 2025.** We sincerely admire and respect your organization's mission to launch care centers for women and children affected by extreme poverty and sex trafficking. However, we too must respect the well-established principles of contract and intellectual property law, thus, would prefer to settle this matter amicably pursuant to the term above. Failure to comply with these demands will result in legal action by Tenzing, including litigation.



    This letter is sent without prejudice to any rights or remedies available to Tenzing, all of which are expressly reserved. All communication regarding this matter should be directed to StudioIP.

Best,

Jessie L. Pellant
Managing Partner
StudioIP



**Exhibit A**

[intentionally omitted, attached via email correspondence]



**Exhibit B**













**Exhibit C**





   

   



 

  

  



studioIP

**Exhibit D**

# Duncan Way

GRAPHIC DESIGNER (BRAND, UX/UI DESIGN)



## Summary

As a graphic designer I focus on creating work that is both beautiful and practical. As a team member I thrive in collaborative, deadline-driven environments and excel at problem solving and idea generation. I am experienced working in a remote setting, and highly capable of managing my own time and work load.

## Personal Info

**EMAIL**
duncanjrway@gmail.com

**PHONE**
(352) 575-7572

**WEBSITE**
duncanwaydesign.com

**LINKEDIN**
linkedin.com/in/duncan-way

## Education

**UX DESIGN INSTITUTE**
Professional Diploma in UX Design

**UNI. OF SOUTHAMPTON (UK)**
BSc Business Management

## Design Skills

UI/UX DESIGN

WEB DESIGN

BRAND CREATION

## Technical Skills

**ADOBE CREATIVE SUITE**
Illustrator, Photoshop, InDesign,
XD, After Effects

FIGMA

MICROSOFT SUITE

TRELLO

## Experience

**GRAPHIC DESIGNER**

PHOS CREATIVE                                    JUN 2021 - PRESENT

As a designer ..... clients I have taken many of their ..... web designs from conception to reality. I also work with our retainer clients helping to ideate and create content across social, email and the web as well as creating print collateral and maintaining relationships with multiple vendors. I collaborate often and well with clients, marketing executives, developers, copywriters, project managers and other designers.

**GRAPHIC DESIGNER**

SANTA FE COLLEGE                                 SEP 2020 - JUN 2021

Following a desire to be back as part of a team I joined the Marketing and Communications team at Santa Fe. I maintained the consistency of the brand across all platforms (digital and print) in all creative work in multiple departments at this 500+ person organization.

**FOUNDER & GRAPHIC DESIGNER**

DUNCAN WAY DESIGN                                OCT 2015 - PRESENT

I transitioned into the freelance world after five years of working in more corporate settings. I utilized my knowledge and experience to serve small and medium sized businesses by helping to build their brands and websites.

**CREATIVE SERVICES/ BRAND MANAGER**

QUANTCAST                                        OCT 2014 - OCT 2016

I managed a team of freelance designers, undertook creative work myself and consulted on the UX/UI of our global website and apps to provide all the creative output needs for Quantcast Europe. With offices in seven countries I was in charge of ensuring all documentation, websites and event collateral were consistent across the brand.

**MARKETING MANAGER**

STRUQ                                            FEB 2014 - OCT 2014

As marketing manager for this bootstrapped startup I was a ghost writer creating opinion pieces for the CEO which were published in industry press between two and five times a week. I also ran the Struq blog and created imagery and collateral for the organization. Struq was later acquired by Quantcast.



## Experience



**Graphic Design Coordinator**
UF Lastinger Center for Learning · Full-time
Mar 2025 - Present · 8 mos
Gainesville, Florida, United States · Hybrid



**Graphic Designer/ Brand Consultant**
Duncan Way Design · Freelance
Oct 2015 - Present · 10 yrs 1 mo
Gainesville, Florida Area

I am a freelance graphic designer with one goal in mind: to help build brands. That means more than just creating logos because a brand is more than the sign you put on the door, it's the entire look and  ...see more



**Graphic Designer**
PHOS Creative · Full-time
Jul 2021 - Apr 2025 · 3 yrs 10 mos
Gainesville, Florida, United States · Hybrid

Creating and supporting long lasting, high impact brands through full brand packages, web design, and creative design for marketing. Working to improve our processes for designing for our retained c  ...see more

⬦ Graphic Design, Logo Design and +1 skill



**Graphic Designer**
Santa Fe College · Full-time
Sep 2020 - Jul 2021 · 11 mos
Gainesville, FL, United States





**Exhibit E**

