**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA**

**Civil Action No.**

Tenzing Financial Advisors, LLC and Jerry L. Furlong Jr.,
    Plaintiffs

v.

Phos Creative, LLC, Duncan Way Designs, LLC, and Duncan Way.
Defendants.

**DECLARATION OF JERRY L. FURLONG JR. IN SUPPORT OF THE COMPLAINT**

I, Jerry Furlong, declare as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein. I submit this declaration in support of the Complaint.

2. I began my career in financial services with Edward Jones in or about June 2007.

3. On or about June 28, 2011, I joined Raymond James as an independent contractor and operated my business under the name Furlong Financial Group, PLLC.

4. In 2023, after deciding to expand and grow my practice, I rebranded my business under the name Tenzing in an effort to drop my last name from the business and attract new, young talent who wanted to be part of a growing team.

5. In or about October 2022, I contacted Phos Creative ("Phos") to begin discussions regarding a rebrand of my business.

6. During the rebranding process, I communicated with Brandon West, Corey LaRosa, Elliot Shuey, and Duncan Way of Phos concerning brand design and development.

7. I met with Duncan Way approximately four times via Zoom to discuss the creative direction, logo design, and brand style guide for Tenzing.

8. During those meetings, Duncan presented logos, brand design concepts, and the brand style guide and was responsible for the creative aspects of the rebranding process.

9. I do not have written communications with Duncan regarding these meetings but retain calendar invitations evidencing the Zoom sessions.

10. In or around 2025, while conducting Google SEO research for my company "Tenzing Financial Advisors", to locate my firm's website, I discovered a website belonging to Duncan Way, which described his creation of my company "Tenzing," displayed the Tenzing style guide, and discussed the meaning behind the name and the development process.

11. During this same time I discovered another business, Tenzing Financial, in the Google search results. They are also a financial services company and are located in Virginia.

12. The Tenzing in Virginia uses an identical name, a nearly identical logo, color scheme, and brand narrative. Likewise, they offer nearly identical services.

13. At no time did I grant Phos or Duncan permission to use the Tenzing name, my name, or any aspect of my business platform in any capacity.

14. Phos provided me with brand deliverables for Tenzing, including an email signature, business card design, my professional bio, letterhead, and the "Tenzing Compass" graphic, all designed by Phos.

15. I continue to retain copies of these deliverables and related materials created by Phos.

16. The facts stated herein are true and correct to the best of my knowledge and belief.

EXECUTED this 29th day of December at Ocala, Florida.

_____
Jerry L Furlong (Dec 29, 2025 10:52:27 EST)

Jerry L. Furlong Jr.

# Furlong Affidavit-2

Final Audit Report  2025-12-29

| | |
|---|---|
| Created: | 2025-12-29 |
| By: | Vince Merenda (vmerenda@studioiplaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAKEV_Iey8K3BLTFkYHFGyYDbjRSiFIJ9Q |

## "Furlong Affidavit-2" History

- Document created by Vince Merenda (vmerenda@studioiplaw.com)
  2025-12-29 - 3:48:15 PM GMT

- Document emailed to jerry.furlong@raymondjames.com for signature
  2025-12-29 - 3:48:19 PM GMT

- Email viewed by jerry.furlong@raymondjames.com
  2025-12-29 - 3:48:34 PM GMT

- Signer jerry.furlong@raymondjames.com entered name at signing as Jerry L Furlong
  2025-12-29 - 3:52:25 PM GMT

- Document e-signed by Jerry L Furlong (jerry.furlong@raymondjames.com)
  Signature Date: 2025-12-29 - 3:52:27 PM GMT - Time Source: server

- Agreement completed.
  2025-12-29 - 3:52:27 PM GMT

Adobe Acrobat Sign