**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**TENZING FINANCIAL
ADVISORS, PLLC** and **JERRY
L. FURLONG JUNIOR,**

    *Plaintiffs*,

vs.

**PHOS CREATIVE, LLC** and
**DUNCAN WAY,**

    *Defendants*.

Index No.: 1:26-cv-00006-MW-MJF

### <u>DEFENDANT DUNCAN WAY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT</u>

Defendant Duncan Way ("Defendant Way"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1, respectfully moves for a short extension of time to respond to Plaintiff's First Amended Complaint. In support, Defendant Way states as follows:

1.    Plaintiffs filed the First Amended Complaint on March 12, 2026 [ECF No. 21], making Defendant Way's current deadline to respond March 26, 2026. Since the filing of the First Amended Complaint, Plaintiffs, Defendant Way, and Defendant PHOS Creative, LLC ("PHOS") have engaged in discussions to explore a potential early resolution of this matter.

2.      On March 19, 2026, undersigned counsel underwent a surgical procedure requiring general anesthesia, which has impacted counsel's ability to prepare a responsive pleading within the current deadline.

3.      On March 23, 2026, pursuant to Local Rule 7.1(B), undersigned counsel contacted Plaintiffs' counsel to request a short extension of Defendant Way's deadline to respond to the First Amended Complaint. Plaintiffs' counsel responded on March 24, 2026, indicating that they do not consent to the extension.

4.      Defendant Way respectfully requests that his deadline to respond to the First Amended Complaint be extended to Monday, April 27, 2026. This is Defendant Way's second request for an extension of time to respond. The Court previously granted Defendant Way's request for extension of time to respond [ECF No. 16] to the Complaint; Defendant Way does not anticipate seeking any further extensions.

5.      This Motion is made in good faith and not for the purpose of delaying this matter. Timely motions to extend are reviewed for good cause and "should be liberally granted absent a showing of bad faith … or undue prejudice." *See Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

6.      A brief extension will not prejudice Plaintiffs and will promote judicial economy by allowing the parties to continue settlement discussions and potentially avoid unnecessary motion practice.

**WHEREFORE**, Defendant Way respectfully requests that the Court enter an Order: (1) granting Defendant Way an extension of time to respond to the First Amended Complaint through and including April 27, 2026; and (2) any and all further relief as the Court deems just and proper.

## CERTIFICATE OF ATTORNEY CONFERENCE

Pursuant to Local Rule 7.1(B)-(C), the undersigned counsel certifies that counsel conferred with Plaintiffs' counsel on March 23, 2026, regarding the relief requested. Plaintiffs do not consent.

Dated: March 24, 2026

Respectfully submitted,

**STUDIO LEGAL LLP**

By:   /s/ Cecillia X. Xie
      Cecillia X. Xie
      New York Bar No. 5497573

447 Broadway 2nd FL #388
New York, NY 10013
(347) 620-6423
cece@studiolegal.xyz

*Attorney for Defendant Duncan Way*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 24, 2026, the foregoing document was

electronically filed and served via the CM/ECF system to all counsel of record.

*/s/ Cecillia X. Xie*
CECILLIA X. XIE