# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**TENZING FINANCIAL ADVISORS,**
**PLLC, JERRY L. FURLONG, JUNIOR,**

> *Plaintiffs,*

**v.**                                                        **Case No.: 1:26cv6-MW/MJF**

**PHOS CREATIVE, LLC, et al.,**

> *Defendants.*

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant Duncan Way's motion for extension of time to respond to Plaintiffs' Amended Complaint, ECF No. 22. The motion is **GRANTED**. Defendant Way shall file his answer or otherwise respond to Plaintiffs' Amended Complaint **on or before Monday, April 27, 2026**.

**SO ORDERED on March 25, 2026.**

                                        s/Mark E. Walker_____
                                        **United States District Judge**