**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

TENZING FINANCIAL ADVISORS,
PLLC AND JERRY L. FURLONG
JUNIOR,

       *Plaintiff,*

    v.

PHOS CREATIVE, LLC,
AND DUNCAN WAY,

       *Defendant.*

Case No.: 1:26-cv-00006-MW-MJF

### DEFENDANT PHOS'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Defendant Phos Creative, LLC ("Phos") by and through its undersigned counsel and under Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1, respectively, moves for a short extension of time to respond to Plaintiffs' First Amended Complaint (ECF 21) by April 27, 2026. In support, Defendant Phos states as follows:

1.    Plaintiffs filed the First Amended Complaint ("FAC") on March 12, 2026 (ECF 21), making Defendant Phos's current deadline to respond March 26, 2026.

2.     Since the filing of the FAC, Plaintiffs, Defendant Duncan Way, and Defendant Phos have engaged in discussions to explore a potential early resolution of this matter including the exchange of early discovery.

3.     On March 24, 2026, counsel for Defendant Way filed a motion requesting a short extension to respond to the FAC. ECF 22.

4.     On March 25, 2026, the Court granted Defendant Way's request for a short extension, setting Defendant Way's deadline to respond to the FAC as April 27, 2026. ECF 23.

5.     As such, Defendant Way's deadline to respond to the FAC is currently April 27, 2026, while Defendant Phos' must presently respond by March 26, 2026.

6.     On March 25, 2026, under Local Rule 7.1(B), undersigned counsel contacted Plaintiffs' counsel to request a short extension of Defendant Phos's time to respond to the FAC. Plaintiffs' counsel responded indicating that they do not oppose the extension.

7.     The requested extension would maintain consistent timelines for the two defendants in this case to answer the FAC and provide the parties additional time to continue settlement discussions and potentially avoid unnecessary motion practice.

8.     This motion is made in good faith and not for the purpose of delaying this matter.

9.     Plaintiffs do not oppose Phos' request for the extension of time to answer or otherwise respond to the FAC.

Accordingly, Defendant Phos respectfully requests that the Court extend the time for Phos to answer or otherwise respond to Plaintiff's FAC through and including April 27, 2026.

Respectfully submitted,

March 26, 2025                                /s/ *Philipp Ruben*

Philipp Ruben (6324579)
**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000
PRuben@mcandrews-ip.com

**Attorney for Defendant,**
**PHOS CREATIVE, LLC**

## **CERTIFICATION OF ATTORNEY CONFERENCE**

Pursuant to N.D. Fla. Local Rule 7.1(C), I hereby certify that I have conferred with counsel for Plaintiffs on March 25, 2026, regarding the relief requested. Plaintiffs do not oppose.

## **CERTIFICATION OF WORD LIMIT**

Pursuant to N.D. Fla. Local Rule 7.1(F), I certify that this motion complies with the required word limit. According to the word processing program used to prepare this document, the motion contains fewer than 500 words.

*/s/ Philipp Ruben*
Philipp Ruben

## CERTIFICATION OF SERVICE

I hereby certify that on March 25, 2026, the foregoing document was electronically filed and served via the CM/ECF system to all counsel of record.


*/s/ Philipp Ruben*
Philipp Ruben