**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**TENZING FINANCIAL ADVISORS, PLLC** and **JERRY L. FURLONG JUNIOR,**

 *Plaintiffs*,

v.

**PHOS CREATIVE, LLC** and **DUNCAN WAY,**

 *Defendants*.

Index No.: 1:26-cv-00006-MW-MJF

**DEFENDANT DUNCAN WAY'S MOTION TO DISMISS**
**PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Duncan Way ("Way"), by and through his undersigned counsel, respectfully moves to dismiss with prejudice the Amended Complaint filed by Tenzing Financial Advisors, PLLC ("Tenzing") and Jerry L. Furlong Junior ("Furlong," and together with Tenzing, "Plaintiffs") [ECF No. 21] and states:

1.      The Amended Complaint sets forth four meritless causes of action.

2.      Claim 1 (the "Contract Claim") seeks to hold Way personally liable for the alleged breach of the contract between Furlong Financial Group, PLLC ("FFG," predecessor-in-interest to Tenzing) and PHOS Creative, LLC ("PHOS"), Am.Compl. ¶¶81-86, a creative and design agency and Way's former employer.

3.     Claims 2-3 (the "Copyright Claims") allege that Way infringed Plaintiffs' purported copyrights by including information about Tenzing's naming, branding, and design process on Way's professional portfolio website showcasing his design work and system of thought. Am.Compl. ¶¶87-107.

4.     Claim 4 (the "Right of Publicity Claim") is a claim against Way under F.S. §540.08, which prohibits the unauthorized publication of a natural person's name or likeness for commercial purposes. Am.Compl. ¶¶108-112.

5.     The Contract Claim should be dismissed because Way was never a party to any contract with Plaintiffs and the Amended Complaint alleges no alternative theory of personal liability against him, as set forth more fully in the accompanying memorandum of law.

6.     The Copyright Claims fail for the following reasons, set forth more fully in the accompanying memorandum of law:

    a.     Plaintiffs did not register the allegedly infringed materials (collectively referred to by Plaintiffs as the "Tenzing Materials") in time, a prerequisite to suit under 17 U.S.C. §411(a), and their one existing copyright registration does not cover the majority of the Tenzing Materials.

    b.     Even if Plaintiffs could overcome the registration defect, the Copyright Claims fail on the merits because the Tenzing Materials

are, by and large, uncopyrightable as a matter of law; and Way's display of any protectable elements in the Tenzing Materials was *de minimis* and cannot support a finding of substantial similarity as a matter of law.

7.    The Right of Publicity Claim fails because Way referenced Furlong's first name solely for purposes of attribution, and not for commercial trade or advertising as required by F.S. §540.08.

**WHEREFORE**, Defendant Duncan Way respectfully requests that, for the foregoing reasons and as set forth more fully in the accompanying memorandum of law, this Court enter an order: (1) granting this Motion; (2) dismissing Plaintiffs' Amended Complaint with prejudice; (3) awarding Way his reasonable attorneys' fees and costs; and (4) awarding any further relief that this Court deems just and proper.

## **CERTIFICATE OF ATTORNEY CONFERENCE**

Pursuant to Local Rule 7.1(B)-(C), the undersigned counsel certifies that counsel conferred with Plaintiffs' counsel on April 23, 2026, regarding the issues raised in this Motion, but the parties were unable to agree to a resolution.

Dated: April 27, 2026

Respectfully submitted,

**STUDIO LEGAL LLP**

By:   */s/ Cecillia X. Xie*

Cecillia X. Xie (*admitted pro hac vice*)
New York Bar No. 5497573
447 Broadway 2nd FL #388
New York, NY 10013
(347) 620-6423
cece@studiolegal.xyz

*Attorney for Defendant Duncan Way*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 27, 2026, the foregoing document was

electronically filed and served via the CM/ECF system to all counsel of record.

*/s/ Cecillia X. Xie*
CECILLIA X. XIE