**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

TENZING FINANCIAL ADVISORS,
PLLC AND JERRY L. FURLONG
JUNIOR,

        *Plaintiff,*

 v.

PHOS CREATIVE, LLC,
AND DUNCAN WAY,

        *Defendant.*

Case No.: 1:26-cv-00006-MW-MJF

## PHOS'S MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Defendant Phos Creative, LLC ("Phos"), by and through its undersigned counsel, moves for an extension of time to respond to Plaintiffs' First Amended Complaint (ECF 21). In support of its request, Phos states as follows:

1.      Per the Court's prior order (ECF 27), Phos's current deadline to respond to the First Amended Complaint is April 27, 2026.

2.      Plaintiffs' initial complaint included allegations of copyright infringement, and entitlement to statutory damages therefrom, based on unregistered works. Such allegations are contrary to Supreme Court precedent, which requires a party to have a copyright registration before bringing suit in federal court. *See Fourth*

*Estate Pub. Ben. Corp. v. Wall-Street.com, LLC*, 586 U.S. 296, 302 (2019). Further, 17 U.S.C. § 412 mandates that statutory damages are applicable only where the work was registered (i) before the infringement occurred; or (ii) within three months of the work's first publication. Because the alleged wrongful act took place prior to any registration issuing and Plaintiffs did not register their work within three months of its first publication, Plaintiffs are not entitled to statutory damages—a point that Plaintiffs do not dispute.

3.     In view of these deficiencies, Plaintiffs filed a First Amended Complaint on March 12, 2026, to add allegations regarding the copyright registration they received on January 16, 2026, after the filing of their initial complaint. Strangely, though, Plaintiffs maintained their allegations regarding the unregistered works (Claim 2) and request for statutory damages (paragraph B of the prayer for relief), despite having no legal basis for these claims.

4.     On April 8, 2026, counsel for Phos sent an email to counsel for Plaintiffs identifying additional deficiencies in the First Amended Complaint, including but not limited to (1) Plaintiffs have not alleged that they were a party or beneficiary to, or in privity with, a party to the allegedly breached contract, a requirement of Plaintiffs' breach of contract claim; and (2) Plaintiffs have not alleged that Phos had a "direct financial interest" in the alleged wrongful conduct, a

requirement to Plaintiffs' vicarious copyright infringement claim against Phos. *See* Ruben Decl., Ex. A.

5.    The parties conferred on Thursday, April 23, at which time Phos again raised its concerns regarding Plaintiffs' First Amended Complaint and noted that Phos planned to move to dismiss Plaintiffs' First Amended Complaint.

6.    Later that evening, counsel for Plaintiffs sent counsel for Defendants an email stating that they intended "to amend [their] complaint on the facial deficiency issues" and asked if Phos would oppose a motion for leave to file an amended complaint. *See* Ruben Declaration Ex. B.

7.    That same night, Phos requested that Plaintiffs identify the facial deficiencies that they intended to correct in a Second Amended Complaint to determine whether it would oppose such a motion. *See id.*

8.    Plaintiffs responded after the close of business Eastern Time on Friday, April 24, stating that Plaintiffs were "in the process of reviewing the complaint this weekend" (which was filed more than six weeks prior), but identified multiple anticipated amendments that would impact each of the claims included in Plaintiffs' First Amended Complaint. *See id.*

9.    Because Plaintiffs' proposed amendments will likely impact each claim in the First Amended Complaint, requiring Phos to respond to claims that will be

modified (or, in some instances, withdrawn) will only result in a waste of the parties'
and the Court's time and resources.

10.     Therefore, Phos requests that this Court extend the time for Phos to
respond to Plaintiffs' operative complaint until: (1) three days after the Court denies
Plaintiffs' motion for leave to file a Second Amended Complaint; (2) fourteen days
after Plaintiffs' file their Second Amended Complaint; or (3) any other time set by
the Court.

11.     Phos has inquired whether Plaintiffs oppose this request but, to date,
has not received a response. Given the urgency of this issue (Phos's deadline to
answer the FAC is today), Phos believes it is beneficial to inform the Court of this
issue as soon as possible, rather than continue to wait for Plaintiffs' response.

Accordingly, Phos respectfully request that the Court extend the time for Phos
to answer or otherwise respond to Plaintiffs' operative complaint.

Respectfully submitted,

April 27, 2026                              /s/ *Philipp Ruben*
                                           Philipp Ruben (6324579)
                                           **McAndrews, Held & Malloy, Ltd.**
                                           500 West Madison Street, 34th Floor
                                           Chicago, Illinois 60661
                                           (312) 775-8000
                                           PRuben@mcandrews-ip.com

                                           **Attorney for Defendant,**
                                           **PHOS CREATIVE, LLC**

## **CERTIFICATION OF ATTORNEY CONFERENCE**

Pursuant to N.D. Fla. Local Rule 7.1(C), I hereby certify that I sent an email to Plaintiffs' counsel on April 26, 2026, regarding the relief requested. Plaintiffs have yet to respond.

## **CERTIFICATION OF WORD LIMIT**

Pursuant to N.D. Fla. Local Rule 7.1(F), I certify that this motion complies with the required word limit. According to the word processing program used to prepare this document, the motion contains 702 words.

*/s/ Philipp Ruben*
Philipp Ruben

## CERTIFICATION OF SERVICE

I hereby certify that on April 27, 2026, the foregoing document was electronically filed and served via the CM/ECF system to all counsel of record.

*/s/ Philipp Ruben*
Philipp Ruben