**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

| | |
|---|---|
| TENZING FINANCIAL ADVISORS, PLLC and JERRY L. FURLONG JR., <br><br> Plaintiffs, <br><br> v. <br><br> PHOS CREATIVE, LLC and DUNCAN WAY, <br><br> Defendants. | Case No. 1:26-cv-00006-MW-MJF |

**DECLARATION OF PHILIPP RUBEN IN SUPPORT PHOS'S MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

I, Philipp Ruben, declare the following:

1.    I am a member of the Bar of Illinois, admitted to this Court *pro hac vice*. I am an attorney at McAndrews, Held & Malloy Ltd. My office is located at 500 West Madison Street, Chicago, Illinois, 60661.

2.    I represent Defendant Phos Creative, LLC ("Phos") in the above-captioned action.

3.    I submit this declaration in support of Phos's Motion for Extension of Time to Respond to the First Amended Complaint ("FAC"). I have personal

1

knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

4.    Attached as Exhibit A is a true and correct copy of an April 8, 2026 email sent from me to Plaintiffs' counsel identifying certain deficiencies in the FAC.

5.    Attached as Exhibit B is a true and correct copy of an email exchange between counsel for Plaintiffs and counsel for Defendants regarding Plaintiffs' intent to amend the FAC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

April 27, 2026                                          */s/ Philipp Ruben*
                                                       Philipp Ruben

2

# EXHIBIT A

| | |
|---|---|
| **From:** | Philipp Ruben |
| **To:** | Weiss, Gregory; Jessie Pellant; Vince Merenda; Tatum Barton |
| **Cc:** | Hank (Ronald) Spuhler; Violet Tovar; Annette Vonder Mehden; Cece Xie; Thomas Touchie |
| **Subject:** | RE: Tenzing v. Phos – Rule 26(f) Conference |
| **Date:** | Wednesday, April 8, 2026 9:58:30 AM |
| **Attachments:** | image001.png |
| | McAndrews-Logo_b981f23b-af61-4e79-9eb1-f721417fba3e.PNG |

Dear Greg,

Thank you for your email. I write to provide additional context for Defendants' position that a Rule 26(f) conference is premature at this stage.

As an initial matter, neither Defendant has responded to the Amended Complaint. As previously discussed, Phos intends to file a motion to dismiss on multiple grounds, including but not limited to the fact that (1) Plaintiffs are not a party to the contract with Phos, and have not alleged that they are in privy with, or a successor-in-interest to, Furlong Financial Group (the party to the contract); (2) Plaintiffs have not alleged that Phos had a "direct financial interest" in the wrongful conduct, a requirement for showing vicarious liability (the fact that Phos benefitted from the Tenzing agreement months prior is irrelevant; Plaintiffs must show that Phos benefitted from Mr. Way posting the materials on his personal website, something that Plaintiffs have not, and cannot, do). Courts have routinely delayed 26(f) conferences when a motion to dismiss is pending, especially where, as here, it is highly likely that the motion will be granted in some form.

More fundamentally, however, there is no urgency in this case that would warrant proceeding to discovery now. The alleged harm described in Plaintiffs' complaint – the posting of the Tenzing Branding Materials – was promptly removed upon notice. There is, therefore, no ongoing harm being committed by Defendants.

The only pleaded ongoing harm – and based on the parties' discussions to date, the real issue in this case – is the alleged trademark and copyright infringement by Tenzing Financial, LLC of Williamsburg, Virginia ("Tenzing VA"), a non-party to this action, and Plaintiffs' Prayer for Relief ¶ E, which seeks to recover as "special damages" Plaintiffs' attorneys' fees, expenses and costs in that Virginia litigation from Defendants under Florida's judicially-created wrongful act doctrine.

Plaintiffs' amended complaint includes the following allegations regarding their wrongful act claim: (1) Tenzing VA "was founded after [Plaintiffs'] founding, and after Defendant's unauthorized publication of the Tenzing Materials" (¶ 71); (2) "Tenzing VA utilized Tenzing's materials to develop their own brand" (¶ 72); and (3) Plaintiffs had to incur costs and fees in suing Tenzing VA "[a]s a result of Defendants' conduct" (¶ 76).

Plaintiffs know the first allegation is false. Exhibit L to Plaintiffs' original complaint was the corporate filings of Tenzing VA, confirming that the VA entity was created in 2020 – several years before Plaintiffs' entity was formed. Phos pointed this out during one of the parties' first calls. Plaintiffs removed this exhibit from its amended complaint, but did not remove the "we were first" allegation from its complaint, which is unquestionably false. The 2020 corporate documents also undermine any suggestion that Tenzing VA utilized the Tenzing Materials (as defined in the complaint) in developing their brand. Because Plaintiffs have not (and apparently cannot) show that Tenzing VA utilized the Tenzing Materials, Plaintiffs' claim under the wrongful act doctrine fails as a matter of law.

In addition to being without merit, Plaintiffs' wrongful act claim is not ripe. Even following a full trial, no judgment on Prayer ¶ E could be entered without first resolving the Tenzing VA matter, including the amount of the fees and

costs incurred in that matter. This Court will not issue Plaintiffs a blank recovery check to be collected against Defendants if and when the Virginia case concludes.

Accordingly, it is Defendants' position that advancing this litigation, and burdening both the parties and the Court with full discovery, before the Tenzing VA case is resolved would be premature and an inefficient use of our respective client's and the Court's resources. Defendants would instead propose staying this litigation until the Virginia action is complete.

Staying the current action could also significantly increase the likelihood reaching an amicable resolution. Plaintiffs are not entitled to statutory damages under the Copyright Act and have come forth with no evidence of actual damages as a result of the information being posted. Instead, Plaintiffs continue to seek what they estimate to be their future expenses in pursuing the Virginia action all the way through trial. Should Plaintiffs maintain this position (which it appears they are), there is little to no prospect of settlement.

Setting aside that Defendants disagree with Plaintiffs' estimate (which is above published AIPLA estimates for a trademark infringement case budget), it does not take into account that the parties in the Virginia action may reach an early resolution, in which case Plaintiffs' expenses may be low-to-mid five figures (which is a fraction of what they are currently demanding). Thus, waiting to see what the actual expenses are could significantly increase the likelihood of a settlement without the parties spending significant sums prior to reaching a settlement.

For at least the foregoing reasons, we believe that the 26(f) conference should be delayed at least temporarily while the parties continue to address the issues raised above – including obtaining more information regarding how Tenzing VA developed its brand, which appears to be the key issue preventing the parties from reaching an amicable resolution in this case. Should Plaintiffs disagree, please explain how Plaintiffs foresee the two pending cases working in parallel, including how Plaintiff will quantify their damages claim if the Virginia case remains pending.

Please do not hesitate to reach out if you have questions or if we can provide any additional context.

Best regards,

-Phil

**Philipp Ruben**
**Attorney at Law**
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661
P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

CONFIDENTIALITY NOTICE:
This material is intended for the named recipient and, unless otherwise expressly indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error, please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.

**From:** Weiss, Gregory <gweiss@taftlaw.com>
**Sent:** Tuesday, April 7, 2026 7:31 AM
**To:** Philipp Ruben <pruben@mcandrews-ip.com>; Cece Xie <cece@studiolegal.xyz>; Tatum Barton <tbarton@studioiplaw.com>
**Cc:** Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Thomas Touchie <thomas@studiolegal.xyz>
**Subject:** RE: Tenzing v. Phos – Rule 26(f) Conference

**CAUTION: External Email**

Phil,

I hope all is well. We have been attempting to set the Rule 26 conference (for a few attempts). Please provide us with a few dates for this week or early next week for the same. I hope scheduling the conference does not become an issue requiring court intervention. Thanks.

Greg



**Gregory Weiss**
Partner
GWeiss@taftlaw.com
Dir: 561.355.6993
Tel: 561.655.2250    |    Fax: 561.655.5537
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, Florida 33401

**Taft Bio**
**Download vCard**
**taftlaw.com**

**Now over 1,250 attorneys strong.**

Taft has expanded its service offerings by combining with Morris, Manning & Martin (Atlanta and Washington, D.C.), Mrachek Law (Florida), and Sherman & Howard (Mountain West). Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Philipp Ruben <pruben@mcandrews-ip.com>
**Sent:** Monday, March 30, 2026 6:45 PM
**To:** Cece Xie <cece@studiolegal.xyz>; Tatum Barton <tbarton@studioiplaw.com>
**Cc:** Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Thomas Touchie <thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos – Rule 26(f) Conference

Hi Tatum,

Phos agrees that a Rule 26f conference at this point of the case appears to be premature. Especially when the

request came in on a Friday afternoon asking for a Monday conference. To the extent that Plaintiff is requesting the conference to open formal discovery, as we stated on Friday, we are amenable to early discovery, so long as it is mutual. If there is something in particular that Plaintiff is seeking in an effort to facilitate settlement discussions, let us know.

We look forward to receiving Plaintiffs response to defendants' settlement counter.

Best,
-Phil



**Philipp Ruben**
**Attorney at Law**
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661
P: 312-775-8000
pruben@mcandrews-ip.com
bio | v-card | website

CONFIDENTIALITY NOTICE:
This material is intended for the named recipient and, unless otherwise expressly indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error, please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.

---

**From:** Cece Xie <cece@studiolegal.xyz>
**Sent:** Monday, March 30, 2026 6:00:46 PM
**To:** Tatum Barton <tbarton@studioiplaw.com>
**Cc:** Philipp Ruben <pruben@mcandrews-ip.com>; Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Thomas Touchie <thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos – Rule 26(f) Conference

**CAUTION: External Email**

Hi Tatum,

Given that neither PHOS nor Mr. Way have filed responsive pleadings--and in fact, both have previously indicated that we'd be moving to dismiss if the parties are unable to reach a settlement--our position remains, as I communicated last week, that it is premature to schedule the 26(f) conference. As you know, scheduling orders may be delayed for good cause, which we have here, as any motion to dismiss could significantly alter the scope of discovery to be discussed.

Process-wise, we'd appreciate more than one day's notice for any group conference demand in the future. We all have various matters that we are juggling between, and expecting both defendants' counsels to be available at the same time the next day is overly ambitious.

Thanks,

**Cece Xie** (she/her)

*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all attachments, and notify the sender by reply email.

On Sun, Mar 29, 2026 at 8:39 PM Tatum Barton <tbarton@studioiplaw.com> wrote:

Hi Phil and Cece,

Please see the attached draft Joint Status Report in advance of our Rule 26(f) conference.

Please provide your availability for tomorrow's conference.

Best,



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Fri, Mar 27, 2026 at 4:38 PM Tatum Barton <tbarton@studioiplaw.com> wrote:

Cece and Phil,

I understand there are a number of moving pieces at the moment, but I wanted to flag the deadlines regarding the 26(f) conference.

- Miguel filed an appearance for Duncan on February 19 [Dkt. 14]
- Phos was served on January 27th [Dkt. 7]
- Duncan was served on January 31st [Dkt. 8]

Under FLND Local Rule 16.1, if no scheduling order has been entered, (of which there has not), "the deadline is determined by the Federal Rules and is ordinarily the earlier of 69 days after any defendant has appeared or 99 days after the first service of process on any defendant." FRCP 16(b)(2) requires that "[t]he judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared."

Looking at the Federal Rule, based on the current timeline, April 20, 2026 is the deadline for entry of the Rule 16(b) scheduling order.

- **Miguel filed an appearance for Duncan on February 19, 2026 → 60 days later: April 20, 2026**
- Phos served January 27, 2026 → 90 days later: April 27, 2026
- Duncan served January 31, 2026 → 90 days later: May 1, 2026

The Rule 26(f) conference must occur at least 21 days prior to that date.

That leaves the deadlines as follows:

- **Rule 26(f) Conference:** March 30, 2026
- **Rule 26(f) Report Due:** April 13, 2026
- **Initial Disclosures:** April 13, 2026
- **Rule 16(b) Scheduling Order Deadline:** April 20, 2026

Seeing that April 13th is the deadline for the Joint Status Report, we are amendable to having a quick discussion on Monday and circulating that, and finding a time later in the week for more substantive talks, if necessary.

Please let me know if you would like to discuss or if there are any issues coordinating the Rule 26(f) conference.

Thanks,



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

# EXHIBIT B

| | |
|---|---|
| **From:** | Tatum Barton |
| **To:** | Philipp Ruben |
| **Cc:** | Weiss, Gregory; Jessie Pellant; Vince Merenda; Hank (Ronald) Spuhler; Violet Tovar; Annette Vonder Mehden; Thomas Touchie; Cece Xie |
| **Subject:** | Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer |
| **Date:** | Friday, April 24, 2026 4:22:26 PM |
| **Attachments:** | image001.png <br> McAndrews-Logo_b981f23b-af61-4e79-9eb1-f721417fba3e.PNG |

**<span style="color:red">CAUTION: External Email</span>**

Hi Phil and Cece

We are in the process of reviewing the complaint this weekend. At this time, Tenzing anticipates amending the complaint to address the following:

1. Add Plaintiff Furlong Financial Group, PLLC.
2. Remove Duncan from the breach of contract claim and include additional supporting facts for Count I.
3. Remove Phos from the NIL claim.
4. Withdraw the request for statutory damages.
5. Clarify the facts supporting the vicarious liability theory.

Please let me know if you have any questions.


Best,
Tatum



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed. Emails are not to be distributed to other parties without the express written permission of the original sender. If you are not the intended recipient of this email, please delete this message and call 303-563-5360. Any other use, retention, or dissemination is strictly prohibited.


On Fri, Apr 24, 2026 at 3:43 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

> Hi Tatum, we are following -up here. Please identify the facial deficiencies that Tenzing intends to correct in a second amended complaint.

-Phil



**Philipp Ruben**
**Attorney at Law**
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661
P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

CONFIDENTIALITY NOTICE:
This material is intended for the named recipient and, unless otherwise expressly
indicated, is confidential and privileged information. Any dissemination,
distribution or copying of this material is prohibited. If you received this message
in error, please notify the sender by replying to this message and then deleting it
from your system. Your cooperation is appreciated.

**From:** Cece Xie <cece@studiolegal.xyz>
**Sent:** Thursday, April 23, 2026 11:50 PM
**To:** Philipp Ruben <pruben@mcandrews-ip.com>
**Cc:** Tatum Barton <tbarton@studioiplaw.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie
Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank
(Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>;
Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie
<thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and
Confer

**CAUTION: External Email**

Hi Tatum,

It was nice seeing you earlier. Given that our conference today regarding our respective
motions to dismiss covered legal arguments only and involved no new facts, we also would
like more detail on the "facial deficienc[ies]" that Plaintiffs propose to amend in a second
amended complaint.

Please note that I will be boarding a long flight to Asia shortly and will therefore be

unavailable on Friday, April 24. I will respond regarding our position as soon as I am able to.

Thanks,

**Cece Xie** (she/her)

*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all attachments, and notify the sender by reply email.

On Thu, Apr 23, 2026 at 9:44 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

> Hi Tatum,
>
> Thank you for your email. Please identify the facial deficiencies that Tenzing intends to correct in a second amended complaint and would be seeking leave for.
>
> Once confirmed, we will let you know our position as to the motion for leave. Thank you.
>
> Best,
>
> -Phil
>
>
>
> **Philipp Ruben**
> **Attorney at Law**

McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly**
**indicated, is confidential and privileged information. Any dissemination,**
**distribution or copying of this material is prohibited. If you received this message**
**in error, please notify the sender by replying to this message and then deleting it**
**from your system. Your cooperation is appreciated.**

---

**From:** Tatum Barton <tbarton@studioiplaw.com>
**Sent:** Thursday, April 23, 2026 8:30 PM
**To:** Cece Xie <cece@studiolegal.xyz>
**Cc:** Philipp Ruben <pruben@mcandrews-ip.com>; Weiss, Gregory <gweiss@taftlaw.com>;
Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda
<vmerenda@studioiplaw.com>; Hank (Ronald) Spuhler <RSPUHLER@mcandrews-
ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>; Annette Vonder Mehden
<AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie <thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet
and Confer

**CAUTION: External Email**

Hi Cece and Phil,

Following our conversation today, we intend to seek leave to amend our
complaint on the facial deficiency issues. Pursuant to Local Rule 7.1(B), if
agreeable to all parties, we propose treating this message as our meet-and-
confer, as we do not believe there are any issues requiring further discussion.

Please let us know whether you oppose the anticipated motion. If you disagree or
would prefer a more formal discussion, please provide your availability.

Best regards,



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Wed, Apr 22, 2026 at 11:14 AM Tatum Barton <tbarton@studioiplaw.com> wrote:

> Hi Cece & Phil,
>
> We're available for a meet and confer on Thursday at 12:00 p.m. ET. We'll send a calendar invite shortly.
>
> Best,
>
>
>
> This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Tue, Apr 21, 2026 at 10:20 PM Cece Xie <cece@studiolegal.xyz> wrote:

Hi Greg and Jessie,

Following up on Phil's request below, could you please let us know of your availability on Thursday for a meet and confer regarding Defendants' upcoming motions to dismiss? As a reminder, our deadline to respond is Monday, April 27.

Thanks,

**Cece Xie** (she/her)

*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all attachments, and notify the sender by reply email.

On Mon, Apr 20, 2026 at 2:58 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

Hi Greg and Jessie,

Pursuant to N.D. Fla. Local Rule 7.1(C), please let us know Plaintiffs' availability either tomorrow or Thursday for a meet and confer regarding Defendants' upcoming motions to dismiss.

Best,

-Phil



**Philipp Ruben**
**Attorney at Law**

McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly**
**indicated, is confidential and privileged information. Any dissemination,**
**distribution or copying of this material is prohibited. If you received this message**
**in error, please notify the sender by replying to this message and then deleting it**
**from your system. Your cooperation is appreciated.**