**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

---

**TENZING FINANCIAL ADVISORS, PLLC** and **JERRY L. FURLONG JUNIOR,**

    *Plaintiffs*,

v.

**PHOS CREATIVE, LLC** and **DUNCAN WAY,**

    *Defendants*.

Index No.: 1:26-cv-00006-MW-MJF

---

**DECLARATION OF CECILLIA X. XIE IN SUPPORT OF MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF DEFENDANT DUNCAN WAY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Cecillia X. Xie, declare the following:

1.    I am a member of the Bar of the State of New York, admitted to this Court *pro hac vice*. I am an attorney at Studio Legal LLP, located at 447 Broadway 2nd FL #388, New York, NY 10013.

2.    I represent Defendant Duncan Way ("Way") in the above-captioned action.

3.    I submit this declaration in support of Way's Motion for Leave to File a Reply Memorandum in Support of Motion to Dismiss Plaintiffs' Amended

Complaint. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

4.     Attached as Exhibit A is a true and correct copy of an email exchange between counsel for Plaintiffs and counsels for Defendants regarding Plaintiffs' intent to amend the Amended Complaint.

5.     Attached as Exhibit B is a true and correct copy of a May 5, 2026, email from counsel for Plaintiffs providing an updated list of the facial deficiencies they anticipate addressing in the Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2026

*/s/ Cecillia X. Xie*

Cecillia X. Xie (*admitted pro hac vice*)

# EXHIBIT A



Cece Xie < cece@s t u d i o l eg

---

*en    n  P        a  e                    t   n t  
   n  er*

---

**Ta t u m  B a r** barton studioipla .com                                on,  pr    ,          at  
To      ece ie  cece studiolegal. yz  
c      hilipp   uben   pruben mcandre s ip.com  eiss,   regory      g eiss taftla .com  ,  essie   ellant  
  pellant  studioipla.com  ,  ince   erenda  vmerenda studioipla  .com  ,       an      onald    puhler  
       U          mcandre s ip.com tdet Tovar      T        mcandre s ip.com ,nnette  onder   ehden  
                    mcandre s ip.com Thomas , Touchie   thomas studiolegal. yz

i    ece,

e understand your client    s position.  o ever,  e identified the facial deficiencies  e intend to address in our amended complaint in our email sent   riday afternoon   see belo    .

dditionally according to our calculations, the applicable deadline   ould have been        pril   ,        , at midnight.

est regards,



T h i s   e m a i l   a n d   a n y   a t t a c h m e n t s   o n   L a w S u i t e d  a n d  P a r e   i n t e n d e d   s o l e l y   e n t i t y   t o   w h o m   t h e   E m a i l   i s   a d d r e s s e d  t o  b e   d i s t r i b u t e d   t o   o t h e r   o r i g i n a l l  f  y o u   a r e   n o t   t h e   i n t e n d e d   r e c i p i e n t   o f   t h i s  A n y  m a i l l  u s e ,   r e t e n t i o n ,   o r   d i s s e m i n a t i o n   i s   s t r i c t l y   p r o h i b i t e d .

n  on,  pr    ,        at      ece  ie cece  studiolegal. yz          rote  
 iTatum,

iven that   e still have not heard bac    from    laintif fs regarding the bases for amending the complaint, information about   hen    laintiffs intend to file their motion for leave to amend, or confirmation that    laintif    fs  ill not see   entry of default if    efendants do not file their response  s   by our deadline today   , I have filed the motion to dismiss on behalf of my client in accordance   ith the    ourt   s deadlines. If    laintif fs move for leave to amend the complaint, as you proposed after our    oint conference regarding   efendants    motions to dismiss, my client intends to oppose the motion.    lease let me   no   if you have any    uestions or    ould li   e to discuss further .

Than   s,

**Cece Xie**   she   her  
P a r t n e r io   Legal

T h i s   e m a i l   a n d   a n y   a t t a c h m e n t   c o n f i d e n t i a l   i n f o r m a t i o n   p r i v i l e g e d  U n a u t h o r i z e,e   s t r i  p c   h i y l b f i   t y e c u   a r e   n o t i  p t h e  i n f    , i n t e n l e d  e s l e m i s s m e g d e i ,  a  t i e n l c y l  u d d e l n e g t   a n   n o t i f y   t h e   s e n d e r   b y   r e p l y   e m a i l .

On Sat, Apr 26, 2026 at 9:22 Cece Xie <cece@studiolegal.xyz>

Hi Tatum,

As Phil mentioned, the lack of Defendants' ... information we requested ... proposing and meaningfully evaluate consent, my clie... deadlines with the Cour██████e me a call directly at

Thanks,

Cece (she/her)
Partner | Studio Legal LLP

This email and any attachment ... confidential and may contain privileged ... strictly prohibited. If you are not the intended recipient, please ... and notify the sender by reply email.


On Sat, Apr 26, 2026 at 5:08 Phil Ruben <pruben@mcandrews-ip.com>

Hi Tatum,


Given the upcoming deadline that we have not heard back ... Phos intends to file a motion seeking an ... after the Court's motion for ... and to file a Complaint; or (2) ... Plaintiff the Amended Complaint; or (3) any other time ... Eastern tomorrow if Phos if ...


- Phil



Philipp Ruben
Attorney at Law
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661
P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

CONFIDENTIALITY NOTICE:
This material is intended for the named recipient and, unless otherwise expressly indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error, please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.

From: **Cece Xie** <cece@studiolegal.xyz>
Sent: **Saturday, April 25, 2026 11:14 AM**
To: **Tatum Barton** <tbarton@studioiplaw.com>

Philipp Ruben <pruben@ mcandrews-ip.com>; Weiss, Gregory <gweiss@ taftlaw.com>; Jessie Pellant <jpellant@ studioiplaw.com>; Vince Merenda <vmerenda@ studioiplaw.com>; Hank (Ronald) Spuhler <RSPUHLER@ mcandrews-ip.com>; Violet Tovar <VTOVAR@ mcandrews-ip.com>; Annette Vonder Mehden <AVONDERMEHDEN@ mcandrews-ip.com>; Thomas Touchie <thomas@ studiolegal.xyz>

Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

CAUTION: External Email

Hi Tatum,

Thanks for the additional information. My client is [...] proposed changes are supported by new facts or [...] said, given that [...] Wessuanes Individual--has already dev[...] to understand the bases for the proposed amendments

We note here that [...] Plaintiff access to the same set of f[...] counsel sent PHOS a cease-and-desist letter in Octo[...] from the agreement, which [...] Defendants last [...] Plaintiff [...] that agreement would [...] appreciate greater understanding of [...] this proposed amendment, as well as the others you [...] complaint.

We would also note [...] the requesting complaint shortly after the [...] Rule 7.1(B), during which both Defendants previewed [...] dismiss, which was also two business days [...] Amended Complaint [...] raise this not to be uncooperative, but because it [...] and on what timeline.

In order for my client to meaningfully evaluate whe[...]

1. Share the proposed amended complaint with us tod[...]
2. Confirm whether the [...] Plaintiff intend to file their mo[...], April 27, lea[...] approximately what time.

We remain open to [...] discuss [...] material (am Cc+ur/ent[...] you[...] can make myself available for a call if that would

Thanks,

Cece (she / her)

Partner, Studio Legal LLP

This email and any attachment contained in this may [...] information privileged under [...] is prohibited. If you are not the intended recipient, please delete [...] and notify the sender by reply email.

On Apr, 24, 2026 at 5:22 tatum Barton <tbarton@stud.ioiplaw

Hi Phil and Cece

We are in the process of reviewing the complaint with the goal to amend it to address the following:

1. Add PfaFutl6ng Financial Group, PLLC.

2. Remove Duncan from the breach of contract c Count I.

3. Remove Phos from the NIL

4. Withdraw the request for statutory damages.

5. Clarify the facts supporting the vicarious

Please let me know if you have any questions.

Best,
Tatum



**Tatum Barton Lowry**

Associate

(303) 563-5360

(303) 525-3931

tbarton@studioiplaw.com

studioip.com

This email and any attachments are the property of Stu recipient or entity to whom it is addressed is intended to written permission. If you are not the intended recipie and call 303-563-5360 Use, retention, or dissemination i

On Apr, 24, 2026 Phil 3:03 Ruben <pruben@mcandrews-ip.com

Hi Tatum, we are fine with giving you the time. Please go ahead and file the second amended complaint.

- Phil



Philipp Ruben
Attorney at Law

McAndrews, Held & Malloy, Ltd.
500 W. Madison St, 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@ mcandrews-ip.com
bio | v-card | website

CONFIDENTIALITY NOTICE:
This material is intended for the named recipient and, unless otherwise expressly
indicated, is confidential and privileged information. Any dissemination, distribution
or copying of this material is prohibited. If you received this message in error,
please notify the sender by replying to this message and then deleting it from your
system. Your cooperation is appreciated.

---

From: Cece Xie <cece@ studiolegal.xyz>
Sent: Thursday, April 23, 2026 11:50 PM
To: Philipp Ruben <pruben@ mcandrews-ip.com>
Cc: Tatum Barton <tbarton@ studioiplaw.com>; Weiss, Gregory <gweiss@ taftlaw.com>; Jessie
Pellant <jpellant@ studioiplaw.com>; Vince Merenda <vmerenda@ studioiplaw.com>; Hank
(Ronald) Spuhler <RSPUHLER@ mcandrews-ip.com>; Violet Tovar <VTOVAR@ mcandrews-
ip.com>; Annette Vonder Mehden <AVONDERMEHDEN@ mcandrews-ip.com>; Thomas Touchie
<thomas@ studiolegal.xyz>
Subject: Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and
Confer

CAUTION: External Email

Hi Tatum,

It was nice seeing you at our conference today re covered legal arguments only and involved no new deficienc[ies] "proposed Plaintiff in a second amende

Please note that I will be shortly and will file the After 24. I will respond regarding our position as soon

Thanks,

Cece Xie (she / her)

Partner Studio Legal LLP





Cece Xie

Partner |


This email and any attachment find is may lmation pri Uvial usdi, sclosure, or ob plyfi ygodu sarse rriecttil pyih en f,n t plnela thmessage, including tafy aht aslemmerts,byamdply e



Philipp Ruben
Attorney at Law

McAndrews, Held & Malloy, Ltd.
500 W. Madison St, 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website


CONFIDENTIALITY NOTICE:
This material is intended for the named recipient and, unless otherwise expressly indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error,

please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.

# EXHIBIT B

![Gmail]

Cece Xie <cece@st

---

## TenzingPhos - Case No. 26-cv-00006-MW Dis Confer

Tatum Barton <tbarton@studioiplaw>                    Tue, May 5, 20
To: Philipp Ruben <pruben@mcandrews-ip.com>
Cc: "Wells, Gregory" <gwells@staffel.com>, Vivian Merenda <vmerenda@studioip.com>, "Ronald (Ronald) Spuhler" <RSPUHLER@mcand <VOVAR@mcandrews Anthony Mehden <MEHDEN@mcand Thomas cchoime <thomas@studiolegal.xyz>, Cece Xie <cece@studiolegal.xyz>

Phil,

As promised, here are the facial deficiencies we plan

1. Add Phat Futling Financial Group, PLLC
2. Remove Duncan from the breach of contract claim an
3. Remove Phos from the NIL
4. Withdraw Count II
5. Redefining Materials"
6. Specify the applicable defendant(s) in relevant pa
7. Withdraw the request for injunctive relief as it i
8. Withdraw the request for statutory damages
9. Clarify the facts supporting the vicarious liabili

Please confirm whether Defendant Phos will oppose Also, confirm whether you consider this message to satisfy t more formal discussion, please provide your availabili

Best regards,



**studioIP**

**Tatum Barton Lowry**
Associate

(o) (303) 563-5360
(m) (303) 525-3931
(e) tbarton@studioiplaw.com
(w) studioip.com

This email and any attachment Lawful and are intended solely entity to whom the Emails are addressed to be distributed to other originally you are not the intended recipient of this email use, retention, or dissemination is strictly prohibited.

On Apr 27, 12:02 AM Philipp Ruben <pruben@mcandrews-ip.com
> Hi Tatum,
>
> Thank you for your message. Source messages did not Measfrom, yw initiated the filing of our motion apparted that opposition however

Please note that Phos has not yet decided when both leave. Please finalprovides our thesis issues that Phil a which we firm whether not, we oppose.

Notably Phil final naive not agreed to withdraw Count unregistered worksAun.der the Copyright

- Phil



Philipp Ruben
Attorney at Law
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661
P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

CONFIDENTIALITY NOTICE:
This material is intended for the named recipient and, unless otherwise expressly indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error, please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.

---

From: Tatum Barton <tbarton@studioiplaw.com>
Sent: Monday, April 27, 2026 10:20:04 AM
To: Philipp Ruben <pruben@mcandrews-ip.com>
Cc: Weiss, Gregory <gweiss@taftlaw.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>; Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie <thomas@studiolegal.xyz>; Cece Xie <cece@studiolegal.xyz>
Subject: Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

CAUTION: External Email

Thank you, Phil.

We agree to the extension and will file a motion for

Best,
Tatum



This email and any attachment may contain Intellectual Property Law Suite data and P are intended solely entity to whom the Emails is are addressed to be distributed to othe the original. If you are not the intended recipient of this Any other use, retention, or dissemination is strictly prohibi

On Sun, Apr 26, 2026 at 11:58 PM Phil Ruben <pruben@mcandrews-ip.com> wrote:

Hi Tatum,

Given the upcoming deadline and the fact that we have not heard back Ph intends to file a motion seeking an extension of the time to Court denies no Plaintiff leave to file an Amended Complaint; (2) four four their Amended Complaint; or (3) any other time set by tomorrow if Plaintiff is not opposed.

- Phil



Philipp Ruben
Attorney at Law
McAndrews, Held & Malloy, Ltd.
500 W. Madison St, 34th Floor | Chicago, IL 60661
P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

CONFIDENTIALITY NOTICE:
This material is intended for the named
recipient and, unless otherwise expressly
indicated, is confidential and privileged
information. Any dissemination, distribution or
copying of this material is prohibited. If you
received this message in error, please notify the
sender by replying to this message and then
deleting it from your system. Your cooperation
is appreciated.

From: Cece Xie <cece@studiolegal.xyz>
Sent: Saturday, April 25, 2026 11:14 AM

To: Tatum Barton <tbarton@studioiplaw.com>
Cc: Philipp Ruben <pruben@mcandrews-ip.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>; Annette VonderMehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie <thomas@studiolegal.xyz>
Subject: Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

CAUTION: External Email

Hi Tatum,

Thanks for the additional information. My client is proposed changes are supported by new facts or cfhsT.hmagt said, given thaWyreasouaneisnMrvidual--has already devo understand the bases for the proposed amendments bef

We note here fsthhatvePlhaidntaicfcess to the same set of fcsdr counsel sent PHOS a cease-and-desist letter in Octob from the agreement, fswhiacwharreenfelsesctast aPWyhaavnsttiirfmot ahpartMr that agreewoutl.d Wppreciate greater understanding of this proposed amendment, as well as the others you h complaint.

We would also notefs'threequnisingcoPhleaisnhtiorftly after the Rule 7.1(B), during which both Defendants previewed dismiss, which was also two business dayAsmbeenfeodeCDomepfl raise this not to be uncooperative, but because it i and on what timeline.

In order for my client to meaningfully evfasl:uate whet

1. Share the proposed amended complaint with us toda
2. Confirm wheftsheirntPelmaodnttdoffile their mo, Aiponlf2r7, leanv approximately what time.

We remain open to. dPlIsecaussessimngtefutrhAaesnteiarl (aUmTCc+u8rr/enm1t2l yhoiun can make myself available for a call if that would b

Thanks,

Cece (Xsihee/her)

Partnerdi|o Legal LLP

This email and aonyt aittnacohmfeidnesmthibaylmaatniobnprdiUvinsialudcgtehgnseoudtriiez, stripcbohyilbfityeodu are moedciphiient,ntpelneadsesdemeismsnaegdei, atienlcyl uddeilne annodotify the sender by reply email.

On April, 24, 2026 Tatum Barton <tbarton@studioiplaw.com>

Hi Phil and Cece

We are in the process of revising the complaint to address the following:

1. Add Pharot Long Financial Group, PLLC.

2. Remove Duncan from the breach of contract claim.

3. Remove Phos from the NIL

4. Withdraw the request for statutory damages.

5. Clarify the facts supporting the vicarious l

Please let me know if you have any questions.

Best,
Tatum



**Tatum Barton Lowry**
Associate

(o) (303) 563-5360
(m) (303) 525-3931
(e) tbarton@studioiplaw.com
(w) studioip.com

This email and any attachments are the property of Studio IP. If you are not the intended recipient or entity to whom this email is intended to be delivered, any disclosure, copying, distribution, or use is prohibited. If you are not the intended recipient, please notify the sender and delete the original. Any use, retention, or dissemination is strictly prohibited. Call 303-563-5360.

On April, 24, 2026 Phil 3:03 Ruben <pruben@mcandrews-ip.com>

Hi Tatum, we are following up on the filing deadline for the second amended complaint.

- Phil


**McAndrews**
Philipp Ruben

Attorney at Law

McAndrews, Held & Malloy, Ltd.
500 W. Madison St, 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

CONFIDENTIALITY NOTICE:
This material is intended for the named recipient and, unless otherwise expressly
indicated, is confidential and privileged information. Any dissemination, distribution
or copying of this material is prohibited. If you received this message in error,
please notify the sender by replying to this message and then deleting it from your
system. Your cooperation is appreciated.

---

From: Cece Xie <cece@studiolegal.xyz>
Sent: Thursday, April 23, 2026 11:50 PM
To: Philipp Ruben <pruben@mcandrews-ip.com>
Cc: Tatum Barton <tbarton@studioiplaw.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie
Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank (Ronald)
Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>;
Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie
<thomas@studiolegal.xyz>
Subject: Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and
Confer

CAUTION: External Email

Hi Tatum,

It was nice seeing you at our conference today reg
covered legal arguments only and involved no new f
deficienc[iefss]"protopateIaitnamiefnd in a second amended

Please note that I will be shortly and will file the after
24. I will respond regarding our position as soon

Thanks,

Cece Xie (she/her)

artner Studio Legal LLP

n Thu,    pr    ,        at        hilipp    uben pruben   mcandre  s   ip.com        rote

iTatum,

Than    you for your email.    lease identify the facial deficiencies that        Tenzing intends to correct in a second amended complaint and    ould be see   ing leave for    .

nce confirmed,    e    ill let you    no    our position as to the motion for leave.    Than    you.

est,

hil



**Philipp Ruben**
**Attorney at Law**

McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly**
**indicated, is confidential and privileged information. Any dissemination, distribution**
**or copying of this material is prohibited. If you received this message in error,**
**please notify the sender by replying to this message and then deleting it from your**
**system. Your cooperation is appreciated.**

F r o m :   **T**atum    **arton** tbarton    studioipla   .com
S e n t :   **T**: **hursday**   **A**pril    ,        :
To :    **C** ece    ie ece    studiolegal.   yz
C c :    **hilipp    uben** pruben    mcandre  s   ip.com        **eiss,    regory** g    eiss    taftla .com            **essie    ellar**
pellant    studiopla .com        **ince    erenda** vmerenda    studioipla   .com        **an    onald    puhle**
U            mcandre  s   ip.com **iolet Tovar**    T            mcandre  s   ip.com **Annette onder    ehden**
mcandr com    ip **T. homas Touchie**    thomas    studiolegal.   yz
S u b j e c t :   **T**en    ing.v   hos    C ase N o.        cv        F        otion to D ismiss    eet and C onf

**CAUTION: External Email**

Hi Cece and Phil,

Following our con we risnatte inodn ttoo sdaeyk leave to amend our co issues. Pursuant to Local Rule 7.1(B), if agreeable to meet-and-acsowd eo not believe there are any issues requi

Please let us know whether you oppose the anticipated m discussion, please pr. ovide your availability

Best regards,



On W dA, pr 22, 2026 44Ta t1um Bat b an t<on@s t u d imoriopt lea: w

Hi Cece & Phil,

We're available for aTheur e ts da yd a b mn1f2 eW'0lnp. sme. nEdTa calen.d

Best,



On Tue Apr 21, 2026 at cece.xiao@studiolegal.xyz

Hi Greg and Jessie,

Following up on Phil's request below. Thursday works to meet and confer regarding Defendants' upcoming response, if Monday.

Thanks,

Cece (she / her)

    Studio Legal LLP

This email and any attachments may contain privileged use, disclosure, or copying by you is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message, including any attachments, by reply email.

On Mon Apr 20, 2026 at 12:58 PM Phil Ruben <pruben@mcandrews-ip.com> wrote:

Hi Greg and Jessie,

Pursuant to N.D. Fla. Local Rule 7.1(a)(l), I am available Thursday for a meet and confer regarding Defendants' upcoming pleadings.

Best,

- Phil



**McAndrews, Held & Malloy, Ltd.**
500 W. Madison St, 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

CONFIDENTIALITY NOTICE:
This material is intended for the named recipient and, unless otherwise expressly

indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error, please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.

Case 1:26-cv-00006-MW-MJF    Document 34-1    Filed 05/13/26    Page 23 of 23

indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error, please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.