**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **TENZING FINANCIAL ADVISORS, PLLC** and **JERRY L. FURLONG JUNIOR,** *Plaintiffs*, v. **PHOS CREATIVE, LLC** and **DUNCAN WAY,** *Defendants*. | Index No.: 1:26-cv-00006-MW-MJF |

<u>**DECLARATION OF CECILLIA X. XIE IN SUPPORT OF MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF DEFENDANT DUNCAN WAY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**</u>

I, Cecillia X. Xie, declare the following:

1.    I am a member of the Bar of the State of New York, admitted to this Court *pro hac vice*. I am an attorney at Studio Legal LLP, located at 447 Broadway 2nd FL #388, New York, NY 10013.

2.    I represent Defendant Duncan Way ("Way") in the above-captioned action.

3.    I submit this declaration in support of Way's Motion for Leave to File a Reply Memorandum in Support of Motion to Dismiss Plaintiffs' Amended

Complaint. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

4.    Attached as Exhibit A is a true and correct copy of an email exchange between counsel for Plaintiffs and counsels for Defendants regarding Plaintiffs' intent to amend the Amended Complaint.

5.    Attached as Exhibit B is a true and correct copy of a May 5, 2026, email from counsel for Plaintiffs providing an updated list of the facial deficiencies they anticipate addressing in the Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2026

*/s/ Cecillia X. Xie*

Cecillia X. Xie (*admitted pro hac vice*)

# EXHIBIT A

 Gmail

## Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

**Tatum Barton** <tbarton@studioiplaw.com>                    Mon, Apr 27, 2026 at 7:57 PM
To: Cece Xie <cece@studiolegal.xyz>
Cc: Philipp Ruben <pruben@mcandrews-ip.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, Jessie Pellant <jpellant@studioiplaw.com>, Vince Merenda <vmerenda@studioiplaw.com>, "Hank (Ronald) Spuhler" <RSPUHLER@mcandrews-ip.com>, Violet Tovar <VTOVAR@mcandrews-ip.com>, Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>, Thomas Touchie <thomas@studiolegal.xyz>

Hi Cece,

We understand your client's position. However, we identified the facial deficiencies we intend to address in our amended complaint in our email sent Friday afternoon (see below).

Additionally, according to our calculations, the applicable deadline would have been April 27, 2026, at midnight.

Best regards,



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Mon, Apr 27, 2026 at 5:30AM Cece Xie <cece@studiolegal.xyz> wrote:
> Hi Tatum,
>
> Given that we still have not heard back from Plaintiffs regarding the bases for amending the complaint, information about when Plaintiffs intend to file their motion for leave to amend, or confirmation that Plaintiffs will not seek entry of default if Defendants do not file their response(s) by our deadline today, I have filed the motion to dismiss on behalf of my client in accordance with the Court's deadlines. If Plaintiffs move for leave to amend the complaint, as you proposed after our joint conference regarding Defendants' motions to dismiss, my client intends to oppose the motion. Please let me know if you have any questions or would like to discuss further.
>
> Thanks,
>
> **Cece Xie** (she/her)
> *Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all attachments, and notify the sender by reply email.

On Sun, Apr 26, 2026 at 9:21 PM Cece Xie <cece@studiolegal.xyz> wrote:

Hi Tatum,

As Phil mentions below, the date of Defendants' deadline is in less than three hours. If we do not receive the information we requested yesterday by midnight ET, to give us adequate time to review the amendments Plaintiffs are proposing and meaningfully evaluate consent, my client must file his motion to dismiss in order to honor our deadlines with the Court. Give me a call directly at ▒▒▒▒▒▒▒ if you'd like to discuss before then.

Thanks,

**Cece Xie** (she/her)
*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all attachments, and notify the sender by reply email.

On Sun, Apr 26, 2026 at 5:08 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

Hi Tatum,

Given the upcoming deadline tomorrow, and that we have not heard back from you regarding our email below, Phos intends to file a motion seeking an extension to respond to Plaintiffs' operative complaint until: (1) three days after the Court denies Plaintiffs' motion for leave to file a Second Amended Complaint; (2) fourteen days after Plaintiffs' file their Second Amended Complaint; or (3) any other time set by the Court. Please let us know by 10AM Eastern tomorrow if Plaintiffs will oppose.

-Phil



**Philipp Ruben**
**Attorney at Law**
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661
P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error, please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.**

**From:** Cece Xie <cece@studiolegal.xyz>
**Sent:** Saturday, April 25, 2026 11:14 AM
**To:** Tatum Barton <tbarton@studioiplaw.com>

**Cc:** Philipp Ruben <pruben@mcandrews-ip.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>; Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie <thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

**CAUTION: External Email**

Hi Tatum,

Thanks for the additional information. My client is not opposed to those amendments in principle, provided the proposed changes are supported by new facts or changed circumstances not previously available to Plaintiffs. That said, given the resources Mr. Way--as an individual--has already devoted to briefing the motion to dismiss, we want to understand the bases for the proposed amendments before agreeing to consent.

We note here that Plaintiffs have had access to the same set of core facts for some time. For example, Plaintiffs' counsel sent PHOS a cease-and-desist letter in October 2025 alleging breach of contract and including an excerpt from the agreement, which reflects Plaintiffs' awareness at that time that Mr. Way was not a party to or signatory of that agreement. We would appreciate greater understanding of what new information or circumstances are driving this proposed amendment, as well as the others you have outlined or plan on including in the second amended complaint.

We would also note the timing: Plaintiffs' request comes shortly after the parties' joint conference pursuant to Local Rule 7.1(B), during which both Defendants previewed the legal arguments underlying their respective motions to dismiss, which was also two business days before Defendants' deadline to respond to the Amended Complaint. We raise this not to be uncooperative, but because it is relevant context for evaluating whether consent is appropriate and on what timeline.

In order for my client to meaningfully evaluate whether to consent, we would ask that Plaintiffs:

1. Share the proposed amended complaint with us today or tomorrow; and
2. Confirm whether Plaintiffs intend to file their motion for leave to amend on Monday, April 27, and if so, at approximately what time.

We remain open to discussing further. Please note that I am currently in Asia (UTC+8 / 12 hours ahead of ET), but I can make myself available for a call if that would be helpful.

Thanks,

**Cece Xie** (she/her)

*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all attachments, and notify the sender by reply email.

On Fri, Apr 24, 2026 at 5:22 PM Tatum Barton <tbarton@studioiplaw.com> wrote:

Hi Phil and Cece

We are in the process of reviewing the complaint this weekend. At this time, Tenzing anticipates amending the complaint to address the following:

1. Add Plaintiff Furlong Financial Group, PLLC.

2. Remove Duncan from the breach of contract claim and include additional supporting facts for Count I.

3. Remove Phos from the NIL claim.

4. Withdraw the request for statutory damages.

5. Clarify the facts supporting the vicarious liability theory.

Please let me know if you have any questions.

Best,
Tatum



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed. Emails are not to be distributed to other parties without the express written permission of the original sender. If you are not the intended recipient of this email, please delete this message and call 303-563-5360. Any other use, retention, or dissemination is strictly prohibited.

On Fri, Apr 24, 2026 at 3:43 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

Hi Tatum, we are following -up here. Please identify the facial deficiencies that Tenzing intends to correct in a second amended complaint.

-Phil



**Philipp Ruben**
**Attorney at Law**

McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly**
**indicated, is confidential and privileged information. Any dissemination, distribution**
**or copying of this material is prohibited. If you received this message in error,**
**please notify the sender by replying to this message and then deleting it from your**
**system. Your cooperation is appreciated.**

---

**From:** Cece Xie <cece@studiolegal.xyz>
**Sent:** Thursday, April 23, 2026 11:50 PM
**To:** Philipp Ruben <pruben@mcandrews-ip.com>
**Cc:** Tatum Barton <tbarton@studioiplaw.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie
Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank
(Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-
ip.com>; Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie
<thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and
Confer

**CAUTION: External Email**

Hi Tatum,

It was nice seeing you earlier. Given that our conference today regarding our respective motions to dismiss
covered legal arguments only and involved no new facts, we also would like more detail on the "facial
deficienc[ies]" that Plaintiffs propose to amend in a second amended complaint.

Please note that I will be boarding a long flight to Asia shortly and will therefore be unavailable on Friday, April
24. I will respond regarding our position as soon as I am able to.

Thanks,

**Cece Xie** (she/her)

*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or
copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all
attachments, and notify the sender by reply email.

On Thu, Apr 23, 2026 at 9:44 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

Hi Tatum,

Thank you for your email. Please identify the facial deficiencies that Tenzing intends to correct in a second amended complaint and would be seeking leave for.

Once confirmed, we will let you know our position as to the motion for leave. Thank you.

Best,

-Phil



**Philipp Ruben**
**Attorney at Law**

McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly**
**indicated, is confidential and privileged information. Any dissemination, distribution**
**or copying of this material is prohibited. If you received this message in error,**
**please notify the sender by replying to this message and then deleting it from your**
**system. Your cooperation is appreciated.**

---

**From:** Tatum Barton <tbarton@studioiplaw.com>
**Sent:** Thursday, April 23, 2026 8:30 PM
**To:** Cece Xie <cece@studiolegal.xyz>
**Cc:** Philipp Ruben <pruben@mcandrews-ip.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>; Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie <thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

**CAUTION: External Email**

Hi Cece and Phil,

Following our conversation today, we intend to seek leave to amend our complaint on the facial deficiency issues. Pursuant to Local Rule 7.1(B), if agreeable to all parties, we propose treating this message as our meet-and-confer, as we do not believe there are any issues requiring further discussion.

Please let us know whether you oppose the anticipated motion. If you disagree or would prefer a more formal discussion, please provide your availability.

Best regards,



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Wed, Apr 22, 2026 at 11:14 AM Tatum Barton <tbarton@studioiplaw.com> wrote:

Hi Cece & Phil,

We're available for a meet and confer on Thursday at 12:00 p.m. ET. We'll send a calendar invite shortly.

Best,



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Tue, Apr 21, 2026 at 10:20 PM Cece Xie <cece@studiolegal.xyz> wrote:

Hi Greg and Jessie,

Following up on Phil's request below, could you please let us know of your availability on Thursday for a meet and confer regarding Defendants' upcoming motions to dismiss? As a reminder, our deadline to respond is Monday, April 27.

Thanks,

**Cece Xie** (she/her)

*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all attachments, and notify the sender by reply email.

On Mon, Apr 20, 2026 at 2:58 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

Hi Greg and Jessie,

Pursuant to N.D. Fla. Local Rule 7.1(C), please let us know Plaintiffs' availability either tomorrow or Thursday for a meet and confer regarding Defendants' upcoming motions to dismiss.

Best,

-Phil



**Philipp Ruben**
**Attorney at Law**

McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly**
**indicated, is confidential and privileged information. Any dissemination, distribution**
**or copying of this material is prohibited. If you received this message in error,**

please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.

# EXHIBIT B

 Gmail

Cece Xie <cece@studiolegal.xyz>

---

## Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

---

**Tatum Barton** <tbarton@studioiplaw.com>                    Tue, May 5, 2026 at 3:43 PM
To: Philipp Ruben <pruben@mcandrews-ip.com>
Cc: "Weiss, Gregory" <gweiss@taftlaw.com>, Jessie Pellant <jpellant@studioiplaw.com>, Vince Merenda <vmerenda@studioiplaw.com>, "Hank (Ronald) Spuhler" <RSPUHLER@mcandrews-ip.com>, Violet Tovar <VTOVAR@mcandrews-ip.com>, Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>, Thomas Touchie <thomas@studiolegal.xyz>, Cece Xie <cece@studiolegal.xyz>, Rachel Winnick <rwinnick@studioip.com>

Phil,

As promised, here are the facial deficiencies we plan to address in the amended complaint:

1. Add Plaintiff Furlong Financial Group, PLLC
2. Remove Duncan from the breach of contract claim and include additional supporting facts for Count I
3. Remove Phos from the NIL claim
4. Withdraw Count II
5. Redefine "Tenzing Materials"
6. Specify the applicable defendant(s) in relevant paragraphs
7. Withdraw the request for injunctive relief as it is moot
8. Withdraw the request for statutory damages
9. Clarify the facts supporting the vicarious liability theory

Please confirm whether Defendant Phos will oppose the anticipated motion for leave to amend the complaint. Also, please confirm whether you consider this message to satisfy the Local Rule 7.1(B) meet-and-confer requirement. If you prefer a more formal discussion, please provide your availability.

Best regards,



studioIP

**Tatum Barton Lowry**
Associate

(o) (303) 563-5360
(m) (303) 525-3931
(e) tbarton@studioiplaw.com
(w) studioip.com

This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed. Emails are not to be distributed to other parties without the express written permission of the original sender. If you are not the intended recipient of this email, please delete this message and call 303-563-5360. Any other use, retention, or dissemination is strictly prohibited.

On Mon, Apr 27, 2026 at 11:04 AM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

Hi Tatum,

Thank you for your message. Since we did not hear from you by 10 AM eastern, we had already initiated the filing of our motion at the time of your response. We do appreciate the non-opposition however.

Please note that Phos has not yet affirmatively indicated whether we oppose Plaintiffs motion for leave. Please provide us a final list of the issues that Plaintiffs intend to raise in their motion, after which we will confirm whether, or not, we oppose.

Notably, Plaintiffs have not agreed to withdraw Count 2 which alleges infringement of unregistered works under the Copyright Act.

-Phil



**Philipp Ruben**
**Attorney at Law**
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661
P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named**
**recipient and, unless otherwise expressly**
**indicated, is confidential and privileged**
**information. Any dissemination, distribution or**
**copying of this material is prohibited. If you**
**received this message in error, please notify the**
**sender by replying to this message and then**
**deleting it from your system. Your cooperation**
**is appreciated.**

---

**From:** Tatum Barton <tbarton@studioiplaw.com>
**Sent:** Monday, April 27, 2026 10:20:04 AM
**To:** Philipp Ruben <pruben@mcandrews-ip.com>
**Cc:** Weiss, Gregory <gweiss@taftlaw.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>; Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie <thomas@studiolegal.xyz>; Cece Xie <cece@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

**CAUTION: External Email**

Thank you, Phil.

We agree to the extension and will file a motion for leave to amend the complaint, unopposed by Defendant Phos.

Best,
Tatum



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Sun, Apr 26, 2026 at 5:08 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

> Hi Tatum,
>
> Given the upcoming deadline tomorrow, and that we have not heard back from you regarding our email below, Phos intends to file a motion seeking an extension to respond to Plaintiffs' operative complaint until: (1) three days after the Court denies Plaintiffs' motion for leave to file a Second Amended Complaint; (2) fourteen days after Plaintiffs' file their Second Amended Complaint; or (3) any other time set by the Court. Please let us know by 10AM Eastern tomorrow if Plaintiffs will oppose.
>
> -Phil
>
>
>
> **Philipp Ruben**
> **Attorney at Law**
> McAndrews, Held & Malloy, Ltd.
> 500 W. Madison St., 34th Floor | Chicago, IL 60661
> P: 312-775-8000
>
> pruben@mcandrews-ip.com
> bio | v-card | website
>
> **CONFIDENTIALITY NOTICE:**
> **This material is intended for the named recipient and, unless otherwise expressly indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error, please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.**
>
> ---
>
> **From:** Cece Xie <cece@studiolegal.xyz>
> **Sent:** Saturday, April 25, 2026 11:14 AM

**To:** Tatum Barton <tbarton@studioiplaw.com>
**Cc:** Philipp Ruben <pruben@mcandrews-ip.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>; Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie <thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

**<u>CAUTION: External Email</u>**

Hi Tatum,

Thanks for the additional information. My client is not opposed to those amendments in principle, provided the proposed changes are supported by new facts or changed circumstances not previously available to Plaintiffs. That said, given the resources Mr. Way--as an individual--has already devoted to briefing the motion to dismiss, we want to understand the bases for the proposed amendments before agreeing to consent.

We note here that Plaintiffs have had access to the same set of core facts for some time. For example, Plaintiffs' counsel sent PHOS a cease-and-desist letter in October 2025 alleging breach of contract and including an excerpt from the agreement, which reflects Plaintiffs' awareness at that time that Mr. Way was not a party to or signatory of that agreement. We would appreciate greater understanding of what new information or circumstances are driving this proposed amendment, as well as the others you have outlined or plan on including in the second amended complaint.

We would also note the timing: Plaintiffs' request comes shortly after the parties' joint conference pursuant to Local Rule 7.1(B), during which both Defendants previewed the legal arguments underlying their respective motions to dismiss, which was also two business days before Defendants' deadline to respond to the Amended Complaint. We raise this not to be uncooperative, but because it is relevant context for evaluating whether consent is appropriate and on what timeline.

In order for my client to meaningfully evaluate whether to consent, we would ask that Plaintiffs:

1. Share the proposed amended complaint with us today or tomorrow; and
2. Confirm whether Plaintiffs intend to file their motion for leave to amend on Monday, April 27, and if so, at approximately what time.

We remain open to discussing further. Please note that I am currently in Asia (UTC+8 / 12 hours ahead of ET), but I can make myself available for a call if that would be helpful.

Thanks,

**Cece Xie** (she/her)

*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all attachments, and notify the sender by reply email.

On Fri, Apr 24, 2026 at 5:22 PM Tatum Barton <tbarton@studioiplaw.com> wrote:

Hi Phil and Cece

We are in the process of reviewing the complaint this weekend. At this time, Tenzing anticipates amending the complaint to address the following:

1. Add Plaintiff Furlong Financial Group, PLLC.

2. Remove Duncan from the breach of contract claim and include additional supporting facts for Count I.

3. Remove Phos from the NIL claim.

4. Withdraw the request for statutory damages.

5. Clarify the facts supporting the vicarious liability theory.

Please let me know if you have any questions.

Best,
Tatum



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Fri, Apr 24, 2026 at 3:43 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

Hi Tatum, we are following -up here. Please identify the facial deficiencies that Tenzing intends to correct in a second amended complaint.

-Phil



**Philipp Ruben**

**Attorney at Law**

McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly**
**indicated, is confidential and privileged information. Any dissemination, distribution**
**or copying of this material is prohibited. If you received this message in error,**
**please notify the sender by replying to this message and then deleting it from your**
**system. Your cooperation is appreciated.**

---

**From:** Cece Xie <cece@studiolegal.xyz>
**Sent:** Thursday, April 23, 2026 11:50 PM
**To:** Philipp Ruben <pruben@mcandrews-ip.com>
**Cc:** Tatum Barton <tbarton@studioiplaw.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie
Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank (Ronald)
Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>;
Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie
<thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and
Confer

**CAUTION: External Email**

Hi Tatum,

It was nice seeing you earlier. Given that our conference today regarding our respective motions to dismiss
covered legal arguments only and involved no new facts, we also would like more detail on the "facial
deficienc[ies]" that Plaintiffs propose to amend in a second amended complaint.

Please note that I will be boarding a long flight to Asia shortly and will therefore be unavailable on Friday, April
24. I will respond regarding our position as soon as I am able to.

Thanks,

**Cece Xie** (she/her)

*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or
copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all
attachments, and notify the sender by reply email.

On Thu, Apr 23, 2026 at 9:44 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

Hi Tatum,

Thank you for your email. Please identify the facial deficiencies that Tenzing intends to correct in a second amended complaint and would be seeking leave for.

Once confirmed, we will let you know our position as to the motion for leave. Thank you.

Best,

-Phil



**Philipp Ruben**
**Attorney at Law**

McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly**
**indicated, is confidential and privileged information. Any dissemination, distribution**
**or copying of this material is prohibited. If you received this message in error,**
**please notify the sender by replying to this message and then deleting it from your**
**system. Your cooperation is appreciated.**

---

**From:** Tatum Barton <tbarton@studioiplaw.com>
**Sent:** Thursday, April 23, 2026 8:30 PM
**To:** Cece Xie <cece@studiolegal.xyz>
**Cc:** Philipp Ruben <pruben@mcandrews-ip.com>; Weiss, Gregory <gweiss@taftlaw.com>; Jessie Pellant <jpellant@studioiplaw.com>; Vince Merenda <vmerenda@studioiplaw.com>; Hank (Ronald) Spuhler <RSPUHLER@mcandrews-ip.com>; Violet Tovar <VTOVAR@mcandrews-ip.com>; Annette Vonder Mehden <AVONDERMEHDEN@mcandrews-ip.com>; Thomas Touchie <thomas@studiolegal.xyz>
**Subject:** Re: Tenzing v. Phos - Case No. 26-cv-00006-MW-MJF - Motion to Dismiss Meet and Confer

**CAUTION: External Email**

Hi Cece and Phil,

Following our conversation today, we intend to seek leave to amend our complaint on the facial deficiency issues. Pursuant to Local Rule 7.1(B), if agreeable to all parties, we propose treating this message as our meet-and-confer, as we do not believe there are any issues requiring further discussion.

Please let us know whether you oppose the anticipated motion. If you disagree or would prefer a more formal discussion, please provide your availability.

Best regards,



This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Wed, Apr 22, 2026 at 11:14 AM Tatum Barton <tbarton@studioiplaw.com> wrote:

> Hi Cece & Phil,
>
> We're available for a meet and confer on Thursday at 12:00 p.m. ET. We'll send a calendar invite shortly.
>
> Best,
>
>
>
> This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 303-563-5360.  Any other use, retention, or dissemination is strictly prohibited.

On Tue, Apr 21, 2026 at 10:20 PM Cece Xie <cece@studiolegal.xyz> wrote:

Hi Greg and Jessie,

Following up on Phil's request below, could you please let us know of your availability on Thursday for a meet and confer regarding Defendants' upcoming motions to dismiss? As a reminder, our deadline to respond is Monday, April 27.

Thanks,

**Cece Xie** (she/her)

*Partner* | Studio Legal LLP

This email and any attachments may contain confidential and privileged information. Unauthorized use, disclosure, or copying is strictly prohibited. If you are not the intended recipient, please immediately delete this message, including all attachments, and notify the sender by reply email.

On Mon, Apr 20, 2026 at 2:58 PM Philipp Ruben <pruben@mcandrews-ip.com> wrote:

Hi Greg and Jessie,

Pursuant to N.D. Fla. Local Rule 7.1(C), please let us know Plaintiffs' availability either tomorrow or Thursday for a meet and confer regarding Defendants' upcoming motions to dismiss.

Best,

-Phil



**Philipp Ruben**
**Attorney at Law**

McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor | Chicago, IL 60661

P: 312-775-8000

pruben@mcandrews-ip.com
bio | v-card | website

**CONFIDENTIALITY NOTICE:**
**This material is intended for the named recipient and, unless otherwise expressly**

**indicated, is confidential and privileged information. Any dissemination, distribution or copying of this material is prohibited. If you received this message in error, please notify the sender by replying to this message and then deleting it from your system. Your cooperation is appreciated.**