# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**TENZING FINANCIAL ADVISORS,
PLLC, JERRY L. FURLONG, JUNIOR,**

> *Plaintiffs,*

**v.**                                              **Case No.: 1:26cv6-MW/MJF**

**PHOS CREATIVE, LLC, et al.,**

> *Defendants.*

_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY

This Court has considered, without hearing, Defendant Duncan Way's motion for leave to file a reply brief in support of his motion to dismiss. ECF No. 35. The motion is **GRANTED**. Defendant shall file his reply **on or before Thursday, May 21, 2026**.

**SO ORDERED on May 14, 2026.**

**s/Mark E. Walker**
**United States District Judge**
