# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

| | |
|---|---|
| TENZING FINANCIAL ADVISORS, PLLC and JERRY L. FURLONG JR., <br><br> Plaintiffs, <br><br> v. <br><br> PHOS CREATIVE, LLC and DUNCAN WAY, <br><br> Defendants. | Case No. 1:26-cv-00006-MW-MJF |

**DECLARATION OF PHILIPP RUBEN IN SUPPORT OF DEFENDANT PHOS CREATIVE, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Philipp Ruben, declare the following:

1.      I am a member of the Bar of Illinois, admitted to this Court *pro hac vice*. I am an attorney at McAndrews, Held & Malloy Ltd. My office is located at 500 West Madison Street, Chicago, Illinois, 60661.

2.      I represent Defendant Phos Creative, LLC ("Phos") in the above-captioned action

3.      I submit this declaration in support of Phos's Motion to Dismiss. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

1

4.      Attached as Exhibit A1 is a true and correct copy of the registration for Tenzing Financial, LLC, available via the Virginia Secretary of State website, available at: https://cis.scc.virginia.gov/EntitySearch/Index.

5.      Attached as Exhibit A2 is a true and correct copy of the Wikipedia article about Tenzing Norgay, available at: https://en.wikipedia.org/wiki/Tenzing_Norgay.

6.      Attached as Exhibit A3 is a true and correct copy of the copyright registration for the Tenzing Branding Guide, registration No. TX0009553940, with a registration date of October 13, 2025.

7.      Attached as Exhibit B is a true and correct declaration of Phos's CEO, Brandon West with supporting Exhibit B1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

May 15, 2026                                         */s/ Philipp Ruben*
                                                     Philipp Ruben

2

# EXHIBIT A1

# State Corporation Commission
# Clerk's Information System

## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Tenzing Financial, LLC | Entity ID: | 11063852 |
| Entity Type: | Limited Liability Company | Entity Status: | **Active** |
| Series LLC: | No | Reason for Status: | Active |
| Formation Date: | 06/12/2020 | Status Date: | 08/09/2022 |
| VA Qualification Date: | 06/12/2020 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | N/A |
| Jurisdiction: | VA | Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Individual | Locality: | JAMES CITY COUNTY |
| RA Qualification: | Member of the Virginia State Bar | | |
| Name: | Gregory R Davis | Registered Office Address: | 4801 Courthouse St Ste 300, Williamsburg, VA, 23188, USA |

### Principal Office Address

Privacy Policy | Contact Us

# State Corporation Commission
# Clerk's Information System

Filing History          RA History          Name History          Previous Registrations


Protected Series          Garnishment Designees          Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy    |    Contact Us

# EXHIBIT A2

https://en.wikipedia.org/wiki/Tenzing_Norgay



25 years of the free encyclopedia

☰    🔍    👓    Donate  Create account  Log in

# Tenzing Norgay

文A **93 languages** ∨

Article    Talk

Read    View source    View history    Tools ∨

From Wikipedia, the free encyclopedia

*"Tenzing" redirects here. For people with the name, see Tenzing (name).*

**Tenzing Norgay** GM OSN (/ˈtɛnzɪŋ ˈnɔːrɡeɪ/; Sherpa: བསྟན་འཛིན་ནོར་རྒྱས tendzin norgyé; May 1914 – 9 May 1986), born **Namgyal Wangdi**, and also referred to as **Sherpa Tenzing**,[1] was a Nepalese-Indian Sherpa mountaineer.[2][3] On 29 May 1953, he and Edmund Hillary were the first confirmed to have reached the summit of Mount Everest, as part of the 1953 British Mount Everest expedition.[4] *Time* named Norgay one of the 100 most influential people of the 20th century.[5]

## Early life

There are conflicting accounts of Tenzing's early life. In his autobiography, he wrote that he was a Sherpa born and raised in Tengboche, Khumbu, in northeastern Nepal.[6] In a 1985 interview with All India Radio, he said his parents came from Tibet, but that he was born in Nepal.[7] [*better source needed*][*need quotation to verify*] According to many later accounts, including a book co-written by his son Jamling Tenzin Norgay, he was born in Tibet,[8][9] at Tse Chu in the Kama Valley, and grew up in Thame.[10] He spent his early childhood in Kharta, near the north of the country. Norgay went to Nepal as a child to work for a Sherpa family in Khumbu.[3][11][12][13][14][15]

Khumbu lies near Mount Everest, which the Tibetans and Sherpas call *Chomolungma*; in Standard Tibetan, that name means "Holy Mother", or the goddess of the summit.[16] Buddhism is the traditional religion of the Sherpas and Tibetans, and Norgay was Buddhist.[6]

Although his exact date of birth is unknown, he knew it was in late May by the weather and the crops. After his ascent of Everest on 29 May 1953, he decided to celebrate his birthday on that day thereafter. His year of birth, according to the Tibetan calendar, was the Year of the Rabbit, making it likely that he was born in 1914.[6] This agrees with Hunt's statement that he was 39 in 1953, and had "established himself (as) not only the foremost climber of his race but as a mountaineer of world standing".[17]

Tenzing was originally called "Namgyal Wangdi", but as a child his name was changed on the advice of the head lama and founder of Rongbuk Monastery, Ngawang Tenzin Norbu.[18] "Tenzing Norgay" translates as "wealthy-fortunate-follower-of-religion". His father, a Tibetan yak herder, was Ghang La Mingma (d. 1949), and his mother, who was Tibetan, was Dokmo Kinzom. She lived to see him climb Everest. Tenzing was the 11th of 13 children, several of whom died young.[6]

Tenzing ran away from home twice in his teens, first to Kathmandu and later to Darjeeling, India (which at that time was the starting point for most expeditions in the eastern Himalayas), and eventually acquired Indian citizenship.[19] He was once sent to Tengboche Monastery to become a monk, but he decided that was not for him and left.[20] At the age of 19 he settled in the Sherpa community in the Too Song Busti district of Darjeeling.[6]

### Tenzing Norgay



Norgay in 1967

| Personal information | |
|---|---|
| Citizenship | Nepal · India |
| Born | Namgyal Wangdi May 1914 Tengboche, Sagarmatha Zone, Nepal, or Tse Chu, Ü-Tsang, Tibet |
| Died | 9 May 1986 (aged 71–72) Darjeeling, West Bengal, India |
| Spouses | Dawa Phuti (m. 1935; died 1944) Ang Lahmu (m. 1945; died 1964) Dakku (m. before or in 1964) |
| Children | 7, including Jamling |
| Relative(s) | Tashi Tenzing (grandson) Tenzing Norgay Trainor (grandson) Nawang Gombu (nephew) |

**Signature**

| Climbing career | |
|---|---|
| Type of climber | Mountaineer |
| Highest | |

Captured by FireShot Pro: 15 May 2026, 01:44:20 PM
https://getfireshot.com

https://en.wikipedia.org/wiki/Tenzing_Norgay

## Mountaineering

| | grade | |
|---|---|---|
| **Major ascents** | | First ascent of Mount Everest, May 1953 |

Norgay received his first opportunity to join an Everest expedition at age 20, when Eric Shipton was assembling the 1935 British Mount Everest reconnaissance expedition. After two other prospective team members failed their medical tests, Norgay was pushed forward by his friend Ang Tharkay, a Sherpa *sirdar* who had been on the 1933 British Mount Everest expedition. His attractive smile caught the eye of Shipton, who decided to take him on.[21]

Norgay participated as a high-altitude porter in three official British attempts to climb Everest from the northern Tibetan side in the 1930s.[6] On the 1936 expedition, he worked with John Morris. He also took part in other climbs in various parts of the Indian subcontinent. For a time in the early 1940s, Norgay lived in the princely state of Chitral (then in India, later a part of Pakistan) as batman to a Major Chapman. Norgay's first wife died and was buried there during his sojourn in the state. He returned to Darjeeling with his two daughters during the Indian partition of 1947, and managed to cross India by train without a ticket and without being challenged by wearing one of Major Chapman's old uniforms.[6]



Statue of Norgay at the Himalayan Mountaineering Institute

In 1947, Norgay participated in an unsuccessful summit attempt of Everest. The Canadian-born mountaineer Earl Denman, Ange Dawa Sherpa, and Norgay entered Tibet illegally to attempt the climb, an attempt which ended when a strong storm hit at 22,000 feet (6,700 m). Denman admitted defeat, and all three turned around, returning safely.[6] In 1947, Norgay became a *sirdar* of a Swiss expedition for the first time after having helped to rescue Sirdar Wangdi Norbu, who had fallen and been seriously injured. The expedition reached the main summit of Kedarnath at 22,769 feet (6,940 m) in the western Garhwal Himalaya with Norgay among the summit party.[22] In 1951 he joined the 1951 British Mount Everest reconnaissance expedition.[23]



Mount Everest

## 1952 Swiss Mount Everest expedition

*Main article*: *1952 Swiss Mount Everest expedition*

In 1952, he took part in the two Swiss expeditions led by Edouard Wyss-Dunant (spring) and Gabriel Chevalley (autumn), the first serious attempts to climb Everest from the southern (Nepalese) side, after two previous US and British reconnaissance expeditions in 1950 and 1951. Raymond Lambert and Tenzing Norgay were able to reach a height of about 8,595 metres (28,199 ft) on the southeast ridge, setting a new climbing altitude record.[24] The expedition opened up a new route on Everest that was successfully climbed the next year. Norgay and Raymond Lambert reached on 28 May the then-record height of 8,600 metres (28,215 ft),[25][*failed verification*] and this expedition, during which Norgay was for the first time considered a full expedition member ("the greatest honour that had ever been paid me")[6] forged a lasting friendship between Norgay and his Swiss friends, in particular Raymond Lambert. During the autumn expedition, the team was stopped by bad weather after reaching an altitude of 8,100 metres (26,575 ft).[6]

## Success on Mount Everest

*Main article*: *1953 British Mount Everest expedition*

In 1953, Tenzing Norgay took part in John Hunt's expedition; Tenzing had previously been to Everest six times (and Hunt three).[26] A member of the team was Edmund Hillary, who fell into a crevasse but was saved from hitting the bottom by Norgay's prompt action in securing the rope using his ice axe, which led Hillary to consider him the climbing partner of choice for any future summit attempt.[27]

At the time, newspaper reports variously referred to him as Tensing, Tenzing, Tenzing Bhotia, Tenzing Norgay, Tensing Norkey, Tenzing Sherpa or Dan Shin, as one Indian academic suggested.[28]

The Hunt expedition totalled over 400 people, including 362 porters, 20 Sherpa guides and 10,000 pounds (4,500 kg) of baggage,[29] and like many such expeditions, was a team effort.

The expedition set up base camp in March 1953. Hillary wrote in 1975 about first meeting Norgay in Kathmandu on 5 March 1953:[30]

Captured by FireShot Pro: 15 May 2026, 01:44:20 PM
https://getfireshot.com

https://en.wikipedia.org/wiki/Tenzing_Norgay

I was eager to meet Tenzing Norgay. His reputation had been most impressive even before his two great efforts with the Swiss expedition ... Tenzing really looked the part – larger than most Sherpas, he was very strong and active; his flashing smile was irresistible; and he was incredibly patient with all our questions and requests. His success in the past had given him great physical confidence – I think that even then he expected to be a member of the final assault party ... One message came through however in very positive fashion – Tenzing had substantially greater personal ambition than any Sherpa I had met.

Working slowly, the expedition set up their penultimate camp at the South Col, at 25,900 feet (7,900 m). On 26 May, Tom Bourdillon and Charles Evans attempted the climb, but turned back when Evans' oxygen system failed. The pair had reached the South Summit, coming within 300 vertical feet (91 m) of the summit.[31] Hunt then directed Norgay and Hillary to go for the summit.

Snow and wind held the pair up at the South Col for two days. They set out on 28 May with a support trio comprising Ang Nyima, Alfred Gregory and George Lowe. Norgay and Hillary pitched a tent at 27,900 feet (8,500 m) on 28 May while their support group returned down the mountain. On the following morning, Hillary discovered that his boots had frozen solid outside the tent. He spent two hours warming them before he and Tenzing attempted the final ascent, wearing 30-pound (14 kg) packs.[32] The last part of the ascent comprised a 40-foot (12 m) rock face later named the "Hillary Step". Hillary saw a means to wedge his way up a crack in the face between the rock wall and the ice, and Norgay followed.[33]

From there, the following effort was relatively simple. They reached Everest's 29,028-foot (8,848 m) summit, the highest point on Earth, at 11:30 a.m.[34] As Hillary put it, "A few more whacks of the ice axe in the firm snow, and we stood on top."[35]

They spent only about 15 minutes at the summit. Hillary took the famous photo of Norgay posing with his ice-axe, but since Norgay had never used a camera,[citation needed] Hillary's ascent went unrecorded. However, according to Norgay's autobiography *Man of Everest*,[6] when Norgay offered to take Hillary's photograph Hillary declined—"I motioned to Hillary that I would now take his picture. But for some reason he shook his head; he did not want it."[36][37] Additional photos were taken looking down the mountain, in order to re-assure that they had made it to the top and to document that the ascent was not faked.[38] The two had to take care on the descent after discovering that drifting snow had covered their tracks, complicating the task of retracing their steps. The first person they met was Lowe, who had climbed up to meet them with hot soup.



Sir Edmund Hillary greets Tenzing Norgay, c. 1971.

Afterwards, Norgay was met with great adulation in Nepal and India. Hillary and Hunt were knighted by Queen Elizabeth II,[39] while Norgay received the George Medal for his efforts on the expedition.[18][40] It has been suggested that Indian prime minister Jawaharlal Nehru refused permission for Norgay to be knighted.[18]

> It has been a long road ... From a mountain coolie, a bearer of loads, to a wearer of a coat with rows of medals who is carried about in planes and worries about income tax.
>
> —Tenzing Norgay[6]

Nonetheless, there was some inequity, according to *National Geographic*,[41]

> "Hillary was knighted for being the first known person to climb to the top of Mount Everest. But Tenzing, who simultaneously reached its summit, only received an honorary medal. In the years since there's been growing disquiet at the lack of official recognition."

Norgay and Hillary were the first people to conclusively set foot on the summit of Mount Everest, but journalists were persistently repeating the question: "Which of the two men had the right to the glory of being the first one, and who was merely the second, the follower?" Colonel Hunt, the expedition leader, declared, "They reached it together, as a team."[42]

Norgay eventually ended the speculation by revealing that Hillary was first in his 1955 autobiography. It was ghost-written by American writer James Ramsay Ullman as Tenzing could speak several languages but could not read or write. They were roped six feet apart, with most of the 30 foot rope in loops in his hand:[43][44]

> A little below the summit Hillary and I stopped. ... I was not thinking of 'first' and 'second'. I did not say to myself, there is a golden apple up there. I will push Hillary aside and run for it. We went on slowly, steadily. And then we were there. Hillary stepped on top first. And I stepped up after him ... Now the truth is told. And I am ready to be judged by it.

Captured by FireShot Pro: 15 May 2026, 01:44:20 PM
https://getfireshot.com

https://en.wikipedia.org/wiki/Tenzing_Norgay

## After Everest

Tenzing Norgay became the first Director of Field Training of the Himalayan Mountaineering Institute in Darjeeling, when it was set up in 1954.



May (you) climb from peak to peak

In January 1975, with permission of the King of Bhutan, Jigme Singye Wangchuck, Norgay served as *sirdar* (guide) for the first American tourist party allowed into the country.[45][46] Brought together by a company then called Mountain Travel (now called Mountain Travel-Sobek), the group first met Norgay in India before beginning the trek. The official trek began in Paro, northern Bhutan and included a visit to Tiger's Nest (Paro Taktsang), the ancient Buddhist monastery, before returning to India via Nepal and Sikkim. Norgay even introduced his group to the King of Sikkim (the last king of Sikkim, as Sikkim is now a part of India) and also brought them to his home in India for a farewell celebration.[46]

In 1978 Norgay founded Tenzing Norgay Adventures,[47] a company providing trekking adventures in the Himalayas. As of 2021, the company was run by his son Jamling Tenzing Norgay, who himself reached the summit of Everest in 1996.[48]

On 10 May 1984 Tenzing Norgay, together with Grp Capt A. J. S. Grewal, Principal of the Himalayan Mountaineering Institute, attended the 10th-anniversary celebrations of The School of Adventure, Mysore, Karnataka held at the Mysore Institution of Engineers' auditorium.[*citation needed*]

## Honours

In 1938, after Norgay's third Everest expedition as a porter, the Himalayan Club awarded him its Tiger Medal for high-altitude work.[18]

On 7 June 1953, it was announced that the newly crowned Queen Elizabeth II wished to recognize Norgay's achievements. 10 Downing Street announced on 1 July that, following consultation with the governments of India and Nepal, the Queen had approved awarding Norgay the George Medal.[49][50] He also received, along with the rest of the Everest party, the Queen Elizabeth II Coronation Medal.[*citation needed*] In May 2013, Norgay's grandson, Tashi Tenzing, said he believed his grandfather should have been knighted, not just given "a bloody medal".[51][52]

In 1953, King Tribhuvan of Nepal presented him with the Order of the Star of Nepal, 1st Class (*Supradipta-Manyabara-Nepal-Tara*).[53]

In 1959, the Government of India awarded him the Padma Bhushan, the third-highest civilian award of India.[54] Indian Mountaineering Foundation presented him with its gold medal.[55]

On 1 March 1963, Norgay was awarded the honorary title of "Merited Master of Sport of the USSR" by the Soviet Union, becoming the first foreigner to receive this distinction.[56]

In September 2013, the Government of Nepal proposed naming a 7,916-metre (25,971 ft) mountain in Nepal Tenzing Peak in Norgay's honour.[57] Both Tenzing Peak and Hillary Peak are points on the long Ridge from Cho Oyu to Gyuchung Kang with Tenzing Peak nearer to Cho Oyu.

In July 2015, the highest-known, 3.4-kilometre-high (11,000 ft) mountain range on the dwarf planet Pluto was named Tenzing Montes.[58]

## Personal life and death

Norgay was married three times. His first wife, Dawa Phuti, died young in 1944. They had a son, Nima Dorje, who died at the age of four, and two daughters: Pem Pem, whose son, Tashi Tenzing, climbed Everest, and Nima, who married a Filipino graphic designer, Noli Galang.[6][59]



The house in Darjeeling where Norgay spent his last years

Norgay's second wife was Ang Lahmu, a cousin of his first wife. They had no biological children, but she was adoptive mother to their daughters from his earlier marriage with her cousin.[6]

His third wife was Dakku, whom he married while his second wife was still alive, as allowed by Sherpa custom (see polygyny). They had three sons (Norbu, Jamling and Dhamey), and one daughter, Deki, who married American lawyer Clark Trainor. Jamling would join Peter Hillary, Edmund Hillary's son, in climbing Everest in 2003 on the 50th anniversary of their fathers' climb.[59]

Captured by FireShot Pro: 15 May 2026, 01:44:20 PM
https://getfireshot.com

https://en.wikipedia.org/wiki/Tenzing_Norgay

Other relatives include Norgay's nephews, Nawang Gombu and Topgay, who took part in the 1953 Everest expedition; and his grandsons, Tashi Tenzing, who lives in Sydney, Australia, and the Trainor grandsons: Tenzing, Kalden, and Yonden.[6][59] Tenzing Trainor is an actor who appeared on the Dreamworks Animation's Abominable.[60]

Norgay died of a cerebral hemorrhage in Darjeeling, West Bengal, India, on 9 May 1986[61] at the age of 71.[62][63] His remains were cremated in the Himalayan Mountaineering Institute, Darjeeling, his favourite haunt. His widow, Dakku, died in 1992.[64]



Tenzing Norgay memorial

## Legacy

### Awards

- In 2003, commemorating the golden jubilee of Norgay's summit of Everest, the Indian government renamed its highest adventure sports award, the Tenzing Norgay National Adventure Award after him.[65]

### Art, entertainment and media

#### Literature

- In 2011, Indian comic publisher Amar Chitra Katha released a children's comic book about Tenzing Norgay.[66]

#### Film

- In *Intolerable Cruelty*, the 2003 American film by the Coen brothers, Norgay is mentioned by the film's main character in creating metaphor for the positive act of enabling or empowering another.[67][68]
- Filming on *Tenzing* began in 2025, with a cast featuring Tom Hiddleston and Willem Dafoe.[69]

### Places

- One of the buildings at Everest Court, Mottingham in Kent, England is named after him.
- In January 2008, Lukla Airport was renamed Tenzing–Hillary Airport in honour of the pair and their achievement.[70]
- Tenzing Montes is the name of an icy mountain range on the surface of Pluto.[71]
- Minor planet 6481 Tenzing is named in his honour.[72]

### Animals

- Red pandas at several zoos are named in his honour.[73][74][75][76]

### Consumer goods

- The energy drink brand Tenzing is named in his honour.[77]

## See also

Relatives of Tenzing Norgay:

- Nawang Gombu Sherpa (nephew)
- Lobsang Tshering (nephew)
- Jamling Tenzing Norgay (son)
- Tashi Tenzing (grandson)
- Tenzing Norgay Trainor (grandson)

## Notes

1. ^ Norgay, Jamling Tenzing; Coburn, Broughton (2002). *Touching My Father's Soul: In the Footsteps of Sherpa Tenzing* ⧉. Ebury Press. ISBN 978-0-09-188467-3. Archived ⧉ from the original on 28 August 2023. Retrieved 26 September 2020.

41. ^ "Sherpas and the ethics of Everest" ⧉. NGS. 8 April 2018. Archived ⧉ from the original on 17 May 2019. Retrieved 17 May 2019. "Often overlooked and rarely adequately rewarded, Nepal's 'people of the east' have been helping adventurers up Mount Everest for a century, but at

Captured by FireShot Pro: 15 May 2026, 01:44:20 PM
https://getfireshot.com

https://en.wikipedia.org/wiki/Tenzing_Norgay

2. ^ "Tenzing Norgay and the Sherpas of Everest — Sherpa Tenzing Norgay Nepalese Mountaineer- Information on Tenzing Norgay"⬈. tenzingasianholidays.com. Archived from the original⬈ on 2 March 2014. Retrieved 2 March 2014.

3. ^ *a b* Douglas, Ed (24 December 2000). "Secret past of the man who conquered Everest"⬈. *The Observer*. Archived⬈ from the original on 26 August 2014. Retrieved 22 August 2014.

4. ^ Morris, Jan (14 June 1999). "The Conquerors HILLARY & TENZING"⬈. *TIME*. Archived from the original⬈ on 16 January 2008. Retrieved 21 February 2014.

5. ^ "TIME 100 Persons of The Century"⬈. *TIME*. 6 June 1999. Archived from the original⬈ on 29 December 2014. Retrieved 31 May 2017.

6. ^ *a b c d e f g h i j k l m n o* Tenzing & Ullman

7. ^ Sonam G. Sherpa (27 August 2013). "Tenzing Norgay Sherpa's interview, in Tibetan, with All India Radio, Kurersong, India"⬈. Archived⬈ from the original on 17 November 2021. Retrieved 27 March 2018 – via YouTube.

8. ^ Krakauer, Jon (2002). Introduction. *Touching My Father's Soul: a Sherpa's Journey to the Top of Everest*. By Norgay, Jamling Tenzing; Coburn, Broughton. San Francisco, California: HarperSanFrancisco. p. XV. ISBN 0062516876. OCLC 943113647⬈. "Born in Tibet, raised in Nepal, and a resident of India since the age of 19, he had become a symbol of hope and inspiration for millions of caste-bound Indians, poverty-stricken Nepalese, and politically oppressed Tibetans – all of whom regard him as a countryman."

9. ^ Coburn, Broughton (1997). *Everest : Mountain Without Mercy*⬈. Washington, DC: National Geographic Society. p. 112⬈. ISBN 0792270142. OCLC 36675993⬈. "Jamling pulled out the string of flags he intended to display on the summit: Nepal, India, Tibet, U.S.A. and the United Nations. 'My parents are from Tibet, but lived for long periods in Nepal and India, where I was raised.' "

10. ^ "Leadership"⬈. Thames Sherpa Fund. 1 March 2016. Archived⬈ from the original on 22 September 2022. Retrieved 17 May 2014.

11. ^ "Tenzing Norgay". *Oxford Dictionary of National Biography* (online ed.). Oxford University Press. doi:10.1093/ref:odnb/50064⬈. (Subscription, Wikipedia Library⬈ access or UK public library membership⬈ required.)

12. ^ Webster, Ed (2000). *Snow in the Kingdom : my storm years on Everest*. Eldorado Springs, Colorado: Mountain Imagery. ISBN 9780965319911.

13. ^ Rai, Hemlata (30 May 2003). "The Fortunate Son"📄 (PDF). *Nepali Times*. Archived📄 (PDF) from the original on 26 August 2014. Retrieved 22 August 2014.

14. ^ Das, Sujoy (6 April 2014). "Sixty years of the dream conquest"⬈. *The Telegraph, Calcutta*. Archived⬈ from the original on 31 October 2020. Retrieved 3 October 2020.

15. ^ "Honours: Honours for Tenzing"⬈. 7 October 2014. Archived⬈ from the original on 10 March 2016. Retrieved 4 March 2016.

16. ^ Norgay's son (1998). Everest⬈ (IMAX ed.).[*permanent dead link*]

17. ^ Hunt 1953, pp. 60, 61.

18. ^ *a b c d* Hansen, Peter H. (2004). "Tenzing Norgay [Sherpa Tenzing] (1914–1986)"⬈. *Oxford Dictionary of National Biography*. Oxford University Press. doi:10.1093/ref:odnb/50064⬈. Archived⬈ from the original on 4 January 2012. Retrieved 18 January 2008.

19. ^ "Tenzing gets a new name"⬈. *The Times of India*. 28 March 2009. Archived⬈ from the original on 17 August 2023. Retrieved 17 August 2023.

what cost?"

42. ^ Mcfadden, Robert D. (1 January 2008). "Sir Edmund Hillary, 88, a conqueror of Everest"⬈. *The New York Times*. ISSN 0362-4331⬈. Archived⬈ from the original on 19 January 2017. Retrieved 18 January 2017.

43. ^ Gill 2017, pp. 214, 215.

44. ^ Tenzing & Ullman p. 268

45. ^ Giles, Kea (4 April 2010). "Dragonfly Wars: 'Branding Bhutan' — or the story of a 'Trek through Time' "⬈. Keagiles.blogspot.com. Archived⬈ from the original on 8 March 2014. Retrieved 21 February 2014.

46. ^ *a b* "Trek through Time". *Daily Camera*. Boulder, CO. 28 June 1982. pp. 1C, 3C.

47. ^ "Welcome to the site of Tenzing Norgay Adventures"⬈. Tenzing-norgay.com. Archived from the original⬈ on 11 September 2005. Retrieved 21 February 2014.

48. ^ Norgay, Jamling Tenzing. "Introduction by Tenzing Norgay Adventures – Jamling"⬈. *Tenzing Norgay Adventures*. Archived from the original⬈ on 5 August 2021. Retrieved 5 August 2021.

49. ^ "George Medal for Tensing — Award Approved by the Queen". *The Times*. No. 52663. London. 2 July 1953. p. 6.

50. ^ Hansen (2004): "In Britain the queen gave Tenzing the George Medal, a comparatively obscure but high civilian award for gallantry"

51. ^ "Tenzing 'should have been knighted' "⬈. *3 News NZ*. 30 May 2013.

52. ^ Burke, Jason (29 May 2013). "Everest anniversary: Tenzing Norgay's grandson calls for 'gesture' from Britain"⬈. *The Guardian*. Archived⬈ from the original on 6 April 2017. Retrieved 16 December 2016.

53. ^ "Tenzing Norgay photograph"⬈. Achievement.org. Archived from the original⬈ on 12 December 2013. Retrieved 21 February 2014.

54. ^ "Padma Awards"📄 (PDF). Ministry of Home Affairs, Government of India. 2015. Archived from the original📄 (PDF) on 19 October 2017. Retrieved 21 July 2015.

55. ^ "Legendary Mountaineers of HMI – Himalayan Mountaineering Institute"⬈. Archived⬈ from the original on 28 September 2020. Retrieved 12 October 2022.

56. ^ "Highest Russian Award for Shri Tenzing Norgay: Soviet Union Honours Everest Hero"📄 (PDF). Press Information Bureau, Government of India. 3 March 1963. Archived📄 (PDF) from the original on 20 September 2022. Retrieved 17 September 2022.

57. ^ "Mount Everest: Hillary and Tenzing to have peaks named after them"⬈. *The Guardian*. 6 September 2013. Archived⬈ from the original on 11 September 2013. Retrieved 16 December 2016.

58. ^ "International Astronomical Union – IAU"⬈. *www.iau.org*. Archived⬈ from the original on 7 September 2017. Retrieved 27 March 2018.

59. ^ *a b c* Tenzing and Barnes

60. ^ https://www.telegraphindia.com/india/tenzing-ii-everest-rescuer/cid/1708681⬈

61. ^ Krakauer, Jon (2002). Introduction. *Touching My Father's Soul: a Sherpa's Journey to the Top of Everest*. By Norgay, Jamling Tenzing; Coburn, Broughton. San Francisco, California: HarperSanFrancisco. p. XVI. ISBN 0062516876. OCLC 943113647⬈. "On May 9, 1986, while Jamling was still enrolled at Northland, he received word that his father had abruptly collapsed and died."

62. ^ "Tenzing Norgay: Interesting facts about the Mountaineer's Life"⬈. *India Today*. Archived⬈ from the original on 27 April 2017. Retrieved 27 March 2018.

Captured by FireShot Pro: 15 May 2026, 01:44:20 PM
https://getfireshot.com

https://en.wikipedia.org/wiki/Tenzing_Norgay

20. ^ Ortner, Sherry B. (2001). *Life and Death on Mt. Everest: Sherpas and Himalayan Mountaineering*⧉. Princeton University Press. p. 112. ISBN 0-691-07448-8. Archived⧉ from the original on 28 August 2023. Retrieved 4 December 2020.

21. ^ Shipton, Eric (24 February 2015). *That Untravelled World: An Autobiography*⧉. Mountaineers Books. ISBN 978-1-59485-898-7. Archived⧉ from the original on 28 August 2023. Retrieved 11 July 2023.

22. ^ Isserman, Maurice; Weaver, Stewart (2008). *Fallen Giants : A History of Himalayan Mountaineering from the Age of Empire to the Age of Extremes*⧉ (1 ed.). New Haven: Yale University Press. p. 236⧉. ISBN 9780300115017.

23. ^ Shipton, Eric (1969). *That Untravelled World*⧉. Hodder and Staunton. pp. 190–199, 97. ISBN 9780340216095.

24. ^ "Tenzing Norgay GM"⧉. *Imaging Everest*. The Royal Geographical Society. Archived from the original⧉ on 14 April 2007. Retrieved 21 June 2007.

25. ^ *The Himalayan Database*⧉. n.d. p. ???. Archived⧉ from the original on 17 September 2015. Retrieved 18 September 2015.

26. ^ Hunt 1953, pp. 29, 60.

27. ^ "Sir Edmund Hillary" 🔒. *The Daily Telegraph*. Archived⧉ from the original on 12 January 2022. Retrieved 21 February 2014.

28. ^ Everest 1953, Mick Conefrey, Mountaineers Books, 2014

29. ^ "Hillary of New Zealand and Tenzing reach the top | World news"⧉. *theguardian.com*. Archived⧉ from the original on 28 October 2019. Retrieved 21 February 2014.

30. ^ Gill 2017, p. 188.

31. ^ "*Reaching The Top*"📄 (PDF). Royal Geographical Society. Archived from the original📄 (PDF) on 16 February 2008. Retrieved 13 January 2008.

32. ^ Hillary, Edmund (2013). *High Adventure: The True Story of the First Ascent of Everest*⧉. ISBN 9788174369390.

33. ^ Hillary, Edmund & Peter (1986). *Ascent: Two Lives Explored – The Autobiographies of Sir Edmund and Peter Hillary*. New York: Doubleday. ISBN 978-0-385-19831-8.

34. ^ "Environment & Nature News — Everest not as tall as thought – 10/10/2005"⧉. Abc.net.au. 10 October 2005. Archived⧉ from the original on 11 May 2011. Retrieved 21 February 2014.

35. ^ "NOVA Online | Everest | First to Summit (2)"⧉. Pbs.org. Archived⧉ from the original on 25 February 2017. Retrieved 21 February 2014.

36. ^ "Asia-Pacific | Obituary: Sir Edmund Hillary"⧉. *BBC News*. 11 January 2008. Archived⧉ from the original on 27 February 2014. Retrieved 21 February 2014.

37. ^ Norgay left chocolates in the snow as an offering, and Hillary left a cross that he had been given.

38. ^ "The Photographs"⧉. Imagingeverest.rgs.org. 29 May 1953. Archived from the original⧉ on 5 September 2015. Retrieved 21 February 2014.

39. ^ "No. 39886"⧉. *The London Gazette*. 12 June 1953. p. 3273.

40. ^ Vallely, Paul (10 May 1986). "Man of the mountains Tenzing dies". *The Times*.

63. ^ "TENZING NORKAY, 72, IS DEAD: CLIMBED EVEREST WITH HILLARY"⧉. *The New York Times*. 10 May 1986. Archived⧉ from the original on 16 October 2018. Retrieved 16 October 2018.

64. ^ "Daku Norgay"⧉. *orlandosentinel.com*. 23 September 1992. Archived⧉ from the original on 19 May 2017. Retrieved 27 March 2018.

65. ^ "Prime Minister Inaugurates Golden Jubilee Celebrations of the first assent of Mount Everest"⧉ (Press release). Press Information Bureau, India. 20 May 2003. Archived from the original⧉ on 6 January 2005. Retrieved 1 February 2021.

   • "Vajpayee to inaugurate celebrations marking Everest conquest"⧉. *Zee News*. 20 May 2003. Archived⧉ from the original on 28 November 2020. Retrieved 1 February 2021.

66. ^ "Tenzing Norgay — Amar Chitra Katha"⧉. Archived from the original⧉ on 5 January 2015. Retrieved 4 January 2015.

67. ^ Richard Young (2015). "Find Your Tenzing Norgay"⧉. *The Big Book of Glamour: 200 Secrets for Easier, Quicker and More Dynamic Photography*. Amherst Media. p. 94. ISBN 978-1-60895-839-9. Archived⧉ from the original on 28 August 2023. Retrieved 13 April 2021.

68. ^ Brian Eggert (2020). "Intolerable Cruelty (2003) – Deep Focus Review – Movie Reviews, Critical Essays, and Film Analysis"⧉. *Deep Focus Review*. Archived⧉ from the original on 12 April 2021. Retrieved 13 April 2021.

69. ^ Rose, Tom (7 May 2025). "Apple's new Everest film Tenzing starts shooting in Nepal with Tom Hiddleston as Sir Edmund Hillary"⧉. *NZ Herald*. Retrieved 7 May 2025.

70. ^ "Introducing Tenzing Hillary Airport — Travel Blog"⧉. World Hum. Archived⧉ from the original on 10 December 2008. Retrieved 21 February 2014.

71. ^ "Pluto Features Given First Official Names"⧉. NASA. 7 September 2017. Archived⧉ from the original on 25 September 2017. Retrieved 25 September 2017.

72. ^ "(6481) Tenzing = 1950 QK = 1978 UC3 = 1981 SV5 = 1987 DA = 1988 RH2 = 1994 EP2"⧉. Minor planet center. Archived⧉ from the original on 4 March 2016. Retrieved 20 March 2020.

73. ^ "Knoxville Zoo's Red Panda Cubs Officially Named – City of K..."⧉ *www.knoxvilletn.gov*. Archived from the original⧉ on 31 August 2017. Retrieved 27 March 2018.

74. ^ "San Francisco Zoo's Adorable New Red Panda Named 'Tenzing' "⧉. *nbcbayarea.com*. 7 May 2014. Archived⧉ from the original on 31 August 2017. Retrieved 27 March 2018.

75. ^ "Tenzing Norgay's family learns of red panda namesake"⧉. *Hamilton Zoo*. Archived from the original⧉ on 8 February 2019. Retrieved 27 March 2018.

76. ^ "Red pandas now classified as endangered – Hamilton Zoo"⧉. *hamiltonzoo.co.nz*. Archived from the original⧉ on 9 February 2019. Retrieved 31 August 2017.

77. ^ "Out Story - Team TENZING"⧉. Archived⧉ from the original on 28 August 2023. Retrieved 10 October 2022.

## References

• Tony Astill, *Mount Everest The Reconnaissance 1935* (2005)
• George Band, *Everest Exposed* (2005), an account of the 1953 expedition

https://en.wikipedia.org/wiki/Tenzing_Norgay

- Gill, Michael (2017). *Edmund Hillary: A Biography*. Nelson, NZ: Potton & Burton. ISBN 978-0-947503-38-3.
- Hunt, John (1993) [First published 1953]. *The Ascent of Everest*. London: Hodder & Stoughton. ISBN 0-89886-361-9. (*The Conquest of Everest* in America)
- Tashi Tenzing and Judy Tenzing, *Tenzing Norgay and Sherpas of Everest* (2003)
- Ed Webster, *Snow in the Kingdom* (2000)
- Ed Douglas, *Tenzing: Hero of Everest* (2003)
- Jamling Tenzing Norgay, *Touching My Father's Soul* (2002)
- Tenzing Norgay and Malcolm Barnes, *After Everest* (1978)
- Tenzing Norgay and James Ramsey Ullman *Man of Everest* (1955) (also published as *The Tiger of the Snows*)

## External links

- Tenzing Norgay at the Royal Geographical Society. Archived 14 April 2007 at the Wayback Machine.
- Tenzing Norgay Sherpa Foundation
- "OUR SPORTSMEN: Tenzin Norgay". *123india.com*. Archived from the original on 27 September 2007. Retrieved 27 September 2007.
- Works by or about Tenzing Norgay at the Internet Archive

 Wikimedia Commons has media related to *Tenzing Norgay*.

| V · T · E | Padma Bhushan award recipients (1954–1959) | [show] |
|---|---|---|
| | Authority control databases ✎ | [show] |

Categories: 1914 births | 1986 deaths | People from Solukhumbu District | Recipients of the George Medal | Tibetan Buddhists from India | Tibetan Buddhists from Nepal | Nepalese mountain climbers | Recipients of the Padma Bhushan in sports | Recipients of the Order of the Star of Nepal | Sherpa summiteers of Mount Everest | Nepalese emigrants to India | Naturalised citizens of India | Indian summiteers of Mount Everest | Nepalese summiteers of Mount Everest | Tenzing Norgay | Edmund Hillary | Recipients of Indian Mountaineering Foundation's Gold Medal | Nepalese recipients of the George Medal | 20th-century Indian Buddhists | 20th-century Nepalese Buddhists | 20th-century Nepalese people | Recipients of Himalayan Club Tiger Badge

This page was last edited on 8 May 2026, at 09:57 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy     About Wikipedia     Disclaimers     Contact Wikipedia     Legal & safety contacts     Code of Conduct     Developers     Statistics     Cookie statement     Mobile view

 

Captured by FireShot Pro: 15 May 2026, 01:44:20 PM
https://getfireshot.com

# EXHIBIT A3

# Copyright

---

**Registration Number / Date:**
TX0009553940 / 2025-10-13

**Type of Work:**
Text

**Title:**
Tenzing Branding Guide.

**Application Title:**
Tenzing Branding Guide.

**Date of Creation:**
2023

**Date of Publication:**
2023-04-20

**Copyright Claimant:**
Tenzing Financial Advisors, LLC, Transfer: by written agreement. Address: 110 NE 11th Ave, Ocala, FL, 34470, United States.

**Authorship on Application:**
Phos Creative, employer for hire; Citizenship: United States. Authorship: text, artwork.

**Rights and Permissions:**
Jessie L. Pellant, StudioIP Law, LLC, 3000 Lawrence St, Denver, CO, 80205, United States, (303) 563-5360, copyrightteam@studioiplaw.com

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.
Regarding authorship information: Standard shapes, formatting, and layout not copyrightable. Registration is made for the literary work as a whole. 17 USC 102(a); Compendium 313.3(E), 906.1; 37 CFR 202.1(a).

**Nation of First Publication:**
United States

**Names:**
Phos Creative
Tenzing Financial Advisors, LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/siebel_TX009553940

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).