# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| TENZING FINANCIAL ADVISORS, PLLC and JERRY L. FURLONG, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>PHOS CREATIVE, LLC and DUNCAN WAY,<br><br>Defendants. | Case No. 1:26-cv-00006-MW-MJF |

**DECLARATION OF BRANDON WEST IN SUPPORT OF DEFENDANT PHOS CREATIVE, LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

1.     I, Brandon West of Gainesville, Florida, am the Chief Purpose Officer (otherwise the "CEO") and founder of Defendant, PHOS Creative, LLC ("PHOS").

2.     I have been asked to prepare this declaration for submission in support of PHOS's Motion to dismiss the First Amended Complaint ("FAC") in the above-captioned case in the United States District Court for the Northern District of Florida. The statements in my declaration are based on my personal knowledge and experience as the CEO and founder of PHOS and from my work in the industry.

3.     My compensation is not dependent on the outcome of these proceedings, and I am not receiving any compensation for submitting this declaration beyond the normal compensation for my job.

4.     I founded PHOS in June 2013 and have served as its CEO since then.

5.     At PHOS alone, I have over 12 years of experience in the sales and marketing industry.

6.     As CEO of PHOS, I have been personally involved in the development of company policies outlined in the Employee Handbook and employment agreement, as well as the documents themselves.

7.     As CEO of PHOS, I met and had regular personal interactions with co-Defendant Duncan Way.

2

8.      Attached as Exhibit B1 is a true and correct copy of the PHOS Employee Handbook that was in place in 2021when Mr. Way began his employment at PHOS.

9.      Exhibit B1 is the document signed by Mr. Way, acknowledging that he reviewed and understood the then-current version of the PHOS Employee Handbook.

10.     I have no record, recollection, or knowledge that (1) Mr. Way had posted any portion of the Tenzing branding guide on his personal website, and (2) anyone at Phos provided Mr. Way consent or permission to do so.

11.     The first time I became aware of Mr. Way's posting of the Tenzing materials was when I received a cease and desist letter from Tenzing Financial Advisors, PLLC, and Jerry L. Furlong Jr.

12.     Mr. Way's last day of employment at Phos was March 28, 2025.

I, Brandon West declare that under penalty of perjury that the foregoing is true and correct, all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that those statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Executed on:
5/15/2026

Brandon West

4

# EXHIBIT B1

# PHŌS

## Employee Handbook

Inside this Handbook you'll find the policies and procedures of PHOS and our employment expectations to help you survive and thrive here, whether on day one or day one thousand.

Welcome to PHOS.

Updated November 2019

# Table of Contents

INTRODUCTION & DESCRIPTION OF COMPANY .........................8
PHOS' History.................................................................8
PHOS' Vision.................................................................8
PHOS' Mission...............................................................8
PHOS' Core Values.........................................................9
GENERAL EMPLOYMENT ..........................................................10
Employment at Will.......................................................10
Workplace Solicitation...................................................10
Immigration Law Compliance.......................................11
Employee Classifications...............................................11
Employee Records .........................................................11
Introductory Period.......................................................12
Ownership Rights..........................................................12
COMPENSATION & WORK SCHEDULE ...................................14
Attendance & Punctuality .............................................14
Unplanned Absence Notification Procedure .................14
Un-excused Absence .....................................................15
Job Abandonment.........................................................15
General Pay Information.................................................15
Employment Classification and Overtime.....................15
Exempt/Nonexempt.......................................................15
Overtime.......................................................................16
Pay Schedule.................................................................16
Pay Stubs......................................................................17
Time Records................................................................17
Work Hours ..................................................................17
Breaks...........................................................................17
Lunch............................................................................17
Client and Team Member Referral Policy ......................18
Reviews.........................................................................18
Check-in and Review Schedule .....................................18
BENEFITS .................................................................................19
Retirement Savings Plan................................................19
Healthcare....................................................................20
Celebrate Primary Care.................................................20
Sedera Medical Cost Sharing.........................................21
Dental & Vision Insurance ............................................22
Gym Membership .........................................................22

Paid Time Off (PTO).....................................................23
Eligibility .....................................................................23
Flex Policy.....................................................................26
Remote Work Policy......................................................27
Full-Time Remote Work Plan ........................................28
Volunteer Time Off Policy.............................................28
Approval Process...........................................................30
Unlimited Book Budget ................................................32
ANTI-DISCRIMINATION & ANTI-HARASSMENT POLICIES .........33
Equal Opportunity Policy..............................................33
Policy Prohibiting Harassment and Discrimination.......33
Prohibited Behavior .....................................................34
Harassment by Non-employees .....................................35
Complaint Procedure and Investigation........................35
Retaliation ...................................................................35
Training........................................................................36
Americans with Disabilities Act.....................................36
Uniformed Services Employment and Reemployment.....36
CONDUCT STANDARDS..........................................................37
Sick Policy....................................................................37
Dating in the Work Place..............................................37
Company Property ........................................................38
Confidentiality Agreement.............................................38
Conflict of Interest........................................................39
Outside Employment.....................................................39
Parking .........................................................................40
Dress Code....................................................................40
Personal Communication...............................................42
Prayer ...........................................................................42
Clapping........................................................................42
Weekends......................................................................42
CONDUCT STANDARDS & DISCIPLINE ....................................43
Progressive Discipline....................................................43
Drug and Alcohol Policy ...............................................44
Ethical and Legal Business Practices.............................45
Complying with Laws and Regulations..........................45
Giving and Receiving Gifts............................................45
Employee Privacy and Other Confidential Information ........46
Accounting and Financial Reports .................................46
Account and Customer Information ...............................46

Compliance........................................................................46
Internal Investigations and Searches ...............................47
Zero Tolerance for Workplace Violence............................47
Interns..............................................................................48
LEAVE.................................................................................49
Military Leave ..................................................................49
Jury Duty..........................................................................49
Parental Leave..................................................................49
Leave of Absence .............................................................51
    *Reinstatement*..............................................................51
SAFETY & EMERGENCY .....................................................52
Safety................................................................................52
Smoking Policy.................................................................52
Use of Personal Vehicle for Company Business...............52
Vehicle Safety Guidelines ................................................54
Using Cell Phone While Driving ......................................54
Fire Safety........................................................................55
Workers' Compensation....................................................55
Emergency Measures (Inclement Weather).......................56
USE OF COMPANY COMMUNICATION & INFORMATION
TECHNOLOGY SYSTEMS .....................................................57
E-Mail, Internet, Software and Telephone Policy.....................57
    *Electronic Company Property* ......................................57
    *Privacy*...........................................................................57
    *Internet Use*...................................................................57
    *Monitoring*.....................................................................58
    *Solicitation*.....................................................................58
    *Prohibited Use* ..............................................................59
LEAVING PHOS.....................................................................60
Resignation ......................................................................60
Returning Company Property ..........................................60
Exit Interview...................................................................60
ACKNOWLEDGMENT OF RECEIPT AND UNDERSTANDING .......62





Dear Newbie or Seasoned Team Member,

This handbook has been prepared to give employees the lowdown on the policies and procedures of PHOS and to establish our employment expectations. We want to be super clear, but we can't say everything about everything in every situation in this handbook; instead, we are trying to give you an overview of the work environment here at PHOS, and we hope you understand that changes can be made and things can evolve over time. This book is not all-inclusive, it is not a strict interpretation, nor is it a contract guaranteeing employment for any length of time or a means by which we are trying to persuade you to work with us. You don't have to work with us, but of course, you would be missing out if you didn't.

We are holding on very dearly to our right to make changes to, stop using, take back, throw away, set on fire, or just rework the policies of this book, in whole or in part, whenever we feel they need to be, according to our best discretion. If any discrepancy between this handbook and current company policy comes up, go with the current company policy. We will make every effort to keep you informed of PHOS' policies; however, we cannot guarantee we will always be able to tell you when something changes. Feel free to discuss any of the information in this handbook with your supervisor or manager.

This handbook supersedes and replaces any and all personnel policies and manuals that we previously gave away, made available, stuck to the refrigerator, or applied to employees.

Again, we're super excited you're here!

Brandon West

*CEO and Founder of PHOS*

7

# Introduction & Description of Company

## PHOS' HISTORY

In June of 2013, Brandon West, current CEO of PHOS, founded our company in order to fuel his passion for helping people and businesses grow. With a background in computer support, IT, graphic design, and web development, Brandon has always been passionate about technology and growth. After several years in a teaching career and unanimous counsel about starting PHOS, the choice was clear.

For Brandon, PHOS, was the creation of a platform that enabled him to use his creativity and to start something extraordinary. As Brandon shared at our official ribbon cutting in December 2014, PHOS was started to be an anomaly in the industry. Observing poor deliverables, weak communication, and template-based designs coming from local web and marketing agencies, Brandon wanted to bring something new, big, and exciting to Gainesville and to the industry.

## PHOS' VISION



20 team members supporting 20 children by the end of the year 2020.

To be a company that team members never want to leave, clients can't do without, and the world is better for.

## PHOS' MISSION

To empower our clients to market through their mission to reach their vision.

## PHOS' CORE VALUES

At PHOS, we have five principles that we hold at the core of what we do and who we are. These are our Core Values, and we want each member of our team to uphold these in everything that they do.



### Leadership

Our passion for education and empowerment.



### Creativity

Our passion for inspiration and innovation.



### Love

Our passion for selflessness and servanthood.



### Integrity

Our passion for results and accountability.



### Community

Our passion for culture and collaboration.

9

# General Employment

## EMPLOYMENT AT WILL

Employment with PHOS is "at-will", which means that employees are free to resign "at will" at any time, with or without cause or reason. Similarly, PHOS may terminate the employment relationship "at will" at any time, with or without notice, cause or reason.

None of the policies or guidelines contained in this Handbook creates either an express or implied contract of employment beyond the "at will" arrangement described above.

No representative of PHOS, other than the CEO, has authority to enter into any employment agreement with an employee for any specified period of time.

## WORKPLACE SOLICITATION

To promote a professional and collegial workplace, prevent disruptions in business or interference with work, and avoid personal inconvenience, PHOS has adopted rules about soliciting for any cause and distributing literature of any kind in the workplace.

Employees may not solicit on PHOS property or use company facilities, such as email, voicemail or bulletin boards for solicitation. This policy applies to distributing literature, collecting funds, requesting contributions, selling merchandise, gathering employee signatures and promoting membership in clubs or organizations.

Non-employees may not make solicitations or distribute literature at any time. PHOS may grant limited exemptions from these rules for charitable purposes at its discretion.

## IMMIGRATION LAW COMPLIANCE

All offers of employment are contingent on verification of the candidate's right to work in the United States. On the first day of work, every new employee will be asked to provide original documents verifying his or her right to work and, as required by federal law, to sign Federal Form I-9, Employment Eligibility Verification Form.

## EMPLOYEE CLASSIFICATIONS

Employees at PHOS are either full-time or part-time. PHOS may on occasion hire temporary or seasonal employees. Full time employees work 40 hours per week and part-time employees work fewer than 32 hours per week.

Your supervisor will verify whether you are a full-time or part-time employee, and also whether you are exempt or non-exempt. Exempt employees are not entitled to overtime under the Fair Labor Standards Act, while non-exempt employees are entitled to overtime pay.

## EMPLOYEE RECORDS

An employee's personnel file generally consists of the employee's employment application, withholding forms, emergency information, performance reviews, and other appropriate employment-related documents.

It is the employee's responsibility to notify the appropriate department of any changes in name, address, telephone number, marital status, number of dependents, military service status, beneficiaries, or person to notify in case of an accident.

Misrepresentation of any fact or information provided on the application, in the personnel file, or any other document may result in dismissal. Personnel records are considered company property. Requests to review records by employees must be received 48 hours prior to the review. Records may not be removed from the area and must be reviewed under supervision at all times.

## INTRODUCTORY PERIOD

The first 90 days of employment are an Introductory Period for both the employee and PHOS.

This time period allows the employee to determine if they have made the right career decision and for PHOS to determine whether the employee's initial work performance meets our needs. Your manager will monitor your work performance, attitude and attendance during this time, and be available to answer any questions or concerns you may have about your new job. Throughout this period and after, the work relationship will remain at will.

## OWNERSHIP RIGHTS

Anything you create while you're employed at PHOS during work hours is property of PHOS. So we can use, promote, distribute, or sell these items without any prior notice. Our goal, however, is to always create awesomeness and we want you to benefit from it. If you create something that helps PHOS grow significantly, we'll make sure you are a part of that growth. Got an awesome idea? Let's come up with a plan and make it happen.

---

"**Trust**. Trust to be on time, trust to represent your brand, trust they will communicate along the way, trust they equally have your business success in mind, and trust they can deliver. The PHOS team hit all the marks developing our new website - but don't take our word for it. Visit our Play Hard Florida website and see for yourself. Our complex project took a village to complete and thanks to the entire PHOS team - they nailed it! I recommend them based on their **expertise, commitment, professionalism, friendly atmosphere, and the goodwill they provide to the local community...**"

*- Carmine Oliverio, Play Hard Florida*

---



# Compensation & Work Schedule

## ATTENDANCE & PUNCTUALITY

*Unplanned Absence Notification Procedure*

PHOS expects employees to be reliable and punctual in reporting for scheduled work. Absenteeism and tardiness places a burden on other employees and PHOS. In the rare instances an employee cannot avoid being late to work or is unable to work as scheduled, they should notify the supervisor as soon as possible in advance of the anticipated tardiness or absence using this procedure:

- » Employees should telephone and/or email their supervisor before starting time, if possible. If unable to reach the supervisor, leave a message.

- » Employees who are unable to make the call or send email because of a medical condition should have another person do that on their behalf, and should personally contact their supervisor at their earliest opportunity.

- » Employees should provide an explanation for being late or absent and when they expect to return to work, along with a phone number where they can be reached.

- » If appropriate, employees should provide an update on any pending work assignments that may need to be handled in their absence. The supervisor may need to reschedule or redistribute work activities during the absence.

- » If the absence is due to illness and longer than 2 days, a statement from your doctor will be required upon your return to work.

If during their morning commute, an employee is made late to work due to an unusual, unforeseen, or uncontrollable circumstance, such as a car accident, a loose animal, a fire, a road block, a parade, a stampede, a flash mob, etc., things will go much better for the employee upon their arrival to work if they take a selfie that verifies the existence of whatever random occurrence consequentially positioned them to be late to work.

Employees are responsible for ensuring that proper notification is given to their supervisor.

*Un-excused Absence*

An absence where proper notification is not given, or no doctor's note is provided when requested, or any other insufficient reason to be absent, is considered an unexcused absence. Unexcused absences, poor attendance, and tardiness (including reporting late to work or quitting early) are disruptive. Any one of these may lead to disciplinary action, up to and including termination.

## JOB ABANDONMENT

Being absent from work for three consecutive days without giving proper notice constitutes job abandonment, and PHOS will consider this a resignation and terminate your employment.

## GENERAL PAY INFORMATION

Certain deductions will be made from employee's paychecks in accordance with federal and state laws. In addition, if PHOS makes available certain benefits programs (such as health insurance) and the employee elects coverage which requires employee contributions, the employee's share of the cost will be deducted from his or her check each pay period. If the employee is not receiving a payroll check due to illness, injury, or leave of absence, he or she will be required to pay the monthly cost directly to PHOS.

## EMPLOYMENT CLASSIFICATION AND OVERTIME

*Exempt/Nonexempt*

Under the Fair Labor Standards Act, there are two categories of employees – exempt and nonexempt.

- » Exempt employees are exempt from the overtime provisions of the Federal and State Wage and Hour Laws and are therefore not eligible for overtime pay. Exempt employees generally include those in executive, managerial, professional,

commissioned sales, and certain administrative positions. If you are an exempt employee, you are normally paid on a salary or commission basis regardless of hours worked.

» Nonexempt employees must keep records of their hours worked and must be paid at one and one-half times their regular rate (overtime) for any hours over 40 hours worked in a week. Their compensation is calculated on an hourly basis.

*Overtime*

Depending on business needs, and hopefully on super rare occasions, employees may be asked to work overtime on weekends or holidays, or additional hours during the regular workday and are expected to make their best effort to comply with such requests. As a company, we work hard to avoid these occurrences, but occasionally request them for urgent matters (compromised website, crisis communication, etc.)

Employees earning an annual salary below $35,568 ($683 per week) are classified as non-exempt for overtime pay when they work over 40 hours per week. If you are classified as non-exempt, you must receive authorization from your manager before working overtime. After you have worked overtime, you must promptly record it on a timesheet by the next day.

Overtime pay is based on actual hours worked. Time taken for lunch or dinner; as well as time off on holidays, sick leave, vacation leave, personal leave, or any leave of absence will not be factored in as hours worked when calculating overtime. Actual hours worked over 40 hours per week by non-exempt employees will be paid at one and a half times their regular hourly rate.

## PAY SCHEDULE

Employees will be paid twice a month on the 15th and the 30th. If the regular payday falls on a holiday, payday will be the last regular workday before the holiday. This covers the pay periods ending on the 14th and 29th of the same month.

## PAY STUBS

You can setup a personal payroll portal for paystub viewing at https://paychecks.intuit.com using your PHOS email address.

## TIME RECORDS

All non-exempt employees must keep accurate time records by utilizing our time tracking software including coming and going during lunch periods. Tampering with, falsifying, or altering any time tracking data will result in disciplinary action, up to and including termination. Failing to record work time may also result in disciplinary action, up to and including termination.

## WORK HOURS

PHOS follows a work schedule of 40 hours per week. The normal workweek is Monday through Friday from 8:30 am to 5:00 pm. Employees should be able to account for 85% or more of their workday through our time tracking software.

## BREAKS

When working conditions permit, employees are encouraged to take two fifteen-minute breaks throughout the day. These breaks are intended for walking, stretching, light exercise, relaxation, and maybe even some non-spiritual yoga. Try to take the breaks mid-morning and mid-afternoon to break up your day and allow you to focus on work. Make sure you are available by phone during the break in case there is an emergency while you're gone. Employees should be willing to surrender these as needed for projects or meetings. These aren't meant to be combined with your lunch and they don't roll over.

Smoking breaks are not allowed. Smoking is super bad, and employees should try to stop for their own good and the good of others. Get the patch or something.

## LUNCH

Our lunch period is thirty minutes and should generally be utilized during the normal lunch hours of 11:00am to 1:00pm.

17

## CLIENT AND TEAM MEMBER REFERRAL POLICY

You're a cool person, so you probably know cool people. If you develop a great relationship with a business or prospective team

member that you bring to PHOS and we sign a contract with them for services or employment, you'll receive the following compensation while you're employed here.

- » $500 for referring a new team member.
- » $500 for referring a new branding/web client.
- » $1000 for referring a new retainer client.

## REVIEWS

PHOS is committed to helping you grow, holding you accountable, and making sure we all are killin' it everyday for our clients. Typically, we check-in and review each team member according to the following schedule with the following foci (cool word):

*Check-in and Review Schedule*

| TWO-WEEK CHECK IN: | How are things going? Has your position met your expectations? |
| --- | --- |
| ELEVEN-WEEK REVIEW: | Initial performance and team integration review |
| SIX-MONTH REVIEW: | Performance review and goal setting |
| TWELVE-MONTH REVIEW: | What contributions have you made to our culture and business? |
| BIANNUAL REVIEW: | Goal setting and reviews |

# Benefits

Employees may be offered other benefits or bonuses based on kickin' awesome performance or being a super cool person to work with. This is completely subjective and not guaranteed.

After 12-weeks of employment, all full-time, salaried team members will be eligible for the following benefits. Full-time hourly team members will be offered partial benefits agreed upon by the Leadership team at the time of hiring.

After 90 days here, you will be asked if you would like to enroll in each benefit and will have two weeks to make your enrollment decision. Enrollments and/or changes to your existing coverage will only be accepted during bi-annual open enrollment periods held in January and July.

## RETIREMENT SAVINGS PLAN

Saving for the future is really, really important. We encourage you to do so, and we want to help.

Our Simple Investment Retirement Account (SIMPLE IRA) plan offers PHOS employees a unique opportunity for savings, financial growth, and favorable tax treatment.

We partner with the following company and associate for our SIMPLE IRA retirement savings plans:

Matthew D. Barker
*AIF® Wealth Advisor*
**Cornerstone Financial Group**
5200 W Newberry Rd. Bldg C
Gainesville, FL 32607
Phone: 352-378-7456
Fax: 352-378-5759
www.cornerstone-fg.com

Upon hiring, all full-time salaried employees are eligible to participate in this plan. We have biannual enrollments for this

19

program (January 1st and July 1st). Therefore, if you elect to participate, you will be enrolled in the program at the next biannual enrollment.

The IRA plan helps contributors save in several ways:

1.  Your gross taxable income is reduced

2.  PHOS provides a matching contribution equal to 100% of your elective deferrals, up to a limit of 3% of your compensation for the calendar year.

3.  We offer the convenience of payroll deduction for your contributions

If you have any questions about this plan, first reference the SIMPLE IRA notification paperwork you received at onboarding, then contact your supervisor, CEO, or the associate at our investment firm (see above).

## HEALTHCARE

We want to provide our team members with health care that is truly valuable and affordable. Our healthcare package covers everything from small primary care needs to serious large cost medical needs.

At your election, you will be enrolled in these programs after three (3) months of employment.

*Celebrate Primary Care*

We offer all our full-time salaried team members a membership with Celebrate Primary Care and pay 100% of the premium.

Celebrate Primary Care is a concierge medical practice, built on a pattern of family health care that is immediate, thorough, comprehensive, easily affordable, and very, very personal. Direct primary care clinics don't accept insurance, rather they choose to work directly with the patient, providing wholesale labs and prescription prices along the way.

We love this quote that they have to say about themselves:

"We have shrugged the bureaucracy. We have shredded the red tape. In refusing to recognize any interference with the sanctity of the patient/provider relationship, we have returned family practice medicine to its root values of clinical excellence for and compassionate knowledge of every patient. In every aspect of family health care and custom health care, we promise accessibility, convenience, and affordability."

Our primary point of contact at Celebrate Primary Care is listed below:

Lisa Magary, DNP, ARNP, CPNP, FNP-BC
Celebrate Primary Care
4400 NW 23rd Ave Suite B
Gainesville, Fl 32606
Office: (352) 474-8686
Cell: (352) 448-3848
www.celebrateprimarycare.com

If you have any questions about this benefit, please consult Celebrate Primary Care's website, our point of contact, your supervisor, or our CEO.

*Sedera Medical Cost Sharing*

In addition to Celebrate Primary Care, PHOS offers full-time salaried team members healthcare packages through Sedera, a medical cost sharing community. This benefit is meant to cover large medical cost needs such as surgery due to an accident, hospitalization related to illness, and/or diagnostic imaging.

PHOS offers employee-only Sedera memberships with a $1,000 Initial Unshareable Amount (IUA) to all full-time team members. Those who would like a lower IUA and/or would like to include their family on their plan may pay the difference in cost via payroll deduction.

21

In addition to sharing medical expenses, Sedera provides access to valuable counseling, medical bill negotiation, telemedicine, expert second opinion, and personal member advisor services to all members.

Our primary point of contact at Sedera enrollments is:

Chris Floyd

(352) 460-1239

chris@insurewithinsight.com

If you have any questions about this benefit, please consult Sedera's website or your supervisor.

*Dental & Vision Insurance*

We offer all eligible team members full dental and vision insurance coverage through Guardian Life Insurance Company of America.

Team members who would like to enroll their spouse or family members in these benefits can do so through payroll deduction.

Our primary point of contact at for Guardian is::

Chris Floyd

(352) 460-1239

chris@insurewithinsight.com

## GYM MEMBERSHIP

We want you to make physical activity a part of your regular schedule (you can also go full beast mode if you'd like). For this reason, we offer gym membership contributions as a benefit here at PHOS.

After three months of employment, full-time salaried team members are eligible to receive up to $10 per month from PHOS as an after-tax benefit to contribute to a gym or fitness center membership of their choice.

In accepting this benefit, you commit to two things:

1. You'll use your gym membership regularly.

2. You will notify your leadership team if you decide to stop attending the gym and are no longer taking advantage of this benefit.

## PAID TIME OFF (PTO)

*Eligibility*

Paid time off is available to eligible employees to provide opportunities for rest, relaxation, and personal pursuits. Full-time employees are eligible to take PTO as described in this policy. Part-time employees that work greater than 32 hours per work are eligible for a part-time equivalent of PTO (proportional to their number of hours worked versus a full-time status). Temporary and seasonal employees are not entitled to PTO.

During the first five years of employment, an employee accrues PTO time at a rate of one day per paid month worked (equivalent to one, eight-hour work day). After the employee's third month, the employee is eligible to schedule and take time off as it accrues (having already accrued 3 eligible PTO days).

*PTO allocation rates are determined by length of service and are allocated as follows:*

| LENGTH OF SERVICE | HOURS OF PTO EARNED MONTHLY | DAYS OF PTO EARNED ANNUALLY |
|---|---|---|
| 1 TO 5 YEARS | 1 day accrued per paid month worked<br><br>*This begins accruing on your first day of work and is available for use after three months of employment.* | 12 days |
| 5+ YEARS | 1 day accrued per paid month worked | 15 days |

23

Other Paid Time Off Considerations

» PTO may be taken at any time during the year, but must be scheduled to avoid conflicts with other employees' time off requests and workload demands of PHOS.

» PTO may be taken in no less than half-day (4 hour) increments (see your manager to request an exception).

» The employee's supervisor must approve specific dates at least two weeks prior to the anticipated time. Use the PHOS Time-Off Request Form to request approval on your scheduled PTO.

» In the case of separation from PHOS after two years of employment, an individual will be paid for unused accrued PTO time.

» Designated PHOS holidays will not be counted as PTO if they should fall within the requested time off.

» PTO that's accrued and not used in a given year will be forfeited after the following year. That is, accrued PTO only rolls over one year.

» Cash payment in lieu of taking PTO is not available.

» Time off will be scheduled in the mutual best interest of PHOS and the employee. We feel that paid time off from work is necessary and should not be forfeited.

» In case of scheduling conflicts, both length of service and business needs will determine priority to approve PTO requests.

» Paid time off is calculated based on your base pay rate at the time leave is taken, and does not include any special forms of compensation, such as incentives, commissions, bonuses.

» When requesting time off, please use our time off request form on the PHOS website: https://phoscreative.com/time-off-request/

24



*Unscheduled Absences*

Obviously, advance notice is usually not possible for illness, injury or personal emergencies, so in the event of an unexpected absence, follow the guidelines listed in the Attendance and Punctuality section of this Handbook. In some cases, a statement from your doctor may be required upon your return to work after an unscheduled absence.

## FLEX POLICY

We want to maintain a culture of understanding and flexibility at PHOS. You need to prioritize your family, systematically visit the doctor, regularly volunteer in the community, and consistently create space for spiritual, physical, emotional, and professional margin.

To support these things, PHOS offers you a few things to irregularly create a flexible work schedule (we call it flextime).

PHOS' standard operating days and hours are Monday through Friday, 8:30 am to 5:00 pm. For the most part, we expect team members to be at work during these hours so we can spend time together and see your beautiful face.

Flextime at PHOS is a work schedule with times of arrival and departure that differs from our standard operating hours. For example, starting work at 10:30 am and leaving work at 7:00 pm (assuming a 30-minute lunch).

Full-time employees who have completed at least three (3) months of employment are eligible for flextime. Flextime that adjusts your schedule by an hour or less does not need approval from your manager beforehand. For example, leaving an hour early, coming in an hour late, etc. Just make sure to update your calendar so that the team knows you'll be out. For flextime longer than an hour (flexing half a day of work), talk with your supervisor about your flextime options. Your supervisor will approve or deny your flextime request based on our staffing needs, your job duties, your work record, and your proven self-leadership abilities.

Whether you are working our standard operating days and hours or working a flextime work schedule, we still expect you to work forty (40) hours per week.

## REMOTE WORK POLICY

Maybe you're not feeling well and you don't want to share your germs, but you can still kill it with your work.

Maybe you need to finish a super challenging project you've been working on and working off-site could give you some extra headspace.

There are a variety of reasons you may want/need to work outside our amazing studio at PHOS. For those reasons, PHOS offers remote work options.

If you've been at PHOS for at least three (3) months and have a proven, high-capacity for self-leadership, you can work remotely a maximum of once per month (just let your supervisor know and notate your remote work on our shared calendar). If you'd like to work remotely for two or more consecutive days, you should complete our Remote Work Request Form at least two weeks prior to your first day working remotely.

Employees who are new parents or suffer from short-term/long-term disability may be eligible for longer periods of remote work. If you'd like to discuss these options, schedule a time to chat with your supervisor.

When working off-site, we expect remote workers to be available from 8:30 am to 5:00 pm ET unless otherwise discussed with your supervisor.

Make sure you review the PHOS Employee Remote Work Guide regularly to successfully operate as a remote worker. Team members who do not operate within the expectations outlined in the PHOS Employee Remote Work Guide will have their remote work benefits revoked.

*Full-Time Remote Work Plan*

At times, PHOS offers full-time remote work to eligible employees and managers. These team members are non-local (ie. they live more than 50 miles away from Gainesville). The leadership team will assess the eligibility of interested employees on a case-by-case basis. Full-time remote team members may or may not be required to come into the studio on a regular schedule (this shall be determined by the team member's supervisor).

## HOLIDAY STUDIO CLOSING

PHOS observes the following ten holidays, on which the studio will be closed:

1. Good Friday (Friday before Easter)
2. Memorial Day (Last Monday in May)
3. Independence Day (July 4)
4. Labor Day (First Monday in September)
5. Thanksgiving (Fourth Thursday in November; 2 Days Off)
6. 1 week off between Christmas and New Years (4 of these days shall be considered holidays)

*This is only available to full-time employees who have been full-time at PHOS for a minimum of three months.*

Part-time, temporary, and seasonal employees should not report to PHOS on holidays unless otherwise scheduled with management. Part-time employees that work greater than 32 hours per work are eligible for a part-time equivalent of holiday pay (proportional to their number of hours worked versus a full-time status). Any other holiday(s) may be observed at the employee's discretion using his/her PTO.

## VOLUNTEER TIME OFF POLICY

At PHOS, we care about the community and giving back to those in need. Because of our passion for the community, all full-time employees are eligible to receive volunteer paid time off. The purpose of this policy is to give back to our community as well as enrich and inspire the lives of our employees.

All regular full-time team members can volunteer up to 8 hours (1 day) paid time off per calendar year with a 501(c)(3) nonprofit or its equivalent in accordance with PHOS' approval. All volunteer time must be approved by his/her manager through the Volunteer Time Application.

*Approval Process*

Employees must fill out the Volunteer Time Application at least two weeks before his/her volunteer date. Approval is to the discretion of your supervisor. If approved, you will be asked to submit proof of the volunteer activity.

Examples of inappropriate uses for Volunteer Time Off:

» Building a house for Habitat for Humanity
» Volunteering at a food bank
» Mission trip with a local church group
» Cleaning up a beach, park, or trail
» Coaching a basketball team of inner city disadvantaged youth
» Becoming a Big Brother/Big Sister
» Volunteering at a local hospital
» Volunteering at an inner-city school

Examples of inappropriate uses for Volunteer Time Off:

» Taking a ski vacation and charitably giving ski lessons
» Coaching your child's basketball team
» Attending your child's PTA conference
» Judging a beauty pageant
» Serving as your child's scout leader
» Sitting at home watching Netflix with a homeless person



## UNLIMITED BOOK BUDGET

At PHOS, we believe that "leaders are readers." Hence our awesome collection of leadership, marketing, and design books in the studio. We encourage every team member to invest in developing skills and breadth of knowledge through reading.

Every team member has an *unlimited budget* for books to add to the PHOS library. No questions asked. In return, we only expect two things:

1.  That you'll read the book requested.
2.  That you'll share something you learned with the team or implement ideas from it for PHOS or your client(s) (assuming it was a good read).

If you have a book you think will serve you, our team, or our clients, simply make the request through your supervisor.

---

"PHOS Creative created the exact branding we desired! They listened, tweaked, and revised as often as we needed...to make certain we were 100% HAPPY! If we weren't happy, they weren't happy! The entire team is just that, a team. They **listen and support each other** and all team members have **integrity and are genuine**; the office atmosphere at PHOS Creative is one of **love, support, fun, and most certainly professional!** It was great to have meetings there and just by walking in we couldn't help but feel happy."
*- Jennifer Cotton, Boycott Realty*

---

# Anti-Discrimination & Anti-Harassment Policies

## EQUAL OPPORTUNITY POLICY

PHOS complies with applicable federal and state laws, and regulations.

It is our policy that all employees and applicants shall be treated fairly, without regard to race, color, religion, gender, national origin, age, disability, marital status, military status or any other category protected by federal, state and local laws. This policy applies to all aspects of the employment relationship, including recruitment, hiring, compensation, promotion, transfer, disciplinary action, layoff, return from layoff, training and social, and recreational programs.

Any person who believes that this policy is being violated should promptly notify a member of senior management in PHOS. All cases will be investigated.

## POLICY PROHIBITING HARASSMENT AND DISCRIMINATION

PHOS strives to maintain an environment free from discrimination and harassment, where employees treat each other with respect, dignity and courtesy.

This policy applies to harassment related to a person's race, color, religion, gender, national origin, age, disability, marital status, military status or any other category protected by federal, state and local laws. This policy explicitly prohibits sexual harassment and discrimination, which is a violation of Title VII of the 1964 Civil Rights Act.

Any person who believes that this policy is being violated should notify a member of senior management in PHOS, (see Complaint Procedure below). All cases will be discreetly investigated, and PHOS will not tolerate any retaliation directed at an individual as a result of bringing forward a complaint.

33

*Prohibited Behavior*

Conduct toward our employees, applicants for employment, or our customers that could be characterized as harassment is prohibited.

Definition: The term harassment includes, but is not limited to slurs, jokes, and other verbal or physical conduct relating to a person's gender, ethnicity, race, color, creed, religion, sexual orientation, national origin, age, disability, marital status, military status or any other protected classification that interferes with a person's work performance or creates an intimidating, hostile work environment.

Sexually harassing behavior in particular includes unwelcome conduct such as: sexual advances, requests for sexual favors, offensive touching, or other verbal or physical conduct of a sexual nature. Such conduct may constitute sexual harassment when it:

» Is made an explicit or implicit condition of employment

» Is used as the basis for employment decisions.

» Unreasonably interferes with an individual's work performance.

» Creates an intimidating, hostile or offensive working environment.

The types of conduct covered by this policy include: demands or subtle pressure for sexual favors accompanied by a promise of favorable job treatment or a threat concerning employment. Specifically, it includes sexual behavior such as:

» Repeated sexual flirtations, advances or propositions.

» Continued and repeated talk of a sexual nature.

» Sexually related comments and joking, graphic or degrading comments about an employee's appearance.

» Displaying sexually suggestive objects or pictures, including cartoons and vulgar email messages.

» Uninvited physical contact or touching, such as patting, pinching, or repeated brushing against another's body.

Such conduct may constitute sexual harassment regardless of whether the conduct is between members of management, between management and staff employees, between staff employees, or directed at employees by nonemployees conducting business with PHOS, regardless of gender or sexual orientation.

*Harassment by Non-employees*

PHOS will also endeavor to protect employees, to the extent possible, from reported harassment by nonemployees in the workplace, including customers, clients and suppliers.

## COMPLAINT PROCEDURE AND INVESTIGATION

Any person who believes that this policy is being violated should notify a member of senior management in PHOS. All cases will be promptly and discreetly investigated, and PHOS will not tolerate any retaliation directed at an individual as a result of bringing forward a complaint.

Any employee who wishes to report a possible incident of sexual harassment or other unlawful harassment or discrimination, or any employee who becomes aware of possible sexual harassment or other illegal discrimination against others, should promptly report the matter to a member of senior management which the employee deems most appropriate.

Employees are expected to cooperate with any investigation.

If you are unsure of the appropriateness of an interaction with another employee, or if you are encouraged or pressured to become involved with a customer ~~or employee in a way that makes you feel~~ uncomfortable and is unwelcome, you should contact a member of senior management for guidance. Anyone found to have violated this policy will be subject to appropriate discipline, which will likely include termination.

*Retaliation*

PHOS will not tolerate retaliation against any employee who (in good faith) files a complaint of sexual harassment or other discrimination,

and/or cooperates, or takes part in an investigation of any kind.

Anyone who engages in retaliation will be subject to appropriate discipline, up to and including termination.

*Training*

PHOS will strive to provide employees with training about discrimination and sexual harassment; and how to use the complaint procedure.

## AMERICANS WITH DISABILITIES ACT

The Americans with Disabilities Act (ADA) requires employers with fifteen (15) or more employees to reasonably accommodate qualified individuals with disabilities. It is the policy of PHOS to comply with all federal and state laws concerning the employment of persons with disabilities.

It is Company policy not to discriminate against qualified individuals with disabilities in regard to application procedures, hiring, advancement, termination, compensation, training, or other terms, conditions, and privileges of employment.

A qualified individual who can be reasonably accommodated for a job, without undue hardship to PHOS, will be given the same consideration for that position as any other applicant, and would be reasonably accommodated so that they can perform the essential functions of a job.

## UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT

Pursuant to the Uniformed Services Employment and Reemployment Rights Act (USERRA), PHOS is committed to providing the basic employment and reemployment services and support as set forth in the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).

## Conduct Standards

### SICK POLICY

We're all humans. And, humans get sick.

It's important that PHOS' studio remains a place where our team members and clients can gather to collaborate, create, explore, and serve one another. For the health of our team, clients, and families, we ask that all team members experiencing contagious symptoms of illness remain home until those symptoms subside. Until then, we are happy to accommodate temporary remote work as long as the team member is reasonably able to work.

If you would like to work remotely, please follow our Remote Work Policy by requesting approval by your manager.

Team members are expected to follow the outlined requirements before returning to the office after being sick.

| SIGNS AND SYMPTOMS | REQUIREMENT BEFORE RETURNING TO THE OFFICE |
| --- | --- |
| FEVER (TEMP AT OR ABOVE 101°F) | Must be absent for 24 hours without medication. |
| DIARRHEA AND VOMITING | Must wait 24 hours after the last incident. |
| CONJUNCTIVITIS (PINK EYE) | Discharge must be diminished to the point that the eyes are no longer runny for at least 24 hours. |
| STREP THROAT | 48 hours after antibiotic treatment begins. |

### DATING IN THE WORK PLACE

Supervisors and employees under their supervision are strongly discouraged from forming romantic or sexual relationships. Such relationships can create the impression of preferential treatment,

and can be disruptive to productivity and a harmonious work environment.

## COMPANY PROPERTY

Please keep your work area neat and clean and use normal care in handling company property. Report any broken or damaged equipment to your manager at once so that proper repairs can be made. Generally, treat everything here at PHOS as if it were your grandmother's stuff.

You may not use any company property for personal purposes or remove any company property from the premises without prior written permission from your manager.

## CONFIDENTIALITY AGREEMENT

Information that pertains to PHOS' business, including all nonpublic information concerning PHOS, its vendors and suppliers, is strictly confidential and must not be given to people who are not employed by PHOS.

You are expected to protect confidential information, which may include trade secrets, customer lists and company financial information, by taking the following precautionary measures:

» Discuss work matters only with other PHOS employees who have a specific business reason to know or have access to such information.

» Do not discuss this information in public places.

» Monitor and supervise visitors to PHOS to insure that they do not have access to company information. information that is not to be filed or archived.

» Destroy (shred) hard copies of documents containing confidential

» Secure confidential information in desk drawers and cabinets at the end of every business day.

If at any time you are uncertain as to whether you can properly divulge information or answer questions, please consult your manager.

## CONFLICT OF INTEREST

Employees must avoid any interest, influence or relationship which might conflict or appear to conflict with the best interests of PHOS. You must avoid any situation in which your loyalty may be divided and promptly disclose a situation where an actual or potential conflict may exist.

Examples of potential conflict situations include:

» Having a financial interest in any business transaction with PHOS,

» Owning or having a significant financial interest in, or other relationship with, a PHOS competitor, customer or supplier, or

» Accepting gifts, entertainment or other benefit of more than a nominal value from a PHOS competitor, customer or supplier.

Anyone with a conflict of interest must disclose it to management and remove themselves from the situation involving the conflict.

## OUTSIDE EMPLOYMENT

PHOS must be aware of any concurrent employment you may have to determine whether or not it presents a potential conflict. Any employee who works for another firm or company must notify management and obtain approval. Participation in such external employments is at the discretion of the CEO. Serving on any public or government board or commission qualifies as employment for purposes of this policy, regardless of whether such service is compensated.

39

## PARKING

To show love to our neighbors, their clients, and guests of PHOS, employees are encouraged to park on the far side of the parking lot near the trees to allow temporary visitors the opportunity to park closer to the buildings. However, if you park near the trees, please watch out for wasps (this is a funny story you should ask about).

## DRESS CODE

An employee's personal appearance and hygiene is a reflection of the company's character. Employees are expected to dress business casual with the exception of company team building outings and/or company holiday parties when noted.

All employees should dress for their specific roles and duties each day. For example, if you have a client meeting or a presentation, dress to impress. Every day you should walk in ready to be pulled into the biggest meeting we have ever had with the biggest client we have ever worked with.

Business casual is defined as follows:

Shirts: Shirts with collars, button-downs, blouses, golf and polo shirts, or turtlenecks if you're feeling bold. Examples of inappropriate shirts include t-shirts, anything with inappropriate slogans, muscle shirts, crop tops, etc. In special circumstances, Company t-shirts may be appropriate.

Pants: Dark jeans, khakis, slacks, appropriate length skirts. Examples of inappropriate bottoms include jeans with holes, shorts, leggings or tight spandex.

Shoes: Loafers, dress sandals, flats, dress shoes. Examples of inappropriate shoes include: tennis shoes, flip flops, or mandles (look it up, it's a thing).



## PERSONAL COMMUNICATION

During business hours, please use personal phones for business use only. PHOS requests that employees not receive personal calls or texts while on duty, unless there is an emergency. If urgent, please keep personal calls to a minimum and conversations brief. In the event that a company phone is provided, only use these phones for business use as well.

## PRAYER

During team meetings, team meals, or other team-related activities, team leaders may lead the team in a brief moment of prayer. During that time, regardless of personal positions and convictions, each member of the team is expected to be respectful and quiet.

## CLAPPING

At random times (and sometimes for good reason) the team will erupt into spontaneous clapping. We want you to join in, it's fun. No, seriously, clap.

## WEEKENDS

Our space is yours. If you need to come by on the weekend, feel free to do so. Just make sure you turn off the lights, lock the doors, feed the plants, etc.

> "Brandon and his team are outstanding. Each time I have engaged with them to propel my business forward, they steer me in the right direction - even if that means doing nothing at all. **They aren't there to just make a buck, they're there to make a difference.**"
> *- Brian Smith, Baseline Systems*

# Conduct Standards & Discipline

PHOS expects every employee to adhere to at all times to the highest standards of job performance and of personal and business conduct, while conducting company business.

## PROGRESSIVE DISCIPLINE

PHOS reserves the right to discipline or terminate any employee for violating any company policy, practice or rule of conduct. Oral and written warnings and progressive discipline up to and including termination may be administered as appropriate under the circumstances.

Please note that PHOS retains the discretion to determine what discipline is appropriate based upon the relevant circumstances. As such, PHOS reserves the right to terminate any employee whose conduct merits immediate dismissal without resorting to any aspect of the progressive discipline process.

Although not all-inclusive, the following list is intended to let you know our expectations and standards and to provide examples.

Employees may be disciplined or terminated for poor job performance, including, but not limited to the following:

» Unsatisfactory quality or quantity of work
» Repeated unexcused absences or lateness
» Failing to follow instructions or company procedures, or
» Failing to follow established safety regulations.

Employees may also be disciplined or terminated for misconduct, including, but not limited to the following:

» Falsifying an employment application or any other company records or documents
» Failing to record working time accurately or recording a co-worker's timesheet
» Insubordination or other refusal to perform

43

» Using vulgar, profane or obscene language, including any communication or action that violates our policy against harassment and other unlawful forms of discrimination

» Disorderly conduct, fighting or other acts of violence

» Misusing, destroying or stealing company property or another person's property

» Possessing, entering with or using weapons on company property

» Possessing, selling, using or reporting to work with alcohol, controlled substances or illegal drugs present in the employee's system, on company property or on company time

» Violating conflict of interest rules

» Disclosing or using confidential or proprietary information without authorization

» Violating PHOS' computer or software use policies, and

» Being convicted of a crime that indicates unfitness for a job or presents a threat to PHOS or its employees.

## DRUG AND ALCOHOL POLICY

PHOS strives to maintain a workplace free of drugs and alcohol. Misuse of alcohol or drugs by employees can impair their ability to perform their duties, and adversely affect the safety of our work environment and service to our customers.

Employees are prohibited from using or being under the influence of illegal drugs or alcohol while on company premises or performing company business for PHOS, including operating a motor vehicle.

Employees may not use, manufacture, distribute, purchase, transfer, sell, or possess an illegal drug while in PHOS' facilities, or performing Company business.

This policy does not prohibit the proper use of medication under the direction of a physician; however, misuse of such medications is prohibited.

Employees who violate this policy will be subject to discipline up to and including termination.

## ETHICAL AND LEGAL BUSINESS PRACTICES

PHOS expects the highest standard of ethical conduct and fair dealing from each employee, and all others associated with PHOS. Our reputation is a valuable asset, and we must continually earn the trust, confidence and respect of our clients, customers, suppliers, and community.

Although not all-inclusive, this policy provides general guidance on the ethical principles that every employee must follow. You should be guided by basic honesty and good judgment and be sensitive to others' perceptions and interpretations. When uncertain, please consult your supervisor or manager.

You are expected to promptly disclose to management anything that may violate this policy. We will not tolerate retaliation or retribution against anyone who brings violations to management's attention.

*Complying with Laws and Regulations*

All our activities are to be conducted in compliance with the letter and spirit of all laws and regulations. You are charged with the responsibility of understanding the applicable laws, recognizing potential dangers and knowing when to seek legal advice.

*Giving and Receiving Gifts*

You may not give or receive money or any gift to or from a customer, supplier, government official or other organization. Exceptions may be made for gifts are of nominal value (less than $20). You may accept meals and refreshment of nominal value and are in connection with business discussions. This policy does not apply to Random Acts of Kinds (RAKs) that have been requested of an employee. In the case of RAKs, the employee has been given permission by management to distribute the gift to the client.

*Employee Privacy and Other Confidential Information*

PHOS collects only personal information about employees that relates to their employment. Only people with a business-related need to know are given access to this information, and employees must authorize any release of the information to others. Personal information, other than that required to verify employment or to satisfy legitimate investigatory or legal requirements, will be released outside PHOS only with employee approval.

If you have access to any confidential information, including private employee information, you are responsible for maintaining confidentiality. Unauthorized disclosure or inappropriate use of confidential information is subject to discipline up to and including termination.

## ACCOUNTING AND FINANCIAL REPORTS

You must record and report financial information accurately. Reimbursable business expenses must be reasonable, accurately reported and supported by receipts.

## ACCOUNT AND CUSTOMER INFORMATION

Employees are responsible for keeping account, client, and/or customer information confidential.

## COMPLIANCE

Employees are expected to bring any concerns of wrongdoing to management's attention and to report violations of this policy, to provide relevant information, and to cooperate with any internal or external investigation.

Employees who are found in violation of this policy will be disciplined, which may include a demand for reimbursement of any losses or damages, termination of employment and referral for criminal prosecution.

## INTERNAL INVESTIGATIONS AND SEARCHES

From time to time, PHOS may conduct internal investigations pertaining to security, auditing, or work-related matters. Employees are required to cooperate fully with and assist in these investigations. Such an investigation is not an accusation and would only be performed when necessary to insure the safety of PHOS, its clients, and its employees.

Whenever necessary, in PHOS' discretion, work areas (i.e., desks, file cabinets, etc.) and personal belongings (i.e., brief cases, handbags, etc.) may be subject to a search without notice. Employees are required to cooperate.

Out of respect for each team member, PHOS will generally try to obtain an employee's consent before conducting a search of work areas or personal belongings, but may not always be able to do so.

## ZERO TOLERANCE FOR WORKPLACE VIOLENCE

PHOS has a zero-tolerance policy concerning threats, intimidation and violence of any kind in the workplace either committed by or directed to our employees. Employees who engage in such conduct will be disciplined, up to and including immediate termination of employment.

Except as may be authorized by Florida Statutes, employees are not permitted to bring weapons of any kind onto company premises or to company functions. Any employee who is suspected of possessing a weapon will be subject to a search at PHOS' discretion.

Such searches may include, but not be limited to, the employee's personal effects, desk and workspace.

If an employee feels he or she has been subjected to threats or threatening conduct by a coworker, vendor or customer, the employee should notify his or her supervisor or another member of management immediately. Employees will not be penalized for reporting such concerns.

47

## INTERNS

We have super cool interns regularly here at PHOS. They aren't task rabbits and we don't ask them to make coffee. We put them in big client meetings, we involve them in real projects, and it's your job to make sure they have a fulfilling and excellent experience here at PHOS. Use them, train them, and encourage them in the work they are doing.



# Leave

## MILITARY LEAVE

Employees who serve in U.S. military organizations or state militia groups such as the National Guard may take the necessary time off to fulfill this obligation and will be treated in accordance with applicable requirements of state and Federal laws.

## JURY DUTY

PHOS supports employees in fulfilling their civic responsibilities by serving jury duty when required. Employees must inform their supervisor as soon as possible after receiving a jury summons so that arrangements can be made to accommodate their absence. You will be expected to report for work during your jury service whenever the court schedule permits.

## PARENTAL LEAVE

Parental Leave provides eligible employees with an authorized absence from work for the purpose of giving birth, adopting a child, or for the placement of the child with an employee pursuant to a court order.

To be eligible for these benefits:

- » You must have worked full time for PHOS for a minimum of twelve (12) continuous months.
- » You are in good employment standing with PHOS (i.e. not on probation).
- » We ask that you request leave a minimum of 30 days in advance if possible. If this is not possible, please place your request ASAP once you become aware of it.

The percentage of salary covered during Parental Leave is based on tenure.

- » 1-4 years: 2 weeks paid leave
- » 4+ years: 4 weeks paid leave

49

Employees may request up to ten (10) weeks of additional unpaid leave. Total Parental Leave time should not exceed twelve (12) weeks.

If an employee has been employed with PHOS for less than one (1) year, that employee is eligible for up to eight (8) weeks of unpaid leave.

Employees on Parental Leave may or may not apply their accrued PTO to cover their leave.

Employees do not accrue PTO while on an unpaid Parental Leave. Employees on an unpaid Parental Leave are not eligible for holiday benefits when a holiday falls within the period of the leave.

Prior to the start of your parental leave, the employee and PHOS will create a return to work plan that also includes the leave time. The employee is expected to communicate with their manager if the leave plan or return to work plan needs to change while on leave.

Employees who conclude their Parental Leave within twelve (12) weeks are entitled to return to the same or similar position without loss of the employment benefits for which they were eligible on the date that Parental Leave commenced. Except as otherwise provided in this Handbook, employees on an unpaid leave of absence for a period of between twelve (12) weeks and six (6) months, shall receive every reasonable consideration by PHOS in returning to their original position or to a position of like responsibility and pay; however, PHOS cannot guarantee return to work.

Employees on Parental Leave are expected to give their supervisor written notification of their intent to return to work. Notification must be received at least two (2) weeks in advance of the expected return date. If you fail to report to work promptly at the expiration of the approved leave period, PHOS will assume you have resigned.

## LEAVE OF ABSENCE

PHOS may provide a leave of absence without pay for employees who request to take unpaid time off from work. Each request will be considered individually and approval and terms will beat the discretion of the CEO of PHOS. Requests must be made in writing.

*Reinstatement*

When a personal leave of absence ends, every reasonable effort will be made to return you to the same position, if it is available, or to a similar available position for which you are qualified. However, PHOS cannot guarantee reinstatement.

If you fail to report to work promptly at the expiration of the approved leave period, PHOS will assume you have resigned.

---

"PHOS was amazing! **They helped us focus on our vision**, and then created a wonderful website and marketing materials for us. On top of that, they were a **fun and talented team to work with!**"
- *Kelli Vaudrelli, Speech4Kids*

---

# Safety & Emergency

## SAFETY

PHOS is committed to maintaining a safe and healthy environment for all employees. Report all accidents, injuries, potential safety hazards, safety suggestions and health and safety related issues immediately to your manager.

## SMOKING POLICY

Pursuant to the Florida Clean Indoor Air Act, smoking is not permitted within the workplace. Smoking is prohibited inside PHOS facilities. All employees, clients and other visitors are expected to comply with this policy, and employees who violate it may be disciplined.

## USE OF PERSONAL VEHICLE FOR COMPANY BUSINESS

Employees are allowed to use their personal vehicle for Company business only with prior authorization. Only employees with an unrestricted current driver's license may operate a vehicle to conduct Company business. The employee must provide a valid driver's license and a certificate of insurance that shows that they have current liability insurance. The certificate must show current coverage and the employee may be asked to produce an updated certificate at any time. All liability resulting from damage as a result of using the vehicle, is the responsibility of the employee and their insurance company.

Employees will be reimbursed for mileage driven in his/her vehicle on Company business. This reimbursement will be based on the rate prescribed each year by the Internal Revenue Service and is considered a pro rate share of the fuel, maintenance, and insurance costs for the employee's vehicle.



## VEHICLE SAFETY GUIDELINES

All drivers on Company business must:

1.  Maintain a valid driver's license.

2.  Drive defensively and anticipate driving hazards such as bad weather and bad drivers.

3.  Comply with all applicable motor vehicle laws, operating regulations and registration requirements.

4.  Wear a safety belt as a driver or passenger.

5.  Drive without impairment by alcohol or drugs.

6.  Report all accidents (no matter how minor) to your supervisor immediately (i.e., the same day the accident occurs), providing full factual information about the incident.

7.  Report any changes in the status of your driver's license (e.g., revocation or suspension, DUI, violations of law) to your supervisor immediately.

8.  Avoid driving distractions to the greatest degree possible. Specifically, drivers should avoid any activity that causes them to divert their attention from driving or to drive one-handed.

## USING CELL PHONE WHILE DRIVING

Cell phone use while driving must be avoided while on Company business. Drivers should be aware that the use of cell phones while driving is creating a distraction from safe driving and should not use the phone while driving. If the phone must be used, the driver should safely pull off the road and park the car prior to usage. Regardless of the circumstances, including slow or stopped traffic, employees are strongly encouraged to pull off to the side of the road and safely stop the vehicle before placing or accepting a call. While driving, attention to the road and safety should always take precedence over conducting a phone conversation. This policy extends to the use of cell phones over Bluetooth.

## FIRE SAFETY

Every employee is responsible for recognizing potential fire dangers and taking an active role in preventing fires. Employees are required to observe all OSHA safety requirements and regulations. Employees should not block any fire doors, fire exits, fire extinguishers, windows or doorways. Review the fire escape routes posted in each work area.

## WORKERS' COMPENSATION

At PHOS, we really want you to be safe. That is why mostly, you are sitting at your desk, not moving much, so that no harm can come to you. But seriously, PHOS takes every reasonable precaution to ensure that employees have a safe working environment. Safety measures and rules are in place for the protection of all employees. However, you still need to use your brain and not make dumb decisions, because ultimately, it is the responsibility of each employee to help prevent accidents.

PHOS provides workers compensation insurance to compensate for any work-related illness or injury an employee might suffer while working on company premises, or traveling on official company business.

If you or another employee is injured, contact your supervisor or manager immediately. Seek help from outside emergency response agencies, if needed. Contact information is posted in the studio.

Both PHOS' policies and the law in the State of Florida require that you complete a Notice of Accident form for all accidents and injuries, even if your injury doesn't require medical attention. Failure to report all accidents may result in discipline up to and including termination.

It is critical for PHOS to know of all accidents in order to correct safety issues and make the workplace safer for all employees. In addition, if you do not report an injury, you may jeopardize your right to collect full workers' compensation payments and health benefits.

You can obtain the required forms and reporting paperwork from your manager.

### EMERGENCY MEASURES (INCLEMENT WEATHER)

We realize that bad weather or hazardous commuting conditions may occasionally make it impossible for employees to report to work on time.

However, you are expected to make a diligent effort to report to work when conditions have improved. If you determine that you are unable to report to work because of the conditions, inform your supervisor as soon as possible.

If it becomes necessary to shut down the studio due to weather or other emergency, every effort will be made to notify employees. If there is a question as to whether the studio will be open, call your place of work. If there is no answer within one hour after the normal start time and after at least five phone calls, assume the studio is closed.

# Use of Company Communication & Information Technology Systems

### E-MAIL, INTERNET, SOFTWARE AND TELEPHONE POLICY

*Electronic Company Property*

All communications and information transmitted by, received from, or stored in the communication and technology system are considered company records and property of PHOS. Company property, such as computers and computer accounts given to employees are to assist them in performance of their jobs and should be used only for conducting company business. Incidental and occasional personal use of the electronic and technology system is permitted, but information and messages stored in these systems will be treated no differently from business-related information and messages.

*Privacy*

Employees should not have an expectation of privacy in connection with the use of the communication system or in anything they create, store, send, or receive. Use of passwords or other security measures does not create any privacy rights of employees or diminish PHOS' rights to access materials on its system.

*Internet Use*

The Internet is to be used to further PHOS' mission, to provide effective service of the highest quality to PHOS' customers and staff, and to support other direct job-related purposes. Supervisors should work with employees to determine the appropriateness of using the Internet for professional activities and career development. The various modes of Internet/Intranet access are Company resources and are provided as business tools to employees who may use them for research, professional development, and work-related communications.

Limited personal use of Internet resources is special exception to the general prohibition against the personal use of computer equipment and software.

### Monitoring

PHOS has the right, but not the duty, to monitor any and all of aspects of its computer system, at any time at its discretion, including but not limited to, monitoring sites visited by employees, monitoring chat groups and news groups, reviewing material downloaded or uploaded by users to the Internet, printing and reading all emails entering, leaving, or stored in the system.

### Discovery

Employees are hereby made aware that email records and computer files are subject to discovery in litigation, and email records computer files can be recovered even if they were deleted.
Therefore, employees are expected to act accordingly and conduct themselves with utmost professionalism and above reproach in all electronic communication.

### Solicitation

The email system, voicemail system, and bulletin boards may not be used to solicit for religious or political causes, commercial enterprises, outside organizations, or other non-job related solicitations.

### Copyrights and Software

The email system shall not be used to send (upload) or receive (download) copyrighted materials, trade secrets, proprietary financial information, or similar materials without prior authorization from management.

PHOS regulates employees' use of its computer software. You may not duplicate any licensed software or related documentation for use, either on Company premises or elsewhere, unless expressly authorized by the licensor. And you may not provide licensed

software to anyone outside PHOS. Employees should be aware that the illegal duplication of software may result in the filing of criminal copyright charges by the owners of the copyrights and can subject both the employee and PHOS to liability.

### Prohibited Use

Material that is inappropriate, offensive, sexually explicit, profane, obscene, intimidating, defamatory, harassing, fraudulent, embarrassing, or otherwise unlawful (including offensive material concerning sex, race, color, national origin, religion, age, disability, or other characteristics protected by law), or violates company policies against sexual or other harassment may not be downloaded, displayed, forwarded or stored in company computers.

Violations should be reported, and can result in disciplinary action up to and including termination.

---

"Brandon and I met a year ago to discuss a client project. After reviewing options for my client, PHOS was hands-down the only agency I felt comfortable recommending based on my client's desired outcomes: (1) **strategic agency that produces measured results** (2) strong capabilities with inbound marketing and (3) original thinkers who could bring even bigger ideas to the table. **I can confidently say that PHOS consistently delivers in all three of those areas. Brandon and his team have now become my initial "go-to" partner for any/all digital marketing.** Not only do they deliver on time and budget, but they always surprise and delight us with their thought leadership and talent. I absolutely recommend Brandon West and PHOS Creative."
- *Kathleen Byars, Corporate Women Unleashed*

---

59

# Leaving PHOS

### RESIGNATION

If at any time it is necessary for an employee to resign his or her employment with PHOS, PHOS requests at least two-weeks notice (four weeks is preferable). Failure to provide notice may lead to ineligibility for re-hire, forfeiture of accrued vacation, the withholding of the employee's final paycheck, or other benefits at the discretion of PHOS.

### RETURNING COMPANY PROPERTY

When an employee leaves PHOS, the employee must return all Company property, equipment, work product, information and property that the employee has in his/her possession or control, including without limitation, documents, files, records, manuals, supplies and information stored on a personal computer or other storage device.

### EXIT INTERVIEW

For the sake of bettering PHOS, when an employee resigns or is terminated, the employee may be asked to participate in an exit interview. Our intention is to listen, learn, and grow through constructive feedback.



# Acknowledgment of Receipt and Understanding

I acknowledge that I have received the PHOS Employee Handbook and that I have read and understood the policies and had an opportunity to ask questions.

I understand that this Handbook represents only current policies and benefits, and that it does not create a contract of employment. PHOS retains the right to change these policies and/or benefits, as it deems advisable. This Handbook supersedes all previous employee Handbooks.

I understand that this Handbook is available within the PHOS project management software, that I always have access to its contents, that the link contained within our project management software represents the latest version of the Handbook, and that because the link always provides access to the latest version, I may not be notified of specific updates to the Handbook.

I understand that my employment is "at will" and that I have the right to terminate my employment at any time, with or without cause or notice, and that PHOS has the same right. I further understand that my status as an "at will" employee may not be changed except in writing and signed by the CEO of PHOS.

I understand that information I come into contact with during my employment is proprietary to PHOS and accordingly, I agree to keep it confidential, which means I will not use it other than in the performance of my duties or disclose it to any person or entity outside PHOS.

I understand that I must comply with the provisions of the Handbook or I may be subject to disciplinary action up to and including termination

I agree to comply with the guidelines, policies and procedures and to abide by PHOS' safety, health, and emergency procedures as outlined in this Handbook or in other documents.

_____
Signature

DUNCAN WAY
_____
Print Your Name

7/22/2021
_____
Date

61

