**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

|  |  |
|---|---|
| TENZING FINANCIAL ADVISORS, PLLC, AND JERRY L. FURLONG JUNIOR,<br><br>*Plaintiffs*,<br><br>v.<br><br>PHOS CREATIVE, LLC and DUNCAN WAY,<br><br>*Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No.: 1:26-cv-00006-MW-MJF |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs Tenzing Financial Advisors, PLLC, Jerry L. Furlong Junior ("Furlong"), and proposed additional Plaintiff Furlong Financial Group, PLLC ("Furlong Financial") (collectively, "Plaintiffs"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully move this Court for leave to file the Second Amended Complaint ("SAC"), a copy of SAC is attached along with the attached memorandum in support, Plaintiffs state as follows:

1. This case arises from Defendant Phos Creative LLC's ("Phos") and Defendant Duncan Way's ("Duncan") breach of agreement, copyright infringement, and violation of Plaintiff Furlong's right to publicity.

2.  Plaintiffs filed the original Complaint on January 7, 2026.

3.  Defendants sought and received multiple extensions of time to answer the original Complaint.

4.  With Defendants' consent, Plaintiffs filed the First Amended Complaint on March 12, 2026, to provide Defendants additional time to respond, add the copyright registration number for the Tenzing Brand Guideline, and address issues Defendants raised regarding the pleadings.

5.  Defendants then sought and received additional extensions of time to respond to the First Amended Complaint.

6.  On April 23, 2026, Parties held a joint meeting to discuss Plaintiffs' alleged deficiencies and Defendants' Motion to Dismiss.

7.  On April 24, 2026, Plaintiffs emailed Defendants notifying them of the specific issues Plaintiffs intended to address in this SAC.

8.  On April 27, 2026, Duncan filed a Motion to Dismiss directed at the First Amended Complaint.

9.  That same day Defendant Phos filed for an extension of time to answer the First Amended Complaint, which Plaintiffs agreed to the requested extension and again informed Defendants of their intent to seek leave to amend.

10. On May 5, 2026, Plaintiffs emailed Defendants what Plaintiffs believed to be the final proposed amendments to be addressed in the SAC.

11. On May 10, 2026, Phos responded that it did not oppose Plaintiffs' request for leave to file a SAC addressing the identified amendment items.

12. On May 13, 2026, the parties held a further meet-and-confer regarding the status of the case, during which Plaintiffs again confirmed their intent to file the SAC.

13. On May 15, 2026, Phos withdrew its non-opposition to Plaintiffs' request for leave to amend and filed its Motion to Dismiss.

14. Plaintiffs seek to amend the First Amended Complaint because Plaintiffs have identified additional factual allegations that more precisely describe the conduct at issue; the SAC will add Furlong Financial as an additional plaintiff, correct and clarify factual allegations, add a trademark registration number, and withdraw Plaintiffs' requests for statutory damages and injunctive relief as moot.

15. Rule 15(a)(2) permits amendment with the Court's leave, and states that "[t]he court should freely give leave when justice so requires."

16. The proposed amendment is made in good faith, is not intended to cause undue delay or prejudice, and will not unduly expand the scope of discovery or delay trial.

**WHEREFORE,** Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs leave to file their Amended Complaint.

**DATED** this 18th day of May 2026

Respectfully submitted,

STUDIOIP LAW, LLC

 By: /s/ Jessie L. Pellant
 **Jessie L. Pellant** *pro hac vice*
Colorado Attorney Reg. No. 42096
jpellant@studioiplaw.com
**Vincent Merenda** *pro hac vice*
Colorado Attorney Reg. No. 60774
vmerenda@studioiplaw.com
**Tatum Barton**
Florida Attorney Reg. No. 1058793
tbarton@studioiplaw.com


3000 Lawrence Street
Denver, CO 80205
Telephone: (303) 563-5360

*Attorneys for Plaintiffs*
 Tenzing Financial Advisors, PLLC
and Jerry L. Furlong Junior

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Tatum Barton*

## CERTIFICATION OF ATTORNEY CONFERENCE

Pursuant to N.D. Fla. Local Rule 7.1(B)-(C), I hereby certify that I conferred with opposing counsel regarding the relief sought herein, and Defendants oppose this Motion.

*/s/ Tatum Barton*

## CERTIFICATION OF WORD LIMIT

Pursuant to N.D. Fla. Local Rule 7.1(F), I certify that this motion complies with the required word limit. According to the word processing program used to prepare this document, the motion contains less than 500 words.

*/s/ Tatum Barton*