**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**TENZING FINANCIAL ADVISORS,
PLLC, JERRY L. FURLONG, JUNIOR,**

    *Plaintiffs,*

**v.**                                **Case No.: 1:26cv6-MW/MJF**

**PHOS CREATIVE, LLC, et al.,**

    *Defendants.*

_____/

**ORDER GRANTING MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

This Court has considered, without hearing, Plaintiffs' motion for leave to file a second amended complaint. ECF No. 38. The motion, ECF No. 38, is **GRANTED**. Though Defendants oppose the motion, this Court exercises its discretion to allow the amendment. Plaintiffs shall file the second amended complaint, by separate docket entry, **on or before Friday, May 22, 2026**. Defendants' pending motions to dismiss, ECF Nos. 28 and 37, are **DENIED as moot**.

    **SO ORDERED on May 20, 2026.**

                             **s/Mark E. Walker**
                             **United States District Judge**