# EXHIBIT B



Previous On List     Next On List     Return to List     TENZING ENERGY SC

Search

**No Events     No Name History**

## Detail by Entity Name

Florida Limited Liability Company
TENZING FINANCIAL ADVISORS, PLLC

### Filing Information

| | |
|---|---|
| **Document Number** | L23000149935 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 03/24/2023 |
| **Effective Date** | 03/24/2023 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

110 NE 11TH AVENUE
OCALA, FL 34470

### Mailing Address

110 NE 11TH AVENUE
OCALA, FL 34470

### Registered Agent Name & Address

FURLONG, JERRY L, JR
110 NE 11TH AVENUE
OCALA, FL 34470

### Authorized Person(s) Detail

**Name & Address**

Title MGMR

FURLONG, JERRY L, JR
110 NE 11TH AVENUE
OCALA, FL 34470

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2024 | 03/20/2024 |
| 2025 | 03/18/2025 |

### Document Images

| | |
|---|---|
| 03/18/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2024 -- ANNUAL REPORT | View image in PDF format |

03/24/2023 -- Florida Limited Liability     View image in PDF format

Previous On List     Next On List     Return to List

TENZING ENERGY SC

Search

**No Events     No Name History**

Previous On List     Next On List     Return to List

TENZING ENERGY SC

Search