# EXHIBIT C

## INTELLECTUAL PROPERTY ASSIGNMENT

This Intellectual Property Assignment Agreement (the "**Agreement**") is entered into as of March 24, 2023 (the "**Effective Date**"), by and between Furlong Financial Group PLLC ("**FFG**"), a Florida professional limited liability company ("**Assignor**") and Tenzing Financial Advisors PLLC ("**Tenzing**"), a Florida professional limited liability company ("**Assignee**"), each having a principal place of business at 110 NE 11th Avenue, Ocala, Florida 34470. Assignor and Assignee are sometimes referred to herein individually as a "**Party**" and collectively as the "**Parties**."

### RECITALS

WHEREAS, Assignor is the owner of certain intellectual property rights, including but not limited to trademarks, service marks, trade names, logos, copyrights, trade secrets, proprietary methodologies, software, business processes, and all goodwill associated therewith (collectively, the "**Intellectual Property**");

WHEREAS, Assignor desires to assign all of its right, title, and interest in and to the Intellectual Property to Assignee; and

WHEREAS, Assignee desires to acquire all of Assignor's right, title, and interest in and to the Intellectual Property, subject to the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

### ASSIGNMENT

1. **Assignment**. Assignor hereby assigns all the Intellectual Property, including the sum of One Dollar ($1.00) and other good and valuable consideration paid by Assignee to Assignor, Assignor hereby irrevocably sells, assigns, transfers, conveys, and delivers to Assignee all of Assignor's right, title, and interest in, to, and under the Intellectual Property, free and clear of all liens, claims, and encumbrances, to have and to hold the same unto Assignee, its successors and assigns, forever.

2. **Scope**. This Assignment is for all the Intellectual Property of FFG.

4. **Representations and Warranties**. Assignor represents and warrants that (a) Assignor has the full power and authority to execute, deliver, and perform this Agreement and to consummate the transactions contemplated hereby and (b) the is the sole and exclusive owner of the Intellectual Property, and has the full right to assign the same to Assignee free and clear of all liens, claims, licenses, and encumbrances, except as expressly set forth in the Intellectual Property License Agreement between the Parties.

5. **Entire Agreement**. This Agreement, together with any exhibits hereto and the Intellectual Property License Agreement referenced herein, constitutes the entire agreement of the Parties with respect to the subject matter hereof and supersedes all prior and contemporaneous negotiations, agreements, representations, and understandings of the Parties.

6. **Governing Law**. This Agreement shall be governed by and construed in accordance with the laws of the state of Florida, without regard to its conflict of laws principles.

7. **Counterparts**. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. Electronic signatures shall be deemed valid and binding.

8. **Amendments**. No amendment, modification, or waiver of any provision of this Agreement shall be effective unless in writing and signed by both Parties.

9. **Successors and Assigns**. This Agreement shall be binding upon and inure to the benefit of the Parties and their respective heirs, legal representatives, successors, and permitted assigns.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of the Effective Date first written above.

ASSIGNOR:

Furlong Financial Group, PLLC

By: _____

Name: TENZING FINANCIAL ADVISORS

Date: 03/24/2023

ASSIGNEE:

Tenzing Financial Advisors, PLLC

By: _____

Name: TENZING FINANCIAL ADVISORS

Date: 03/24/2023

## INTELLECTUAL PROPERTY LICENSE

This Intellectual Property License Agreement (this "**Agreement**") is entered into as of March 24, 2023 (the "**Effective Date**"), by and between Tenzing Financial Advisors PLLC, a professional limited liability company ("**Tenzing**" or the "**Licensor**") and Furlong Financial Group PLLC, a professional limited liability company ("**FFG**" or the "**Licensee**"). Collectively, Licensor and Licensee are sometimes referred to herein individually as a "**Party**" and collectively as the "**Parties**."

## RECITALS

WHEREAS, pursuant to that certain Intellectual Property Assignment Agreement of even date herewith (the "**Assignment Agreement**"), Licensee assigned to Licensor all right, title, and interest in and to certain intellectual property (the "**Intellectual Property**");

WHEREAS, Licensor desires to grant to Licensee a license to use the Intellectual Property in connection with Licensee's business operations; and

WHEREAS, Licensee desires to obtain such a license from Licensor, subject to the terms and conditions set forth herein; and

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

## LICENSE

1.  **License**.  For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, including the sum of One Dollar ($1.00) and other good and valuable consideration paid by Licensee to Licensor, Licensor hereby grants to Licensee a non-exclusive, non-transferable, non-sublicensable license to use the Intellectual Property in connection with Licensee's regular business operations (the "**License**").

2.  **Scope of Use**.  Licensee is authorized to use the Intellectual Property solely for business purposes and in connection with services provided to Licensee's clients.

3.  **Term.** This Agreement shall commence upon the Effective Date and shall continue in full force and effect for one year, unless terminated earlier as provided in this Agreement, and shall automatically renew for additional one (1) year periods, unless terminated in writing by either Party.

4.  **Representations and Warranties.** Each party represents and warrants that it has the right, power, and authority to enter into this Agreement and that the persons executing this Agreement have the authority to act for and bind each party.  Licensor represents and warrants that Licensor has not conveyed any rights inconsistent with the rights conveyed in this Agreement.

5.  **Assignment**. This Agreement (including, without limitation, the license granted hereunder) is personal to Licensee and shall not be assigned or transferred by Licensee, including, without limitation, by operation of law, except that, upon prompt written notice to Licensor, the Agreement may be transferred to a purchaser of all or substantially all of

the assets of Licensee. Any attempt on the part of Licensee to assign or transfer its rights under this Agreement, except as provided herein, shall be null and void without the prior written approval of Licensor. This Agreement shall be binding upon and inure to the benefit of, and be enforceable by, Licensor's successors and assigns.

6.  **Entire Agreement**.  This Agreement, together with any exhibits hereto and the Intellectual Property Assignment Agreement referenced herein, constitutes the entire agreement of the Parties with respect to the subject matter hereof and supersedes all prior and contemporaneous negotiations, agreements, representations, and understandings of the Parties.

7.  **Governing Law**.  This Agreement shall be governed by and construed in accordance with the laws of the state of Florida, without regard to its conflict of laws principles.

8.  **Counterparts**.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. Electronic signatures shall be deemed valid and binding.

9.  **Amendments**.  No amendment, modification, or waiver of any provision of this Agreement shall be effective unless in writing and signed by both Parties.

10. **Successors and Assigns**.  This Agreement shall be binding upon and inure to the benefit of the Parties and their respective heirs, legal representatives, successors, and permitted assigns.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date first written above.


LICENSOR:

Tenzing Financial Advisors PLLC

By: _____

Name: TENZING FINANCIAL ADVISORS

Date: 03/24/2023


LICENSEE:

Furlong Financial Group PLLC

By: _____

Name: TENZING FINANCIAL ADVISORS

Date: 03/24/2023