# EXHIBIT F

https://www.google.com/search?q=duncan+way+design&oq=duncan+way+design+&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTIGCAEQRRg8MgYIAhBFGDwyBggDE EUYPNIBCDM2NTdqMGo0qAIAsAIB&sourceid=chrome&ie=UTF-8    October 8, 2025 at 9:09 PM EDT

Google

duncan way design

AI Mode | All | Images | Shopping | Videos | Short videos | Forums | More | Tools

Sign in


duncanwaydesign.com
https://duncanwaydesign.com

### Duncan Way Design



Duncan Way is a **graphic designer based in Gainesville, Florida**. He creates full branding packages including logo design, social media assets, icons, ...


LinkedIn · Duncan Way
600+ followers

### Duncan Way - Graphic Design Coordinator at UF Lastinger ...

I am **a designer specializing in branding and web design**. I love to create brands that are beautiful, functional and serve a client now and well into the future ...


Behance
https://www.behance.net › duncanwaydesign

### Duncan Way - Freelance designer in Gainesville, FL, USA

I am a **freelance graphic designer** with one goal in mind: to help build brands. That means more than just creating logos because a brand is more than the ...


Facebook
https://www.facebook.com › duncan.way.5

### Duncan Way

Graphic Designer/Illustrator at PHOS Creative ; Owner Operator at **Duncan Way Design** ; Former Graphic Designer/Illustrator at Santa Fe College ; Former Marketing ...


duncanwaydesign.com
https://duncanwaydesign.com › about-2

### About Duncan

Duncan Way is a **graphic designer based in Gainesville, Florida**. He creates full branding packages including logo design, social media assets, icons, ...


Facebook · Duncan Way Design
110+ followers

### Duncan Way Design



Duncan Way Design. 118 likes. I am a **freelance graphic designer** with one goal in mind: to help build brands. Full brand concepts, logos, brand...

5.0 ★★★★★ (3)

DW
pixels.com
https://duncan-way.pixels.com

### Duncan Way - Official Website

This is the website of Duncan Way. **Shop for hockey art, police art, swat art, and more**. Designs are available to purchase as canvas prints, framed prints, ...

## Images



Duncan Way Design
duncanwaydesign.com



Duncan Way - Graphic Design...
LinkedIn



Duncan Way - Graphic Design...
LinkedIn



Duncan Way Design
Facebook



The Protector Canvas Print
Fine Art America



Duncan Way - Official Website
DW Pixels

Show more images ⌄

 LinkedIn
https://www.linkedin.com › pub › dir › Duncan › Way    ⋮

## 10 "Duncan Way" profiles

Duncan Way. **Graphic Design Coordinator at UF Lastinger Center for Learning**. Gainesville, FL. UF Lastinger Center for Learning, +11 more. University ...

FAA Fine Art America
https://fineartamerica.com › Artists › Duncan Way    ⋮

## Duncan Way Canvas Prints

Shop for canvas prints from Duncan Way. **Duncan Way canvas prints are ready to ship within 3 - 4 business days** and include a 30-day money-back guarantee.



1  2  3  4  5  6  7  8  9  10          Next

● **Manhattan, New York, NY** - From your IP address - Update location

Help    Send feedback    Privacy    Terms