# EXHIBIT H

https://web.archive.org/web/20240920190742/https://duncanwaydesign.com/   October 8, 2025 at 5:09 PM EDT

INTERNET ARCHIVE
WayBack Machine
50 captures
1 Dec 2021 – 12 May 2025

https://duncanwaydesign.com/   Go   JUL SEP NOV   ◀ 20 ▶   2023 2024 2025   ▼ About this capture

Portfolio    About Duncan    Contact    Download Resume    DUNCAN WAY    in

# I am a human focused designer building brands for mission focused organizations.

⌄















