# EXHIBIT I

Portfolio    About Duncan    Contact

DUNCAN
WAY

# About Duncan



**I AM A BRAND, WEB, AND UX/UI DESIGNER**

I believe that design is a human focused discipline, and that only by focusing on the people that will be interacting with a piece of design can we truly create something that is meaningful, beautiful, and useable.

I have over a decade of experience working across the marketing, comms, and design world, freelance, in-agency, and in-house, and I bring each and every moment of that experience to every piece of work that I do. I focus on the process of gathering information and gaining a true understanding of the problem or the need behind a project in order to create a great solution.

GET IN TOUCH

https://duncanwaydesign.com/contact

May 15, 2026 at 6:43 PM EDT

Portfolio    About Duncan    **Contact**

DUNCAN
WAY

in

# Contact

Name *

Your Name...

Email Address *

Your Email Address...

Message *

Your Message...

SUBMIT