# EXHIBIT K

 **Brandon West**                                      Mon, Oct 27, 11:39 AM

to Jerry, me, Jessie, Tatum, Rachel ▾

Team,

I received confirmation from Tenzing today that this was a legitimate request.

Everything on Duncan's website has been down since last Friday. Thanks for letting me know. I'm sorry that this happened.

@Jerry Furlong, hey! I hope you are well, friend. Since we are friends, please don't hesitate to reach out to me directly anytime you need something. :) Genuinely, I am here for you.

Sincerely,

•••

--

**Brandon West** | *Chief Purpose Officer and Founder*

(352) 505-3626 | phoscreative.com | brandon@phoscreative.com

Speaker Requests and Book Purchasing

Facebook | Instagram | LinkedIn

2131 NW 40th Terrace Suite B, Gainesville, FL 32605 (Map)

 We help organizations build **trust** and awareness online.

↩ **Suggestions**

| **Confirming receipt** | **Requesting clarification** | **Acknowledging and proceeding** |
| --- | --- | --- |
| Hi Jessie, Got it. I'll make sure to … | Hi Jessie, Thanks for sending this… | Hi Jessie, Understood. I'll review t… |

