# EXHIBIT M



## Tenzing
### FINANCIAL

HOME     ABOUT US     SERVICES     NAVIGATING LIFE'S TRANSITIONS     CONTACT US

# Because Every Journey Deserves a Guide.

Tenzing Norgay, alongside Sir Edmund Hillary, was the first to summit Mount Everest—a triumph built on trust, planning, resilience and partnership. We bring that same spirit to Tenzing Financial, helping you navigate life's path with clarity and purpose.

## Because Every Journey Deserves a Guide.

### *Built to Navigate.*

# Navigating Life's Transitions





**Caring for Aging Parents**



**Planning for and Living in Retirement**



**Leaving a Legacy**



**Losing a Loved One**

**Getting Married**

**Changing Careers**

**Funding Education**

# How Can We Help You?

**Name** *

First

Last

**Email** *

How can we support you?

**Newsletter Signup**

Yes, sign me up!

I am human

hCaptcha
Privacy - Terms

Submit





1215 Mt Vernon Avenue, Suite C
Williamsburg, VA 23185
**757-703-0030**

© 2026 Tenzing Financial. All Rights
Reserved.

**Why Tenzing?**

Tenzing Norgay helped guide Edmund Hillary to the summit of Everest — not by taking the spotlight, but by leading with quiet strength, humility and expertise. We aspire to the same.

Our mission is to help you navigate complexity with confidence. We are fee-only fiduciaries, fully aligned with your success and with no hidden agendas.

Whether you're preparing for your next ascent or mapping out the entire expedition, we're here to walk beside you — every step of the way.

**Privacy Policy**

**Disclosures**

The information in this material is not intended as tax or legal advice. Please consult legal or tax professionals for specific information regarding your individual situation.

**Created by Consociate**

**Accessibility information:** If you need assistance in viewing or accessing our website, or have any comments, please call 757-703-0030 or use our **contact form**.