# EXHIBIT D

 **Copyright Office** noreply@loc.gov <u>via</u> studioiplaw.com          Oct 13, 2025, 11:50 AM

to copyrightteam ▼

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Tenzing Branding Guide were received by the U.S.Copyright Office on 10/13/2025.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-15017871191 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-15017871191. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

 Reply     Reply all     Forward

**Registration Number**

# TX 9-553-940

**Effective Date of Registration:**
October 13, 2025
**Registration Decision Date:**
January 16, 2026

## Title

**Title of Work:** Tenzing Branding Guide

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 20, 2023
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Phos Creative
**Author Created:** text, artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tenzing Financial Advisors, LLC
110 NE 11th Ave, Ocala, FL, 34470, United States
**Transfer statement:** by written agreement

## Rights and Permissions

**Organization Name:** StudioIP Law, LLC
**Name:** Jessie L. Pellant
**Email:** copyrightteam@studioiplaw.com
**Telephone:** (303)563-5360
**Address:** 3000 Lawrence St
Denver, CO 80205 United States

## Certification

| | |
|---|---|
| **Name:** | Vincent Merenda |
| **Date**: | October 13, 2025 |
| **Applicant's Tracking Number**: | 01302 |

---

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding authorship information: Standard shapes, formatting, and layout not copyrightable. Registration is made for the literary work as a whole. 17 USC 102 (a); Compendium 313.3(E), 906.1; 37 CFR 202.1(a). |



# Brand Style Guide

# Brand Style Guide

This document contains the rules for our visual communication system. Follow these rules strictly to maintain brand consistency.

This document includes all of the elements you may need—logos, typefaces, colors, and more—to create a consistent tone, look, and feel for Tenzing Financial Advisors materials. We invite you to absorb this information and reference it often to become an informed keeper and representative of the brand.

UPDATED APRIL 2023

# Table of Contents

## THE BRAND STRATEGY

Positioning Statement        5

Voice & Tone        6

Brand Attributes        7

## THE BRAND SYSTEM

Logo Lockups        9

Logo Color        11

Colorways        12

## BRAND GUIDELINES

Whitespace        14

Minimum Sizes        15

Logo Do's & Don'ts        16

Print vs. Digital Use        18

## BRAND COMPONENTS

Color Palette        21

Typography        22

Type Treatment        23

# Brand Strategy

# Positioning Statement

The role of our positioning statement is to lay the foundation for who Tenzing Financial Advisors is and to help inspire the messages we communicate moving forward. Our positioning statement frames our identity and purpose and informs how we communicate to those we serve, staying true to our values and beliefs.

Tenzing Financial Advisors offer comprehensive financial planning services tailored to clients at every stage of life, enabling them to achieve their unique financial goals. Our team understands that growing your wealth is only a part of why clients seek financial guidance. By building relationships with an unwavering commitment to excellence, Tenzing ensures that clients receive exceptional service that fosters long-lasting, fruitful partnerships. Clients are able to thrive with peace of mind, knowing that every team member is looking out for them.

# Voice & Tone

When we communicate, we should have a specific purpose and an authentic tone that feels distinct for Tenzing Financial Advisors. The following statement captures the personality and tone of Tenzing Financial Advisors and the main characteristics that define our voice.

The voice of Tenzing Financial Advisors is that of a **wise** and **trusted** guide. It is **genuine**, **relatable**, and **respectful**. Though we are an **accomplished** organization that provides **best-in-class** service, our tone is still **humble** and **approachable**.

# Brand Attributes

The brand attributes of Tenzing Financial Advisors define the key traits behind our brand – it encompasses the core of our brand in what it should represent and additionally demonstrates traits it should not represent.

## Tenzing Financial Advisors is:

1 | Best-in-class but not formal

2 | Fun but not silly

3 | Approachable but not standardized

## We Are

| | |
|---|---|
| Small | Trusted |
| Humble | Fun |
| Relatable | Accomplished |
| Realistic | High-end |
| Wise | Best-in-class |
| Savvy | Approachable |
| Welcoming | Sincere |

## We Are Not

| | |
|---|---|
| Surprising | Cheeky |
| Standardized | Playful |
| Formal | |

# The Brand System

# Logo Lockups

The primary logo lockup serves as the primary brand for Tenzing Financial Advisors. The two T's mark represents the taking on of anothers load as shown in the action of a sherpa pulling a climber up a mountain.

The primary logo lockup is the primary visual form in which Tenzing Financial Advisors will be experienced by clients. It's important, especially in the beginning stages, to associate the name with the mark and vice versa.

The horizontal logo lockup offers an alternative lockup for placements with more horizontal space available.

Tenzing Financial Advisors Logo Package



**PRIMARY LOGO LOCKUP**



**HORIZONTAL LOCKUP**

## Raymond James Logo Lockups

To celebrate our partnership with Raymond James we also have variations of the logo that include the Raymond James logo.

These lockups should not be used as a primary mark but will be useful in certain situations when required.

There is a stacked and horizontal lockup. Which one you use will depend on the space available.

**Tenzing Financial Advisors Logo Package**



**RAYMOND JAMES**

STACKED LOGO LOCKUP



HORIZONTAL LOCKUP

## Logo Color

The primary logo lockup for Tenzing Financial Advisors is constructed using the following color swatches.






**PANTONE 655 C**
**CMYK: 100, 89, 38, 42**
**RGB: 0, 34, 77**
**WEB: 00224D**

**PANTONE 729 C**
**CMYK: 20, 46, 69, 2**
**RGB: 201, 143, 96**
**WEB: C98F60**

# Colorways

These are the various colorways of the primary logo lockup. The full color logo is the preferred version and should be used when possible.

When a limited number of colors are available, choose a single color version. Only blue, black or white should be used.






# Brand Guidelines

# Whitespace

The importance of whitespace around brand elements and throughout all layouts cannot be overstated. It adds confidence and clarity to the visual messaging. The more, the better. These visuals are used to define minimums.

The minimum whitespace around Tenzing Financial Advisor lockups is equal to the width of the letter 'Z' in the logo.

The minimum whitespace around Raymond James/ Tenzing Financial Advisor lockups is equal to the height of the letter 'R' in Raymond James.





# Minimum Sizes

For readability, scale needs to have special considerations. Do not reduce these elements below the designated pixel/ inch values.

PRIMARY LOGO LOCKUP                    ICON



**55 PIXELS OR .75 INCHES WIDE**      **11 PIXELS OR .15 INCHES WIDE**

# Logo Do's



Use the primary logo lockup for all external collateral and communication.

Use the icon for internal purposes or as a supporting logo to the primary mark.



When resizing, scale the logo proportionately.



Place the logo on an acceptable background color.



If placing the logo on a dark background, use the white/orange or solid white version to provide enough contrast.



Place the logo on an acceptable background photo, one with enough contrast and one that is not too busy.

# Logo Don'ts

 

Don't change the color specifications, especially with off brand colors.



Don't add additional elements such as drop shadows.



Don't change the configuration of the type.

 

Don't compress or distort the logo when you resize it.

 

Don't place the logo on a confusing background or photo.

 

Don't place the logo on backgrounds with colors that clash or do not provide enough contrast.

# Print Vs. Digital Use

When using [CLIENT] logos for print or digital use, it is important to use the correct files for the best results. The following information outlines the correct files and versions to use according to your need.

## FOR PRINT

Business cards, collateral, shirts, etc.

Use either of the following versions:
- Vector (EPS)
- PDF
- JPG

## COLOR MODELS FOR PRINT



CMYK

These are for printed materials and are used when printing the logo with a four-color process:

Cyan (C), Magenta (M), Yellow (Y), and Black (K).

PANTONE (PMS)

Pantone colors can achieve consistency across multiple platforms and are supported at certain print shops.

For a one-color logo, use the following versions:
- Vector
- PDF
- JPG

## FOR SCREENS

Web, digital presentations, etc.

Use either of the following versions:
- JPG (has a white background)
- PNG (has a transparent background)

## COLOR MODELS FOR WEB



RGB

Refers to a system for representing the colors to be used on a computer display:

Red (R), Green (G), and Blue (B).

For a one-color logo, use the following versions:
- PNG

# Print Vs. Digital Use

When using [CLIENT] logos for print or digital use, it is important to use the correct files for the best results. The following information outlines the correct files and versions to use according to your need.

The following defines what each format means and how it is used.

## FOR PRINT

### Vector (.eps)

This file is best to pass to a print or sign company when doing print work. A vector file can be enlarged to any size without losing quality. This file is fully editable to fit any vendors' specifications.

### PDF (.pdf)

A file format that provides an electronic image of text or text and graphics that can be viewed, printed, and electronically transmitted.

### JPG (.jpg)

• A jpg is a compressed version of the logo in order to obtain small file size.
• A jpg cannot preserve transparency and should not be placed on top of a colored background.
• This file may be printed as long as the background that it will be sitting on is white.

## FOR SCREENS

### JPG (.jpg)

• A jpg is a compressed version of the logo in order to obtain small file size.
• A jpg cannot preserve transparency and should not be placed on top of a colored background.
• This file may be used as long as the background that it will be sitting on is white.

### PNG (.png)

This file has a transparent background. This means the logo can be placed on any background color.

• A png may be used when you are wanting to place the logo in a Microsoft application such as Word, PPT, Excel, etc.
• A png can be used as part of an email signature.
• A png can be uploaded to the web.

# Brand Components

# Color Palette

**PRIMARY**

The primary color palette will cover the majority of your needs. It's intentionally small in variety so as not to dilute the brand visuals, which adds confusion.

**SECONDARY**

The secondary color palette helps diversify and broaden the use of color to add different emphasis and emotion to the brand's image.

## Primary

PANTONE 655 C

CMYK: 100, 89, 38, 42

RGB: 0, 34, 77

WEB: 00224D

PANTONE 729 C

CMYK: 20, 46, 69, 2

RGB: 201, 143, 96

WEB: C98F60

PANTONE 000C WHITE

CMYK: 0, 0, 0, 0

RGB: 255, 255, 25,,

WEB: #FFFFFF

## Secondary

PANTONE 3275 C

CMYK: 78, 9, 48, 0

RGB: 24, 169, 153

WEB: #18A999

PANTONE 633 C

CMYK: 84, 43, 23, 2

RGB: 36, 123, 160

WEB: #247BA0

# TYPOGRAPHY

**PRIMARY**

To ensure that all visual communications are consistent, Tenzing Financial Advisors uses a select group of preferred typefaces for digital and print materials.

The primary typeface used by Tenzing Financial Advisors is TT Commons, which is a sans-serif font.

The system font offers a similar alternative for programs such as Microsoft Word.

The free font alternative is included because the font is sourced from Adobe Type which is a paid subscription site.

**TT COMMONS**



| Light | **Semibold** | ABCDEFGHIJKLMNOPQRSTUVWXYZ |
| Regular | ***Semibold Italic*** | abcdefghijklmnopqrstuvwxyz |
| *Italic* | **Bold** | 1234567890 |
| Medium | ***Bold Italic*** | !@#$%^&*()_+>?:;" |

System Font Alternative

Free Font Alternative (Download Here)

Verdana



ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz
1234567890
!@#$%^&*()_+>?:;"

Montserrat



ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz
1234567890
!@#$%^&*()_+>?:;"

## TYPE TREATMENT

The following offers a guideline of how to apply Tenzing Financial Advisors select typefaces in various headings and body copy styles. These serve as a guide and may be altered as needed, though it is vital to establish a type hierarchy no matter what the type of application.

Additionally, refer to this guide for reference on header treatment (all caps versus title case) and color usage.

# Headline Title One
## Headline Title Two
### HEADER TITLE THREE
#### HEADLINE TITLE FOUR

TT Commons Bold

TT Commons DemiBold

Body Copy

Tenzing Financial Advisors is a full-service brokerage operating in Ocala, licensed in 24 states. We help clients, both locally and internationally, reach their financial goals by creating a long-term plan. We work to remove the stigma that you have to have wealth to have a financial advisor by removing the complexity surrounding the process and educating you as a client.

Working with us isn't simply a financial transaction, it is a relationship built on a foundation of trust. We work hard to be certain that you understand our process and solutions. Even if all you have is a little, it means a lot to us. When you work with Tenzing Financial Advisors, you can be sure that you have found a financial advisor that cares more about removing your stress and solving your problems than about our own bottom line.

TT Commons Regular

# Contact Us

If you have any questions regarding our brand style guide or how to use the components within, please reach out to us as we are happy to assist.

---

**CONTACT INFORMATION**

Sherri.Hinkle@raymondjames.com



Created by PHOS Creative