**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**FURLONG FINANCIAL GROUP, PLLC, TENZING FINANCIAL ADVISORS, PLLC** and **JERRY L. FURLONG JUNIOR,**

　　*Plaintiffs*,

v.

**PHOS CREATIVE, LLC** and **DUNCAN WAY,**

　　*Defendants*.

Index No.: 1:26-cv-00006-MW-MJF

**DEFENDANT DUNCAN WAY'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Duncan Way ("Way"), by and through his undersigned counsel, respectfully moves to dismiss with prejudice the Second Amended Complaint ("SAC") [ECF No. 42] filed by Furlong Financial Group, PLLC ("FFG"), Tenzing Financial Advisors, PLLC ("Tenzing") and Jerry L. Furlong Junior ("Furlong," and together with FFG and Tenzing, "Plaintiffs") and states:

1.　　The SAC sets forth three meritless causes of action.

2.      Claim 1 (the "Contract Claim") seeks to hold Way personally liable for the alleged breach of the contract between FFG and Defendant PHOS Creative, LLC ("PHOS"), SAC ¶¶88-95, a creative and design agency and Way's former employer.

3.      Claim 2 (the "Copyright Claim") alleges that Way infringed Plaintiffs' copyrighted work by including information about Tenzing's naming, branding, and design process on Way's professional portfolio website showcasing his design work and system of thought. SAC ¶¶96-109.

4.      Claim 3 (the "Right of Publicity Claim") is a claim against Way under F.S. §540.08, which prohibits the unauthorized publication of a natural person's name or likeness for commercial purposes. SAC ¶¶110-114.

5.      The Contract Claim should be dismissed because Way was never a party to any contract with Plaintiffs and the SAC alleges no alternative theory of personal liability against him, as set forth more fully in the accompanying memorandum of law.

6.      The Copyright Claim fails for the following reasons, set forth more fully in the accompanying memorandum:

   a.      Plaintiffs hold a sole copyright registration for one literary work (the "Tenzing Branding Guide"). The Tenzing Branding Guide is, by and large, uncopyrightable as a matter of law; and Way's display of any protectable elements (i.e., literary elements) from the Tenzing

Branding Guide was *de minimis* and cannot support a finding of substantial similarity as a matter of law.

b.    The SAC fails to allege any recoverable theory of damages for Way's alleged infringement. Not only is the wrongful act doctrine claim speculative—requiring a chain of independent intervening actions from multiple third parties in Virginia—but this state-law claim is also preempted by the federal Copyright Act.

c.    Further, Plaintiffs' wrongful act doctrine claim is not yet ripe, as it depends on the independent conduct of third parties—and resolution of a separate litigation—in another federal court.

7.    The Right of Publicity Claim fails because Way referenced Furlong's first name solely for purposes of attribution, and not for commercial trade or advertising as required by F.S. §540.08.

8.    In the alternative, Way requests that this Court exercise its authority to stay this case pending resolution of the Tenzing VA litigation.

**WHEREFORE**, Defendant Duncan Way respectfully requests that this Court enter an order: (1) granting this Motion; (2) dismissing Plaintiffs' SAC with prejudice; (3) awarding Way his reasonable attorney's fees and costs; and (4) awarding any further relief that this Court deems just and proper.

## CERTIFICATE OF ATTORNEY CONFERENCE

Pursuant to Local Rule 7.1(B), the undersigned counsel certifies that counsel conferred with Plaintiffs' counsel on June 2, 2026, regarding the relief sought in this Motion, but the parties were unable to reach a resolution.

Dated: June 3, 2026

Respectfully submitted,

**STUDIO LEGAL LLP**

By:    */s/ Cecillia X. Xie*

Cecillia X. Xie (*admitted pro hac vice*)
New York Bar No. 5497573
447 Broadway 2nd FL #388
New York, NY 10013
(347) 620-6423
cece@studiolegal.xyz

*Attorney for Defendant Duncan Way*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2026, the foregoing document was electronically filed and served via the CM/ECF system to all counsel of record.

*/s/ Cecillia X. Xie*
CECILLIA X. XIE