**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**TENZING FINANCIAL ADVISORS,
PLLC, JERRY L. FURLONG, JUNIOR,**

    *Plaintiffs,*

**v.**                                                              **Case No.: 1:26cv6-MW/MJF**

**PHOS CREATIVE, LLC, et al.,**

    *Defendants.*

_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY

This Court has considered, without hearing, Defendant Phos Creative, LLC's motion for leave to file a reply in support of its motion to dismiss Plaintiffs' second amended complaint. ECF No. 56. This Court acknowledges Plaintiffs' opposition to the motion. However, this Court will permit Defendant to file a reply. Accordingly, the motion, ECF No. 56, is **GRANTED**. Defendant's reply is due **on or before June 29, 2026.**

      **SO ORDERED on June 22, 2026.**

                        **s/Mark E. Walker**
                        **United States District Judge**