**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**FURLONG FINANCIAL
GROUP, PLLC, TENZING
FINANCIAL ADVISORS, PLLC**
and **JERRY L. FURLONG
JUNIOR,**

    *Plaintiffs*,

v.

**PHOS CREATIVE, LLC** and
**DUNCAN WAY,**

    *Defendants*.

Index No.: 1:26-cv-00006-MW-MJF

## MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF DEFENDANT DUNCAN WAY'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to Local Rule 7.1(I), Defendant Duncan Way ("Way"), by and through his undersigned counsel, respectfully moves this Court for leave to file a reply memorandum in support of Defendant Duncan Way's Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion to Dismiss") [ECF No. 47] and states:

1.    After the Local Rule 7.1(B) conference between all parties to discuss Defendants' respective motions to dismiss the First Amended Complaint, Plaintiffs indicated they intended to amend their complaint to cure unspecified "facial

deficiency issues." ECF No. 35-1, 9-10. Three-and-a-half weeks later, on May 18, 2026, Plaintiffs moved for leave to file a Second Amended Complaint (the "SAC") [ECF No. 38], which was granted [ECF No. 41].

2.    Way filed his Motion to Dismiss on June 3, 2026 [ECF No. 47].

3.    Plaintiffs filed their Memorandum of Law in Opposition of Defendant Duncan Way's Motion to Dismiss the [Second] Amended Complaint on June 17, 2026 (the "Opposition") [ECF No. 53].

4.    Way requests leave to file a reply memorandum to respond to new arguments raised by Plaintiffs in the Opposition, including:

a. Plaintiffs' Opposition asks this Court to award them attorneys' fees under 28 U.S.C. § 1927 for responding to Way's Motion to Dismiss. ECF No. 53, 47-49. This request is brand new and levies accusations about how Way has litigated this case, which are raised for the first time in the Opposition, with no prior motion or warning. Way respectfully requests a chance to reply to such accusations of bad faith, particularly where the premise of Plaintiffs' accusations is due to Plaintiffs' own conduct.

b. Plaintiffs introduce new materials in the Opposition which are not in the SAC nor Way's Motion to Dismiss. For example, Plaintiffs suggest that an employee handbook may give rise to certain contractual

obligations between Way and Defendant PHOS Creative, LLC's clients, *id.* at 17, improperly attempting to amend the SAC through the Opposition.

c. Plaintiffs raise new legal theories regarding their request for recovery of third-party litigation costs, relabeling them as "special damages" under Florida's wrongful act doctrine rather than as attorneys' fees under the Copyright Act. Way respectfully requests a reply brief to respond to this new theory of recovery.

5.   Way's proposed reply will be concise and limited to responding to new legal arguments and requested relief introduced in the Opposition and clarifying the related factual issues so that this Court can be fully informed of the legal grounds and facts sufficient to determine the Motion to Dismiss.

**WHEREFORE**, Defendant Duncan Way respectfully requests that, for the foregoing reasons, this Court enter an order: (1) granting this Motion for leave to file a reply memorandum in support of Way's Motion to Dismiss; and (2) awarding any further relief that this Court deems just and proper.

## <u>CERTIFICATE OF ATTORNEY CONFERENCE</u>

Pursuant to Local Rule 7.1(B)-(C), the undersigned counsel certifies that counsel conferred with Plaintiffs' counsel on June 19, 2026, regarding the relief requested. Plaintiffs do not consent.

Dated: June 22, 2026

Respectfully submitted,

**STUDIO LEGAL LLP**

By:    */s/ Cecillia X. Xie*

Cecillia X. Xie (*admitted pro hac vice*)
New York Bar No. 5497573
447 Broadway 2nd FL #388
New York, NY 10013
(347) 620-6423
cece@studiolegal.xyz

*Attorney for Defendant Duncan Way*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 22, 2026, the foregoing document was

electronically filed and served via the CM/ECF system to all counsel of record.

*/s/ Cecillia X. Xie*
CECILLIA X. XIE