**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

|  |  |
|---|---|
| FURLONG FINANCIAL GROUP, PLLC, TENZING FINANCIAL ADVISORS, PLLC, and JERRY L. FURLONG JUNIOR, <br><br> *Plaintiffs*, <br><br> v. <br><br> PHOS CREATIVE, LLC and DUNCAN WAY <br><br> *Defendants*. | Civil No.: 1:26-cv-00006-MW-MJF |

## MOTION TO WITHDRAW

Pursuant to Local Rule 11.1(H), the undersigned attorney respectfully moves this Court to allow Vincent Merenda of StudioIP Law, LLC to withdraw as counsel in the above-styled case, and states as follows:

1. Vincent Merenda, counsel for Furlong Financial Group, PLLC, Tenzing Financial Advisors, PLLC, and Jerry L. Furlong, Jr. ("Plaintiffs"), moves to withdraw as counsel in this matter.

2. Should this Motion be granted, Jessie Pellant and Tatum Barton of StudioIP Law, LLC, and Gregory Weiss of Taft Stettinius & Hollister LLP

will continue to serve as counsel of record for Plaintiffs. Accordingly, Plaintiffs will not be left without counsel by reason of this withdrawal.

3. Plaintiffs will not be adversely affected by the withdrawal of the undersigned. No deadlines in the case will be affected, and the granting of this Motion will not have any adverse effect on the present schedule.

4. The undersigned communicated his intent to withdraw as counsel to Plaintiffs more than 14 days before filing this Motion. Plaintiffs do not oppose such withdrawal and are aware that Jessie Pellant, Tatum Barton, and Gregory Weiss will remain as counsel for Plaintiffs.

**WHEREFORE,** the undersigned respectfully requests that the foregoing Motion be granted to permit the withdrawal of Vincent Merenda as counsel for Plaintiffs.

DATED this 25th day of June 2026

Respectfully submitted,

STUDIOIP LAW, LLC

By: /s/ Vincent Merenda
 **Vincent Merenda**
 *pro hac vice*
Colorado Attorney Reg. No. 60774
vmerenda@studioiplaw.com

3000 Lawrence Street
Denver, CO 80205
Telephone: (303) 563-5360

*Attorneys for Plaintiffs*
Furlong Financial Group, PLLC,
Tenzing Financial Advisors, PLLC,
and Jerry L. Furlong Junior

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Tatum Barton*

## CERTIFICATION OF ATTORNEY CONFERENCE

Pursuant to N.D. Fla. Local Rule 7.1(B)-(C), I hereby certify that I conferred with opposing counsel regarding the relief sought herein. Defendants do not oppose this motion.

*/s/ Tatum Barton*

## CERTIFICATION OF WORD LIMIT

Pursuant to N.D. Fla. Local Rule 7.1(F), I certify that this motion complies with the required word limit. According to the word processing program used to prepare this document, the motion contains less than 500 words.

*/s/ Tatum Barton*